# Exhibit 1

# NETFLIX

# On Top

**THE DEFINITIVE DOCUSERIES
ON AMERICA'S NEXT TOP MODEL**





## The Project: On Top  *(working title)*

A definitive three-hour Netflix docuseries exploring *America's Next Top Model* as a groundbreaking pop-culture phenomenon. From its unexpected rise as an underdog hit on UPN to becoming a global force, this premium documentary series will unpack the show's legacy—not as a takedown, but as a thoughtful, in-depth reflection on its influence, evolution, and impact on fashion, television, and culture. This series will be equal parts authoritative and celebratory of one of the most unique chapters in pop-culture history.

It's undeniable that audiences in 2025 are eager for the definitive look back at ANTM and as producers we are both excited and honored to be in the position to make it happen. Unlike other productions, we take that responsibility seriously and will treat the subject matter and all participants with respect.

## Exclusive Bookings

Confirmed for this project are ANTM mainstays Miss J, Nigel Barker, and Jay Manuel, along with a diverse lineup of models. We are also in talks with several producers, executive producers, and network executives.

## Tyra's Role

For the first time, this documentary provides the space to reflect on *America's Next Top Model* in a way that hasn't been done before. Through a candid and all-encompassing conversation, Tyra has the opportunity to share her personal journey—before, during, and after *ANTM*—addressing the challenges, successes, and complexities of shaping a show that changed the landscape of reality television and modeling.

This isn't just about revisiting *ANTM*—it's about telling the real story. The series will explore how the show broke barriers, where it sparked critical conversations, and how its impact is still felt today. Tyra's perspective is an essential piece of this larger narrative, offering insight into the highs, the struggles, and the evolution of both the show and her own career.

We are in production now and are expecting the series to air on Netflix in Q1 2026.

**This is the moment to look back and celebrate what ANTM achieved and appreciate the outsized impact it still has on pop culture, even to this day.**

## The Team

## EverWonder Studio

EverWonder is an independent nonfiction content studio based in New York City. We create extraordinary content around unifying cultural moments, grow our clients' brands and IP, and develop our own IP. We develop, produce and finance documentaries, live sports, specials & live events, unscripted series & formats, and brand storytelling. EverWonder Studio was founded in 2023 by Ian Orefice – the former President of TIME and TIME Studios – and Mike Antinoro – the former President of Endeavor's Film 45 and former executive of Dick Clark Productions. EverWonder is supported and financed by RedBird IMI which is led by Jeff Zucker – the former President of NBC Universal, CNN, and Turner Sports. EverWonder is a trusted partner for creatives, brands, and distributors globally.

## Wise Child Studios

Wise Child Studios is an innovative production company founded by experienced entertainment lawyer and business strategist and former RadicalMedia VP, Jason Beekman, and seasoned industry creative and former Imagine Documentaries executive producer, Ryan Miller. Propelled by Beekman and Miller's unique and complementary skill sets, Wise Child is a one-stop destination for developing, packaging, and producing premium content across unscripted and scripted projects, offering the tools and expertise of a large production company with the client-centric attention, flexibility, and efficiency of a boutique shop.

## Directors: Mor Loushy & Daniel Sivan

Mor & Daniel are award winning directors known for their social-political documentaries. Their works include NETFLIX's hit docuseries The Devil Next Door (2019), nominated for the Grierson Award; NETFLIX's short animated doc Camp Confidential: America's Secret Nazis (2021) that was Shortlisted for the Oscars and nominated for the Critics Choice Awards and for two Emmys; HBO MAX's hit docuseries Low Country: The Murdaugh Dynasty (2022), nominated for the Critics Choice Awards; HBO's The Oslo Diaries (2018) premiered at Sundance and was nominated for an Emmy; Showtime's sports-true-crime Dirty Tricks (2021); Peacock's investigative Sins Of The Amish (2022), and the critically acclaimed Censored Voices (2015) premiered at Sundance & and the Berlin film festival. Mor & Daniel are both members of The Academy of Motion Picture Arts and Sciences (OSCARS).