# Exhibit 2

1 of 3

**From:** T B
**Date:** May 4, 2025 at 2:56:47 PM PDT
**To:** Jon Adler
**Subject: Re: Thank you, Tyra**


Hi Jon,

I really appreciate this note; thank YOU so much.

It means a lot to hear that my interview added something deeply meaningful to the series. I honestly planned on 30 minutes, but the conversation just kept flowing and I felt good with you all… so I stayed for 3 hours!

I care deeply about the legacy of ANTM, and I want the story to be told with heart and I am happy my voice will be integral.

It was great to meet you too. I can tell the project is in thoughtful hands, and that gives me peace. I'm excited to see how it all comes together.

And looking forward to continuing the conversation with you about live and so much more. People are soooo ready.

Thanks again and talk soon, Jon.

Tyra

On Apr 22, 2025, at 5:31 AM, Jon Adler ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Tyra,
I hope you had an easy flight back to Australia!  I wanted to reach out and say thank you again for joining us for an interview this past Friday.
To say that you strengthened the series would be the greatest understatement of all time.
I am so happy that you did - and I am so happy that we got a chance to meet - and I know it will do the story justice in a way no one else could.

Like I said, I'm getting into the live companion piece with Netflix.  ANd talking to your agents about development for cycle 25 :)

Talk soon and THANK YOU AGAIN!


--
**jon adler**
M: