# Exhibit 3



1 of 2

**From:** Jon Adler ████████████████████████
**Date:** May 21, 2025 at 8:14:58 AM PDT
**To:** ███████████
**Cc:** ███████████████████████, Andrew Lear ████████████████████
**Subject: Netflix aftershow**


Tyra,

Thank you again for an incredible day on set.  As we mentioned, we're putting together creative for a live show, which would function as a bonus episode to the series.

We totally hear the feedback that we don't want to go a standard reunion route, and we're excited to explore what this live episode could look like. But are you open to a reunion **moment** as part of a larger creative that would bring together you, Miss J, Jay Manuel, and Nigel? We're thinking Netflix will crave a brief segment bringing the ANTM icons together, but want to hear your thoughts before pursuing that idea further.

--

**jon a**dler
Executive Producer, Head of Talent & Content Development
M:

