# Exhibit 4





**From:** Jon Adler <███████████████████████>
**Date:** Thursday, November 6, 2025 at 9:18 AM
**To:** Andrew Lear <███████████████████████>
**Cc:** David Kirsch <███████████████████████>
**Subject:** Video hello from Tyra to Netflix

--External Sender--

Andrew,

Thanks for jumping on the phone just now.

As I told Andrew, Liz Franco at Netflix called me earlier to give me some great news:
At the quarterly Netflix senior leadership mtg, they are profiling one documentary series that they are excited about for next quarter--OURS!

And as such, they would love for Tyra to send a video message saying hello and how happy she was to participate in the project.  They asked me to let you know that Ted and Reed are present at these mtgs - so it's a very big deal.  And typically A-list talent show up in person - like Kristen Bell, etc.

*So, if it is at all possible - we'd love to get a video message from Tyra by 11/11 EOD Pacific.  They would love her to say hello, that she was glad to participate in the project, and specifically, they'd love to have her mention the moment in 2020 when people rediscovered the show.  If she doesn't want to discuss that, they're requesting she talk a little bit about the "Rooting For You" moment.*

Please let me know if this is possible!  An iPhone video is totally acceptable!

jon

--
**jon adler**
M: ███████████

[everwonder.studio] [everwonder.studio]

United Talent Agency
9336 Civic Center Dr. Beverly Hills, CA 90210
888 7th Ave, 7th Floor New York, NY 10106 (DCA#2077290-DCA)
1 Newman St London W1T 1PB
Bienstock, LLC, a Delaware limited liability company, dba Bienstock, A United Talent
Agency Company
888 7th Ave Ste. 913 New York, NY 10106 (DCA#2019439-DCA)