# Exhibit 5



**From:** John Raphael Oliveira <span style="background:black">████████████</span>
**Date:** January 6, 2026 at 2:04:17 PM PST
**To:** Jon Adler <span style="background:black">████████████</span>
**Cc:** Andrew Lear <span style="background:black">████████████</span> >, Sean Martin < <span style="background:black">████████████</span> >, "Lily Ferguson (she / her)" <span style="background:black">████████████</span> >
**Subject: Re: Reaching out re TOP MODEL series on Netflix**

Thank you Jon and hello again Team Tyra - apologies for my double email as I sent an intro earlier this morning.

As mentioned, Sean and myself will be the PR team handling the release of *Reality Check: Inside America's Next Top Model* on Netflix. We're here if you have any questions. We anticipate we'll get a lot of incoming requests once we start our promotional campaign for the documentary so looking forward to working together!

I also wanted to loop in @Lily Ferguson (she / her) on our photo team. Lily is currently sourcing images from the series for our main key set to be used with press. We have a few images attached that, if possible, we'd love your team's approval on for us to include in our show's key set in order to provide images to press. Please let us know if you have any questions or need alternate images.

Very much appreciate your help!



Reality_Check__Inside_America's_Next_Top_Model_\_S1_E1_00_19_31_02.png

On Tue, Jan 6, 2026 at 4:06 PM Jon Adler < █████████████████████ > wrote:

Hello:

Reaching out from EverWonder Studio.  We produced the TOP MODEL three-party docu-series that Tyra Banks sat for last year.

I'm introducing @John Raphael Oliveira from Netflix PR.  We have some questions about images that we can use that I will let John ask.

Thank you so much!

--

**jon adler**

██████████████

--

John Raphael Oliveira

████████████████████

888 Broadway New York, NY 10003