# Exhibit 6



C L A R E   L O C K E
L   L   P

**THOMAS A. CLARE, P.C.**
tom@clarelocke.com
(202) 628-7401

**MITCHELL LANGBERG**
mitch@clarelocke.com
(202) 899-3875

10 Prince Street
Alexandria, Virginia 22314

(202) 628-7400

www.clarelocke.com

March 9, 2025

*Via Email*

Wise Child Studios
Jason Beekman
Founder, CEO & Executive Producer
jason@wisechildstudios.com

**Re:   Legal Correspondence re: "Reality Check: Inside America's Next Top Model"**

Dear Mr. Beekman:

Our firm is defamation counsel to Tyra Banks.

We have been retained by Ms. Banks to address the false and defamatory statements and implications made about Ms. Banks in *Reality Check: Inside America's Next Top Model*, a "Netflix Documentary Series" currently streaming on the platform.  As you are aware, Ms. Banks agreed to be interviewed in connection with the series and sat with filmmakers for approximately 3.5 hours.  Yet through selective and manipulative editing, the as-released series intentionally mischaracterizes Ms. Banks' statements, sentiments, and beliefs on a variety of sensitive topics.  We trust that you understand the seriousness of these issues.  We will be in touch with additional correspondence in the coming days.  Any correspondence related to this dispute should be directed to us.

You should reasonably anticipate legal action regarding these issues.  Therefore, we demand that you immediately take affirmative steps to preserve and retain all emails, text messages, instant messages, audiovisual recordings, voicemails, drafts, notes, summaries or records of personal conversations, communications, documents, data, and electronically stored information (including all metadata) of any kind that relates to the series or Ms. Banks.  This demand should be construed in the broadest possible sense, regardless of device and regardless of medium, including but not limited to: all documents and communications with any person relating to these subjects; all documents and communications relating to the origin of the series including the subject matter on which the series is based; all documents and communications relating to the resources or materials used in developing and producing the series; all documents and communications regarding the editing process relating to the series; all documents and communications relating to Ms. Banks' interview; all documents and communications involving any consultant, whether hired, retained,

credited, or otherwise engaged relating to Ms. Banks' interview or the series; and any and all recordings of or relating to Ms. Banks' interview. These obligations include disabling any auto-delete functions on relevant devices, apps, or software.  Documents and communications must be preserved in their original format, including metadata.  Please confirm your compliance with this demand.

This is not a full statement of our client's rights and remedies, all of which are expressly reserved.

Sincerely,

Thomas A. Clare, P.C.

Mitchell Langberg

2