# Exhibit 7



# C L A R E  L O C K E
### L L P

**THOMAS A. CLARE, P.C.**
tom@clarelocke.com
(202) 628-7401

10 Prince Street
Alexandria, Virginia 22314

(202) 628-7400

www.clarelocke.com

**MITCHELL LANGBERG**
mitch@clarelocke.com
(202) 899-3875

March 19, 2026

*Via Email*

Rachel Strom
Davis Wright Tremaine LLP

**Re:   Legal Correspondence re: "Reality Check: Inside America's Next Top Model"**

Dear Ms. Strom:

We write again on behalf of our client, Tyra Banks, regarding Netflix's documentary *Reality Check: Inside America's Next Top Model*.  As described in our prior letter sent on March 9, we have concerns regarding the way in which Ms. Banks' interview footage appears to have been selectively edited to misconstrue her views on a variety of sensitive topics.

We are now requesting from Netflix an opportunity to review the unedited and uncut recorded materials of Ms. Banks' entire interview from start to finish.  Our hope is that when presented with all the information, including the way Ms. Banks' words were misrepresented by selective omission and editing, we will be able to work together to correct any mischaracterizations of Ms. Banks and reduce the serious reputational harm she has already suffered.  Other than by filing a lawsuit, there is no way for us to obtain the full content of Ms. Banks' interview.  We are sure Netflix understands that if a lawsuit is filed, it would have to provide all of these materials to Ms. Banks in discovery.  Providing that information now will allow all of us an opportunity to address and resolve these matters outside of court.

We understand that Netflix may have concerns with allowing us to view edited or presently unreleased interview footage relating to one of its projects.  As such, we are happy to accommodate your schedule and preferences with respect to this request.  We will come anywhere at any time to review the materials at your convenience and under any reasonable circumstances that Netflix deems appropriate.

We would appreciate a response to our request by March 26.  Please do not hesitate to contact us if additional information would be of assistance.

Sincerely,

Thomas A. Clare, P.C.

Mitchell Langberg

2