# Exhibit 8

Docusign Envelope ID: C8BF789F-0B71-4369-9945-AF3D1ED30434

# ACKNOWLEDGEMENT & RELEASE

For good and valuable consideration, The Tyra Banks Company Holdings Inc. f/s/o Tyra Banks (collectively referred to herein as "I", "me", "my")  hereby grant to 89 Blocks Holdings, LLC d/b/a EVERWONDER STUDIO, its affiliates, parents, subsidiaries, assigns and licensees ("PRODUCER") the irrevocable right and permission to interview me and/or to film and record my likeness, image, voice, name, actions and activities, as well as any information, stories, documents, photographs or other materials which I furnish to PRODUCER (collectively, the "Material"), and, subject to the terms herein, incorporate any or all of the above into the programming currently entitled "On Top" (w/t) (the "Programming").

I acknowledge and agree that PRODUCER shall be sole owner of all rights in and to the Programming, and that PRODUCER has the right to edit the Programming, and to exhibit and license others to exhibit the Programming, in whole or in part, throughout the world in perpetuity, in all media now known or hereafter invented, including the use of the Material for the in-context publicity and promotion of the Programming; provided, however, the Material  may not be edited in such a way as to (i) portray me in a manner that constitutes actionable defamation; or (ii) overdub or otherwise replace any words actually spoken by me in the recordings with other words that materially and objectively alter the meaning of my statements (e.g., if I state while being recorded that I "love" something, Producer may not edit or replace the word "love" with the word "hate"). Notwithstanding anything to the contrary herein, Producer shall not use the Material in any merchandising or commercial tie-ins or in a manner that constitutes an endorsement by me of any product, service or entity (including, without limitation, Producer), without my prior written consent in each instance. Producer shall not use any "making of," bloopers, outtakes and/or "behind-the-scenes" footage that includes the Material without my prior written consent in each instance. For the avoidance of doubt, there shall be no behind-the-scenes or "making of" footage created featuring the Material and I shall only be recorded or photographed after having been notified that such recording or photography shall commence, provided I shall have the right to decline such footage or photography (it being understood and agreed that I willingly participated in the interview conducted on April 18, 2025). Producer agrees it will not use the Material separate or apart from the Programming beyond what is expressly permitted herein without my prior written consent in each instance.

Recognizing PRODUCER's reliance on this Acknowledgment and Release, and that PRODUCER is incurring considerable expense based on my agreements and permissions granted herein, I irrevocably release and hold harmless PRODUCER, each of its affiliates, parents, subsidiaries, employees, agents, licensees and assigns, and all individuals and entities involved in producing, exhibiting or distributing the Programming from all claims, known or unknown (other than claims arising out of Producer's gross negligence or willful misconduct), including without limitation privacy, misappropriation, publicity, defamation, false light, emotional distress, breach of contract or other claims arising out of the Programming, my appearance therein, or the uses described herein and I understand and acknowledge that I will not be able to revoke my permission after I have signed this Acknowledgment and Release.  I agree that I shall have no right to review or approve the Programming or any related advertising, or any materials in which I appear or am described and which are contained in the Programming or related advertising.

I represent and warrant that: (i) I have the full right and authority to enter into and grant the rights contemplated hereunder; and (ii) any statements made by me during my interview(s) are true, to the best of my knowledge. Producer agrees to indemnify, defend, and hold me and my officers, directors, shareholders, employees, representatives, attorneys, agents, harmless against any and all third-party claims, liabilities, costs, damages and expenses (including reasonable outside attorneys' fees) ("**Claims**") arising out of (1) the development, production, distribution, financing, marketing, exhibition and/or other exploitation of the Programming (including any elements thereof and/or allied/ancillary rights therein), and (2) Producer's breach of this agreement, except to the extent such Claim(s) arise out of my gross negligence, willful misconduct, and/or breach of my representations and warranties hereunder. Further, I shall be covered under any general liability insurance policy or errors and omissions policies that Producer maintains for the Programming, subject to the limitations, restrictions, and terms and conditions of such policies. I acknowledge and agree that in no event shall I seek or be entitled to obtain injunctive or other equitable relief against Producer in connection with the Programming.

[*Remainder of Page Intentionally Left Blank*]

# ACKNOWLEDGEMENT & RELEASE

This Acknowledgment and Release sets forth the entire agreement between myself and PRODUCER and may not be altered or amended except in writing signed by both parties. I am not relying on any promises or statements, nor have I been promised any money or other compensation, in connection with my signing this document. This Acknowledgment and Release shall be governed by and construed in accordance with the laws of the State of New York applicable to agreements made entirely therein.

I have read this Acknowledgment and Release prior to signing it and understand its contents.

THE TYRA BANKS COMPANY HOLDINGS INC.

Name: _____Tyra Banks_____

Signature: ___[redacted]_____

Address: c/o Johnson Shapiro Slewett & Kole LLP, 750 N. San Vicente Blvd. #RE1550, West Hollywood, CA 90069, Attn: Matt Johnson and Tiffany Graddick, Email: [redacted]

Date: ___7/18/2025_____

ACCEPTED AND AGREED:

89 Blocks Holdings, LLC d/b/a EVERWONDER STUDIO

Name: __Jonna McLaughlin_____

Signature __[redacted]_____

Date: __7/21/2025_____