GIBSON, DUNN & CRUTCHER LLP
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
ZACHARY C. FREUND, SBN 344466
  zfreund@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CONNOR S. SULLIVAN (pro hac vice
  forthcoming)
  cssullivan@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000

*Attorneys for Defendants*
*NETFLIX WORLDWIDE*
*ENTERTAINMENT, LLC, NETFLIX*
*MUSIC, LLC, 89 BLOCKS HOLDINGS,*
*LLC d/b/a EVERWONDER STUDIO,*
*MOR LOUSHY, and DANIEL SIVAN*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRA BANKS, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>NETFLIX WORLDWIDE ENTERTAINMENT, LLC, 89 BLOCKS HOLDINGS, LLC d/b/a EVERWONDER STUDIO, NETFLIX MUSIC, LLC, MOR LOUSHY, an individual, and DANIEL SIVAN, an individual,<br><br>          Defendants. | CASE NO. 2:26-cv-06467-AB-DMK<br><br>**JOINT STIPULATION TO AMEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND/OR SPECIAL MOTION TO STRIKE**<br><br>Hon. André Birotte Jr.<br>Courtroom: 7B |

The undersigned counsel for Plaintiff Tyra Banks ("Plaintiff") and Defendants Netflix Worldwide Entertainment, LLC, Netflix Music, LLC, 89 Blocks Holdings, LLC d/b/a EverWonder Studio, Mor Loushy, and Daniel Sivan (collectively, "Defendants", and together with Plaintiff, the "Parties") submit the following Stipulation:

**WHEREAS**, on June 13, 2026, Plaintiff filed her Complaint against Defendants in the above-captioned action (the "Complaint"), asserting claims for false light, defamation by implication, breach of contract, and false endorsement under Section 43(a) of the Lanham Act;

**WHEREAS**, Defendants intend to respond to the Complaint by filing a motion to dismiss pursuant to Federal Rule of Civil Procedure 12 (the "Motion to Dismiss") and/or a Special Motion to Strike pursuant to California Code of Civil Procedure section 425.16 (the "Special Motion to Strike");

**WHEREAS**, the Parties have met and conferred regarding a schedule for briefing the Motion to Dismiss and/or Special Motion to Strike that accommodates the schedules of counsel and the requirements of this Court's Standing Order, and have agreed, subject to the Court's approval, to the briefing schedule set forth below;

**WHEREAS**, the requested schedule will not alter any other date set by the Court, and no party will be prejudiced by the relief sought;

**WHEREAS**, good cause exists for the requested schedule, as set forth in the concurrently filed declaration of counsel, and this Stipulation is not sought for purposes of delay;

**WHEREAS**, Defendants intend to notice a hearing date for their Motion to Dismiss and/or Special Motion to Strike that is at least fourteen (14) days

2

JOINT STIPULATION TO AMEND BRIEFING SCHEDULE
CASE NO. 2:26-CV-06467-AB-DMK

after October 12, 2026, in accordance with paragraph 12(a) of the Court's Standing Order for Civil Cases;

**WHEREAS**, the Parties have not previously requested any continuance or extension of the briefing schedule on the Motion to Dismiss and/or Special Motion to Strike, and no such request has been made to or ruled upon by the Court;

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned counsel that:

1.   Defendants shall file the Motion to Dismiss and/or Special Motion to Strike on or before **August 14, 2026**.

2.   Plaintiff shall file any opposition to the Motion to Dismiss and/or Special Motion to Strike on or before **September 21, 2026**.

3.   Defendants shall file any reply in support of the Motion to Dismiss and/or Special Motion to Strike on or before **October 12, 2026**.

4.   This Stipulation may be executed in counterparts, and electronic or facsimile signatures shall be deemed originals for all purposes.  This Stipulation is not effective unless and until the Court so orders.

**IT IS SO STIPULATED**.

3

Dated: July 1, 2026                    **GIBSON, DUNN & CRUTCHER LLP**

By: _/s/ Jay P. Srinivasan_____

Jay P. Srinivasan

*Attorneys for Defendants
Netflix Worldwide Entertainment, LLC,
Netflix Music, LLC, 89 Blocks Holdings,
LLC d/b/a EverWonder Studio, Mor Loushy,
and Daniel Sivan*

Dated: July 1, 2026                    **CLARE LOCKE LLP**

By: _/s/ Mitchell Langberg_____

Mitchell Langberg

*Attorneys for Plaintiff
Tyra Banks*

## ECF ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2), I, Jay P. Srinivasan, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 1, 2026                    **GIBSON, DUNN & CRUTCHER LLP**

By: _/s/ Jay P. Srinivasan_____

Jay P. Srinivasan

JOINT STIPULATION TO AMEND BRIEFING SCHEDULE
CASE NO. 2:26-CV-06467-AB-DMK