GIBSON, DUNN & CRUTCHER LLP
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
ZACHARY C. FREUND, SBN 344466
  zfreund@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CONNOR S. SULLIVAN (pro hac vice
  forthcoming)
  cssullivan@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000

*Attorneys for Defendants*
*NETFLIX WORLDWIDE ENTERTAINMENT,*
*LLC, NETFLIX MUSIC, LLC, 89 BLOCKS*
*HOLDINGS, LLC d/b/a EVERWONDER*
*STUDIO, MOR LOUSHY, and DANIEL*
*SIVAN*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRA BANKS, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>NETFLIX WORLDWIDE ENTERTAINMENT, LLC, 89 BLOCKS HOLDINGS, LLC d/b/a EVERWONDER STUDIO, NETFLIX MUSIC, LLC, MOR LOUSHY, an individual, and DANIEL SIVAN, an individual,<br><br>                    Defendants. | CASE NO. 2:26-cv-06467-AB-DMK<br><br>**DECLARATION OF JAY P. SRINIVASAN IN SUPPORT OF JOINT STIPULATION TO AMEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND/OR SPECIAL MOTION TO STRIKE**<br><br>Hon. André Birotte Jr.<br>Courtroom: 7B |

1

DECLARATION OF JAY P. SRINIVASAN ISO JOINT STIPULATION TO AMEND
BRIEFING SCHEDULE
CASE NO. 2:26-CV-06467-AB-DMK

I, Jay P. Srinivasan, declare as follows:

1. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, which represents Defendants Netflix Worldwide Entertainment, LLC, Netflix Music, LLC, 89 Blocks Holdings, LLC d/b/a EverWonder Studio, Mor Loushy, and Daniel Sivan (collectively, "Defendants") in the above-captioned action. I submit this declaration in support of the Parties' concurrently filed Joint Stipulation to Amend the Briefing Schedule on Defendants' Motion to Dismiss (the "Stipulation"). Unless otherwise stated, the following facts are within my personal knowledge, and if called and sworn as a witness, I could and would testify competently to these facts.

2. Plaintiff Tyra Banks ("Plaintiff") filed her Complaint on June 13, 2026. The Complaint asserts five causes of action— for false light, two counts of defamation by implication, breach of contract, and false endorsement under Section 43(a) of the Lanham Act—against five Defendants.

3. Counsel for the Parties met and conferred by telephone on June 26, 2026 and by email June 29, 2026 regarding the schedule for Defendants' response to the Complaint. The Parties agreed to a schedule whereby Defendants would file their Motion to Dismiss and/or Special Motion to Strike on or before August 14, 2026; Plaintiff would file her Opposition brief(s) on or before September 21, 2026; and Defendants would file their reply brief(s) on or before October 12, 2026. The hearing on the Motion to Dismiss and/or Special Motion to Strike will be noticed for a date on the Court's regular law-and-motion calendar consistent with the foregoing schedule, the Court's Standing Order for Civil Cases, and the Local Rules.

4. Good cause supports the requested briefing schedule, which will ensure

2

DECLARATION OF JAY P. SRINIVASAN ISO JOINT STIPULATION TO AMEND
BRIEFING SCHEDULE
CASE NO. 2:26-CV-06467-AB-DMK

that both Plaintiff and Defendants have sufficient time to prepare and brief the issues raised by Defendants' anticipated Motion(s).

5. The requested schedule will not delay the resolution of this action or affect any other deadline.  No scheduling conference has yet been held, and the Court has not yet set a trial date or other pretrial deadlines.  The requested modification is not sought for purposes of delay and will not prejudice any Party.

6. This is the first stipulation the Parties have submitted concerning the schedule for Defendants' response to the Complaint.  No prior extension of that deadline has been requested or granted.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.


Executed on July 1, 2026, at Los Angeles, California.



DATED: July 1, 2026                    By:    /s/ *Jay P. Srinivasan*
                                              Jay P. Srinivasan
                                              Attorney for Defendants

DECLARATION OF JAY P. SRINIVASAN ISO JOINT STIPULATION TO AMEND
BRIEFING SCHEDULE
CASE NO. 2:26-CV-06467-AB-DMK