UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRA BANKS, an individual,<br><br>     Plaintiff,<br><br>  v.<br><br>NETFLIX WORLDWIDE ENTERTAINMENT, LLC, 89 BLOCKS HOLDINGS, LLC d/b/a EVERWONDER STUDIO, NETFLIX MUSIC, LLC, MOR LOUSHY, an individual, and DANIEL SIVAN, an individual,<br><br>     Defendants. | Case No. 2:26-cv-06467-AB-DMK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO AMEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND/OR SPECIAL MOTION TO STRIKE** |

Having considered the Parties' Joint Stipulation to Amend Briefing Schedule on Defendants' Motion to Dismiss and/or Special Motion to Strike, and the concurrently filed declaration of counsel, and good cause appearing therefor, the Court GRANTS the Stipulation and ORDERS as follows:

1. Defendants shall file their Motion to Dismiss on or before **August 14, 2026**.

2. Plaintiff shall file any opposition to the Motion to Dismiss on or before **September 21, 2026**.

3. Defendants shall file any reply in support of the Motion to Dismiss on or before **October 12, 2026**.

1

**IT IS SO ORDERED.**

Dated: _____

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE