GIBSON, DUNN & CRUTCHER LLP
JAY P. SRINIVASAN, SBN 181471
  jsrinivasan@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
  isamplin@gibsondunn.com
ZACHARY C. FREUND, SBN 344466
  zfreund@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CONNOR S. SULLIVAN (pro hac vice
  forthcoming)
  cssullivan@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000

*Attorneys for Defendants*
*NETFLIX WORLDWIDE*
*ENTERTAINMENT, LLC, NETFLIX*
*MUSIC, LLC, 89 BLOCKS HOLDINGS,*
*LLC d/b/a EVERWONDER STUDIO,*
*MOR LOUSHY, and DANIEL SIVAN*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRA BANKS, an individual,<br><br>                    Plaintiff,<br><br>     v.<br><br>NETFLIX WORLDWIDE ENTERTAINMENT, LLC, 89 BLOCKS HOLDINGS, LLC d/b/a EVERWONDER STUDIO, NETFLIX MUSIC, LLC, MOR LOUSHY, an individual, and DANIEL SIVAN, an individual,<br><br>                    Defendants. | CASE NO. 2:26-cv-06467-AB-DMK<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>Action Filed:  June 13, 2026<br><br>Hon. André Birotte Jr.<br>Courtroom: 7B |

1

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 7.1-1, Defendants Netflix Worldwide Entertainment, LLC, Netflix Music, LLC, 89 Blocks Holdings, LLC d/b/a EverWonder Studio, Mor Loushy, and Daniel Sivan make the following disclosures:

Defendant Netflix Worldwide Entertainment, LLC and Defendant Netflix Music, LLC are wholly owned subsidiaries of Netflix, Inc.  Netflix, Inc. is a publicly traded company that has no parent company, and no publicly held corporation owns 10% or more of Netflix, Inc.'s stock.

Defendant 89 Blocks Holdings, LLC d/b/a EverWonder Studio is a limited liability company with two members: RedBird IMI Media Joint Venture, LLC and 89 Blocks Management LLC.  No publicly held corporation owns 10% or more of the interests in Defendant 89 Blocks Holdings, LLC or its members.

Parties that may have a pecuniary interest in the outcome of this case include the parties named in the Complaint and the entities listed above.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

Defendants make these disclosures on behalf of themselves and no other party.

DEFENDANTS' NOTICE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT
CASE NO. 2:26-CV-06467-AB-DMK

Dated: July 6, 2026                    Respectfully Submitted,

                                       GIBSON, DUNN & CRUTCHER LLP

                                       By:    /s/ Jay P. Srinivasan____

                                       Jay P. Srinivasan

                                       *Attorneys for Defendants*
                                       *Netflix Worldwide Entertainment, LLC,*
                                       *Netflix Music, LLC, 89 Blocks Holdings,*
                                       *LLC d/b/a EverWonder Studio, Mor Loushy,*
                                       *and Daniel Sivan*

DEFENDANTS' NOTICE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT
CASE NO. 2:26-CV-06467-AB-DMK