**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYRA BANKS, an individual,<br><br>                              Plaintiff,<br><br>        v.<br><br>NETFLIX WORLDWIDE ENTERTAINMENT, LLC, 89 BLOCKS HOLDINGS, LLC d/b/a EVERWONDER STUDIO, NETFLIX MUSIC, LLC, MOR LOUSHY, an individual, and DANIEL SIVAN, an individual,<br><br>                              Defendants. | Case No. 2:26-cv-06467-AB-DMK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO AMEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS AND/OR SPECIAL MOTION TO STRIKE** |

The Court **GRANTS** the parties' Stipulation and **ORDERS** as follows:

- Defendants must respond to the Complaint by **August 14, 2026**.
- Plaintiff must file any opposition to a Motion to Dismiss by **September 21, 2026**.
- Defendants must file any reply by **October 12, 2026**.

**IT IS SO ORDERED.**

Dated: July 6, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1