GIBSON, DUNN & CRUTCHER LLP
JAY P. SRINIVASAN, SBN 181471
jsrinivasan@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
ZACHARY C. FREUND, SBN 344466
zfreund@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CONNOR S. SULLIVAN (pro hac vice forthcoming)
cssullivan@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000

*Attorneys for Defendants NETFLIX WORLDWIDE ENTERTAINMENT, LLC, NETFLIX MUSIC, LLC, 89 BLOCKS HOLDINGS, LLC d/b/a EVERWONDER STUDIO, MOR LOUSHY, and DANIEL SIVAN*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TYRA BANKS, an individual,

Plaintiff,

v.

NETFLIX WORLDWIDE ENTERTAINMENT, LLC, 89 BLOCKS HOLDINGS, LLC d/b/a EVERWONDER STUDIO, NETFLIX MUSIC, LLC, MOR LOUSHY, an individual, and DANIEL SIVAN, an individual,

Defendants.

CASE NO. 2:26-cv-06467-AB-DMK

**DECLARATION OF JAY P. SRINIVASAN IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS**

Date: October 30, 2026.
Time: 10:00 a.m.
Place: Courtroom 7B

Judge: Hon. André Birotte Jr.
Case Filed: June 13, 2026
Trial Date: Not Set

# DECLARATION OF JAY P. SRINIVASAN

I, Jay P. Srinivasan, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner at Gibson, Dunn & Crutcher LLP, counsel of record for Defendants. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein. I submit this declaration in support of Defendants' Special Motion to Strike and Motion to Dismiss (the "Motion").

2. **Exhibits 1, 2,** and **3** hereto are true and correct video copies of the three episodes—Episodes 1, 2, and 3, respectively—that comprise the docuseries *Reality Check: Inside America's Next Top Model* (the "Documentary"). These media files have been lodged with the Court concurrently with Defendants' filing of the Motion, as indicated in Defendants' Notice of Lodging. Defendants will serve an identical copy of these media files on Plaintiff's counsel.

3. Attached as **Exhibit 4** is a true and correct copy of a certified transcript of the Documentary, which Defendants submit for the Court's convenience.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, on this 14th day of August, 2026.

DATED: August 14, 2026 By: /s/ *Jay P. Srinivasan*
Jay P. Srinivasan