# EXHIBIT 1

Media File of Episode 1 of "Reality Check: Inside *America's Next Top Model*"

Lodged Concurrently