# EXHIBIT 2

Media File of Episode 2 of "Reality Check: Inside *America's Next Top Model*"

Lodged Concurrently