# EXHIBIT 3

Media File of Episode 3 of "Reality Check: Inside *America's Next Top Model*"

Lodged Concurrently