# EXHIBIT 4

# Audio Transcript

**Case Number: 2:26-cv-06467-AB-DMK**
**Date:**

**In the matter of:**

# Tyra Banks v Netflix Worldwide Entertainment

## REALITY CHECK - INSIDE ANTM SE1 - 101, 102 & 103

CERTIFIED COPY

Reported by:
AMBER PORTELLO

**Steno Agency, Inc.**

**1100 Glendon Avenue**
**Suite 1850**
**Los Angeles, CA 90024**
**concierge@steno.com**
**(888) 707-8366**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TYRA BANKS,

Plaintiff,

vs. Case No. 2:26-cv-06467-AB-DMK

NETFLIX WORLDWIDE ENTERTAINMENT, LLC, et al.,

Defendants.

__________________________/

TRANSCRIPT OF VIDEO RECORDINGS

NETFLIX DOCUSERIES

REALITY CHECK: INSIDE AMERICA'S NEXT TOP MODEL

FILE NAMES:

REALITYCHECKINSIDEAMERICASNEXTTOPMODELSEASON1_101_ONTOP_2026-07-16_CLEAN_2-EN_NONE_MP4_AVCBASE_L30_640X480_400MB_AAC_64KBPS_HD_2613673

REALITYCHECKINSIDEAMERICASNEXTTOPMODELSEASON1_102_STILLINTHERUNNING_2026-07-16_CLEAN_2-EN_NONE_MP4_AVCBASE_L30_640X480_400MB_AAC_64KBPS_HD_2613674

REALITYCHECKINSIDEAMERICASNEXTTOPMODELSEASON1_103_ROOTINGFORYOU_2026-07-16_CLEAN_2-EN_NONE_MP4_AVCBASE_L30_640X480_400MB_AAC_64KBPS_HD_2613675

STENOGRAPHICALLY TRANSCRIBED BY: AMBER PORTELLO

********

TYRA BANKS: (0:00:02) Tiffany, I'm extremely disappointed in you. This is a joke to you. Do you know that all of America is rooting for you? Do you know that? You come in here with a defeatist attitude.

TIFFANY RICHARDSON: I don't have a bad attitude.

TYRA BANKS: Be quiet, Tiffany.

TIFFANY RICHARDSON: Everybody --

TYRA BANKS: Be quiet. That's what is wrong with you. Stop it. I have never in my life yelled at a girl like this. When my mother yells like this, it's because she loves me. I was rooting for you. We were all rooting for you. How dare you.

(Video compilation.)

TYRA BANKS (Voiceover): (0:00:30) I have never in my life yelled at a girl like this. I was rooting for you. We were all rooting for you. How dare you. You have no idea what I had to do to get from where I was to where I am now.

TIFFANY RICHARDSON: I'm a CoverGirl, mommy. I'm a CoverGirl.

FEMALE SPEAKER: (0:00:52) Tyra Banks set out to create a space for people that were not the ideal

weight, not the ideal height, to show beauty in a different light.

BRE SCULLARK: To be on America's Next Top Model, it felt like my dreams were coming true.

SHANNON STEWART: My life was forever changed.

GISELLE SAMSON: I felt like I was part of something so big.

WHITNEY THOMPSON: The only reason the door was open to me was because of Tyra.

TYRA BANKS: Hello, my fierce, Mr. Jay.

JAY MANUEL: I revered her.

(In unison.) Fierce.

MALE SPEAKER: (0:01:21) It was just so cool to me to watch queer people on a show like that.

(In unison.) Gay.

J. ALEXANDER: Darling, yes.

JOANIE DODDS: It was so huge.

FEMALE SPEAKER: 10,000 girls turned out for America's Next Top Model.

MALE SPEAKER: That time in television was just crazy.

DIONNE WALTERS: It could make you or break you.

FEMALE SPEAKER: (0:01:38) Rail thin teenage girls are being told, "You're too fat."

FEMALE SPEAKER: It was a reflection of the time.

JANICE DICKINSON: She looks pudgy.

WHITNEY THOMPSON: That's exactly how it was.

J. ALEXANDER: Girl, you walk like you are on crack. Oh, Baby girl, baby girl.

FEMALE SPEAKER: When we look at how these people were treated, it raises a lot of concerns around exploitation.

TRIXIE MATTEL: They dress like homeless people for a shoot.

JAY MANUEL: We are actually going to switch your ethnicities.

NIGEL BARKER: (0:02:01) What is happening right now?

DANI EVANS: It's not about empowering women, no.

JADE COLE: This is not America's next top best friend.

JOANIE DODDS: Look at my teeth.

FEMALE SPEAKER: I'm not prepared. I'm not mentally prepared for this.

DIONNE WALTERS: We were crushed. One girl almost got hypothermia, but I guess it made for good TV.

TYRA BANKS: You'll be able to survive this.

DANI EVANS: No one on the show knew what we were signing up for.

SHANDI SULLIVAN: (0:02:22) Why are we filming this?

FEMALE SPEAKER: This show wasn't meant to help us. It was meant to break us down.

TYRA BANKS: How many people were scared?

JAY MANUEL: I always believed that she would have my back. I was ultimately proven wrong.

FEMALE SPEAKER: Tyra Banks, I need an explanation.

DANI EVANS: It's time to talk about it. All of it. The good and the bad, the ugly.

FEMALE SPEAKER: Tyra Banks is once again trending for her crimes against humanity.

FEMALE SPEAKER: Tyra Banks, you're a joke.

MALE SPEAKER: I don't hate Tyra Banks. I do think that she was a sellout. I feel like I haven't heard from her in a while. (0:02:52) I wonder what she's up to.

FEMALE SPEAKER: Tyra, take one.

TYRA BANKS: I haven't really said much, but now it's time. (0:03:26).

I was rooting for you. I'm gonna take you to

2020. COVID hit and the world was binging TV.

FEMALE SPEAKER: An Oklahoma man who goes by the name Joe Exotic.

TYRA BANKS: And started to binge Top Model. (0:03:46) It got so big.

FEMALE SPEAKER: My OG.

MALE SPEAKER: My favorite things ever.

FEMALE SPEAKER: Love, love, love that show.

TYRA BANKS: And it brought so much joy to so many people.

MALE SPEAKER: These are my favorite America's Next Top models and where they are now.

TYRA BANKS: And so much anger.

MALE SPEAKER: Tyra Banks should've been called out years ago.

FEMALE SPEAKER: She's perpetuating a narrative constructed by a multibillion dollar...

TYRA BANKS: A lot of people were part of the next generation. They didn't watch it back then. (0:04:16) And it went from this thing that everybody loves to like overnight, like just a whole different lens. Look how wrong this is. What I think is important is to understand where that came from.

FEMALE SPEAKER: Early 2000s, (0:04:32) very

white, very thin, very blonde.

WHITNEY THOMPSON: Heroin chic was still ideal.

FEMALE SPEAKER: Models looked a certain way.

SHANNON STEWART: Heidi Klum, Giselle Bundchen, the Victoria's Secret Angels.

BRE SCULLARK: Thin, tall, white women.

FEMALE SPEAKER: And then there's Tyra.

TYRA BANKS: I remember my very first season in Paris as a model, living in like a dorm. (0:04:56) It gets kind of hard, you know, being new, and all these supermodels there, and you don't really feel accepted. Just pounding that pavement, trying to get to a place where you can pay your bills, where you can be chosen.

Six agencies and the first five said no. It kind of hurt, you know? They were like, oh, we don't want any black girls. Oh, your nose is too big. Oh, your lips are too full. You start looking in the mirror like, oh my god, am I ugly or what? (0:05:22).

That hurts deep. I would go home and just feel defeated and just feel like, ugh. I was constantly being told, no, you can't do this because you're black. There were not a lot of black models back then. We were being paid so much less just because

of the color of our skin, even if it was proven that we would sell more.

LIZ SMITH: (0:05:42) Did you know there's actually an interview accompanying this striking Fabrizio Ferry photograph? Yes, Tyra Banks speaks. I saw Tyra Banks in person yesterday. She was having lunch in the Four Seasons. Nobody in the Four Seasons recognized Tyra Banks. She had her clothes on.

TYRA BANKS: But I'm not scared of risk at all. I'm not scared to fail. It's about getting knocked down and getting back up. I just said, let me just give it my all.

FEMALE SPEAKER: (0:06:10) At 21, Tyra's already launched an acting career.

(Scene from Fresh Prince of Bel Air.)

FEMALE SPEAKER: Signed a lucrative CoverGirl contract.

KEENYAH HILL: It was amazing to see the black women dominating the modeling industry.

MALE SPEAKER: Supermodel Tyra Banks is the first black woman to appear in the coveted cover picture.

BRE SCULLARK: When we saw Tyra, that was our open door to say that, yes, for you too, this is

possible.

EBONY HAITH: I started thinking a little differently. (0:06:34) Maybe this modeling might be something for me.

TYRA BANKS: People said, oh, black girls aren't going to be successful. You won't get any covers. No this, no that. I proved them all wrong. I wanted to show that beauty is not one thing, and I wanted to fight against the fashion industry. And one day, this idea just hit me. What if (0:06:59) I created a show where you saw what it took to become a model and for this show to represent not all white, not all skinny, but just showing all the differences and all the different types of beauties. I had a feeling that I was going to change the beauty world. This was my way to get back.

(0:07:26) And so a couple of weeks later, I was at drinks at the Standard Hotel with Ken Mok.

KEN MOK: I remember getting a call from my agent saying, hey, listen, Tyra Banks wants to meet you. I was like, really? (0:07:43) I remember that meeting to this day. I walked up there and I thought, it's gonna be basically a vanity project for her. She's not gonna do any of the work. I mean, she's just a model. She's probably not very

bright. I said, look, Tyra, what is it that you wanna do? And she said she wants to do the show about modeling, the making of a model.

TYRA BANKS: (0:08:03) There was a show called American Idol. Kelly Clarkson had won that first season, but I was always curious of like, what is Kelly doing when she goes home? I want to marry American Idol and The Real World and set it in the modeling industry. And I pitched him the idea and he said:

KEN MOK: Oh, I can make this work.

TYRA BANKS: Ken is like one of the godfathers of reality television.

KEN MOK: (0:08:26) I had created a show called Making the Band that followed the journey of people auditioning and then creating this boy band.

MALE SPEAKERS: O-town.

KEN MOK: And seeing if this boy band could succeed.

TYRA BANKS: So he explained to me, you can't just be following people. You have to have a format.

KEN MOK: We had ten girls living in an apartment. Each week, they would be taught a modeling skill. Then one model would be sent home.

The last model standing would then be named...

TYRA BANKS: (0:08:50) America's Next Top Model.

KEN MOK: I knew that one key to the success of the show would be to have really great coaches and judges that popped on TV. And then she said, we need a runway coach. I thought she was going to mention some woman who, like, ran some modeling school or something that could... She goes, no, there's this guy named J. Alexander. He's this six-foot-five, African-American guy. I'm like, what?

J. ALEXANDER: I was J. Alexander, queen of the catwalk. (0:09:19) My motto is, walk like it's for sale and the rent is due tonight. He just blew me away.

FEMALE SPEAKER: For most models, getting that supermodel stride isn't that easy. So who do they turn to for guidance? J. Alexander.

TYRA BANKS: Miss J taught me how to walk.

J. ALEXANDER: I've known Tyra since she was 16. She had an idea. America's Next Top Model.

TYRA BANKS: He was the first person I called.

J. ALEXANDER: Hey. Oh, my God.

TYRA BANKS: (0:09:46) He was just this, like,

godfather, mother, diva, extraordinaire. He was the real deal.

J. ALEXANDER: I came out of my mother's stomach wearing high heels.

KEN MOK: He had the most beautiful legs.

TYRA BANKS: (0:10:00) And Jay is a pioneer in himself.

J. ALEXANDER: The best fashion show you can get is watching black women going to church on Sunday.

TYRA BANKS: Because back then, a lot of people were not expressing themselves like he was expressing himself.

J. ALEXANDER: Girl, I knew who I was.

TYRA BANKS: I knew that he had something special.

J. ALEXANDER: I liked the craziness. I Just liked the crazy.

KEN MOK: And then we said, okay, well, obviously in fashion, the photo shoot is everything. (0:10:27) Tyra tapped Jay Manuel, who was her makeup artist, to be our photo shoot director.

JAY MANUEL: My phone rang. I picked up, it was Tyra, and she was in LA. So I'm thinking, oh, my God, it must be almost 6:00 a.m. She's like, oh,

my God, I have this idea. It was the excitement in her voice that I responded to.

(0:10:50) In my teens, you know, most teenagers put music posters on their walls. I had on my bedroom wall all the fashion ads of the time. It's funny to look back because it was really a vision board. (0:11:20) I had done a lot in my career at that point, but I felt like I was always trying to prove myself. Tyra gave me that trust.

TYRA BANKS: He was such a visionary. One of the most talented creators I've ever worked with. Ever worked with.

JAY MANUEL: I was so, so grateful for the opportunity to just be me.

KEN MOK: We were a complete team. We were ready to go out and pitch the show.

JAY MANUEL: (0:11:51) Tyra was given pitch meetings at all the major studios.

KEN MOK: We went to NBC, we went to ABC, we went to CBS, we went to Fox.

JAY MANUEL: If anyone was going to make the show a reality, it was her.

TYRA BANKS: We pitched this model reality show everywhere, and...

JAY MANUEL: It was just no.

TYRA BANKS: What?
J. ALEXANDER: No, no.
JAY MANUEL: Networks were turning it down.
TYRA BANKS: Doors slamming, slamming, slamming, slamming.
JAY MANUEL: (0:12:18) They were like, oh, no. Reality? No.
J. ALEXANDER: Nope, no, no. Nope, no, nope. No.
TYRA BANKS: There was a stereotype with models. Models are unsympathetic characters. They are vapid. And that stayed with me and followed me for a very, very long time. And then...
MALE SPEAKER: UPN is gonna make this fall cooler than ever.
TYRA BANKS: We'd go to UPN.
DAWN OSTROFF: (0:12:48) I can guarantee you UPN was the last stop on the pitching train. By far, in absolute dead last place. We need to find a hit or there probably won't be a UPN. When Tyra first came in, I thought, okay, vanity pitch. Let's hear what she has to say and, you know, move on.
TYRA BANKS: (0:13:10) I was so nervous because that was the last one. That was it. So I stood up and I started walking like Miss J, talking

like Miss J.

J. ALEXANDER: You need to be able to slinky ink down the runway. If you can't slinky ink, you may look stinky stink.

TYRA BANKS: Acting like different characters and...

DAWN OSTROFF: It was unlike anything anybody had really heard.

TYRA BANKS: I just saw her face went from to...

DAWN OSTROFF: (0:13:38) When you're at the very bottom of the mountain, you have nothing to lose. We had no idea. Nobody had done a reality show like this. It was just guessing. But if it did work, we had everything to gain.

TYRA BANKS: I was freaking out. If Top Model wasn't picked up, what would I do? Where would I go? What would I be. (0:14:06) I picked up the phone. We got a yes. (0:14:14) I'd never had that before. I'd never gotten a call that somebody said that they wanted to make my idea come to life. Like, wow. It was my payback. You just have a magazine. I have a TV show, and so many people are gonna see way more of this TV show than your magazine that is closing off so many beauties. I'm

going to show you what beautiful is. Let's go. Let's do this.

(0:14:50) It all began a few months ago when we started a process that would change lives. I was looking for America's Next Top Model. So I launched a nationwide search, and people sent tapes in from all over the country.

Right away, I could see girls with potential.

KESSE WALLACE: Because I am the true diva.

ADRIANNE CURRY: I come here and morbidly write my horrible poems.

SHANNON STEWART: I want to shake the dust off this small town. (0:15:21) At the age of five, I wanted to become a model. It was just so glamorous looking, and I didn't think it was possible because I had like buck teeth, stringy hair. I was a little bit chunky. I had a growth spurt, and I was like, hmm, maybe this dream could become a reality.

I want to become America's supermodel. I am ready. I sent in a video, a few pictures. I was so excited. (0:15:51) Hello.

MALE SPEAKER: Hi.

SHANNON STEWART: Hi, I'm Shannon.

KEN MOK: Hi, Shannon.

SHANNON STEWART: Hi.

TYRA BANKS: Hi, Shannon.

SHANNON STEWART: Hi.

FEMALE SPEAKER: Hello.

MR. MOK: Shannon, I take it you're a very religious person. Have you always been religious?

SHANNON STEWART: Yes, ever since I was little. I was probably saved around the age of ten, but I got stronger over the years because, you know, practice makes perfect.

KEN MOK: I loved Shannon. Super Christian girl.

It says in your application that you're a virgin.

SHANNON STEWART: Yes. Oh, gosh, they played that up so much. But when I get married, I told my mom, I said, my wedding's going to be cut short, and I'm going to be gone, baby.

(0:16:19) My heart was, like, pounding out of my chest. But then I got the call and Tyra Banks come on the phone and I about lost it. You made it on the show, and I'm like, ah. It's a moment I will never forget.

TYRA BANKS: When it comes to casting, I had a percentage of, like, okay, let's give the public what they think pretty is, because you have to meet

people where they are. Now let me show you what's not obvious.

EBONY HAITH: (0:16:49) My name is Ebony, and I'm actually originally from Harlem. I know that I'm unique. I knew nothing about modeling, but I knew that my skin was popping, and I had a great smile.

With my exotic look, girl-next-door look. When I was a little girl, my nickname was actually Ugly. I am so serious. I kind of blocked that out, I think, because of emotional issues with that, but I always had this dream that one day I'd become an African princess.

(0:17:14) I grew up in a beauty salon in Harlem. Women would come into the beauty salon, and my grandmother would say, oh, let me let you meet my great grandbaby. Her name is Ebony. Tell her she's black and beautiful. (0:17:28) Here I am in this beauty salon, and the universe just brought all this love. I started to understand the importance of beauty. I always get that something is different. Whether it's my look, my personality, something is different.

KEN MOK: She had a very striking, beautiful face. You know, Ebony had a very, very different

look. That was a reason why Tyra really wanted her in the show.

TYRA BANKS: (0:17:51) I remember walking in there, and I used to love this brown catsuit that I -- I used to wear that brown catsuit whenever I felt hot.

Hey, pretty girls!

FEMALE SPEAKERS: Hi.

TYRA BANKS: I was like, I'm gonna change some lives today.

EBONY HAITH: The fact that I was the only girl from New York and my name was Ebony, I had great pride in that.

TYRA BANKS: The next girl that's coming to New York City really doesn't have far to go because she's from New York City, and it's Miss Ebony.

I remember when I called her name, she just... (0:18:20) She just lost it, and she pulled it back together real fast, but I remember being in that room and feeling that energy from her. It was beautiful.

KEN MOK: When we were casting, we got a lot of pushback from the network. If you had one person of a different color, that was their definition of diverse. That was not my definition or Tyra's

definition of diversity. (0:18:44) We had to do the final casting with the president of Viacom, the parent company of CBS and UPN, a guy named Les Moonves.

FEMALE SPEAKER: How are the ratings over at the other networks?

LES MOONVES: Well, I think we have more new shows that are working than the other guys do. So...

KEN MOK: Arguably the most powerful man in Hollywood. We really wanted a Hispanic, Latina girl on the show, and he did not want this Latino girl on the show.

TYRA BANKS: What the hell? I lost it.

KEN MOK: (0:19:10) Tyra was arguing with Les to the point it almost got physical.

TYRA BANKS: How dare you? Do you understand? And if you want to talk business, let's talk business.

KEN MOK: Tyra, pull back right now. It's Les Moonves. Let's not torpedo the show before we even get it on the air. We had to replace her.

TYRA BANKS: Then we went searching again, searching again, and we found Giselle.

FEMALE SPEAKER: Take one.

GISELLE SAMSON: My name is Giselle Samson, and this is my mom. (0:19:42) Okay. So with the audition process on that first day with Tyra Banks, I do remember her asking me, so Giselle, if this show made you famous, what would you do? Wow, why is this making me emotional now? This is weird. Because the feeling (0:20:00) was, oh my God, I made it. As a young girl, I just was so excited, and I was so happy to feel like you're -- you're gonna make it. Like this is something -- you're gonna be part of something so big. And I was a part of something so big.

SHANNON STEWART: Is this the real life? Got some food. I'm from a small town, I have a dream of modeling, (0:20:30) now I'm living in this New York City apartment with nine other girls, and I have eight weeks to prove I'm America's Next Top Model. Oh, my gosh, Tyra. Have you seen her walk and take pictures? She just moves.

GISELLE SAMSON: I was like, oh, my God, I'm going be on TV.

EBONY HAITH: Nobody really knew what to expect. Everybody was nervous, you know? Everybody's taking a chance. Mr. Mok, Tyra, all young people, what a dream.

JAY MANUEL: (0:20:56) We shot that whole thing in a hotel. The girls were living in one room -- or suite, really. The judging room was in another room.

TYRA BANKS: I had an acid burn in my stomach because there was just so much to do. I mean, Ken Mok turned into a cameraman because we were a cameraman short, didn't have the budget. There was this moment. It was just Tyra and I sitting in the control room, and I could see in her face, she's like, okay, I'm doing this. It's surreal.

DAWN OSTROFF: (0:21:24) The producers didn't have a lot of experience. Tyra certainly didn't have experience. The show had a lot to prove.

TYRA BANKS: There are so many things that it takes to be a top model, and you guys are going to be put through lots of different tests. Teach.

JAY MANUEL: Today's lesson is going to be about establishing a look for yourselves.

TYRA BANKS: Challenge.

FEMALE SPEAKER: Today we're going to do go-sees.

FEMALE SPEAKER: You've got four hours to do this, and you've got five castings.

TYRA BANKS: Photo shoot. Today we're doing

beauty shots. Smile with your eyes a little bit.

MALE SPEAKER: Good.

FEMALE SPEAKER: (0:21:54) We got it.

TYRA BANKS: Judging. Once a week, you'll be evaluated, and someone will be eliminated.

Whoever's name I call will go on and will still be in the running to become America's Next Top Model.

GISELLE SAMSON: Oh, my gosh. How many times she had to say that.

TYRA BANKS: You're still in the running to become America's Next Top Model. Still in the running towards becoming America's Next Top Model. You're still in the running to become America's Next Top Model. You're still in the running to become America's Next Top Model. You're still in the running in --

GISELLE SAMSON: -- becoming America's Next Top Model. (0:22:17) That's it. Got it on the first try. Okay.

TYRA BANKS: The winner will receive a contract with Revlon, a fashion spread with Marie Claire, and a contract with one of the world's top agencies, Wilhelmina.

KEN MOK: It was a prize package that would help them really get a head start into the modeling industry. By the end of the show, we would build the perfect model that could now go out into the real world and try to pursue a modeling career.

SHANNON STEWART: If I win this, I can become a supermodel. I was like, this is going to change my life forever.

JAY MANUEL: (0:22:51) You're showing the behind the scenes of what the fashion world was. Most of it is not glamorous at all.

ADRIANNE CURRY: You got the air pushup bra, two silicone inserts, and toilet paper. You've got enormous cha-chas. Oh, my...

FEMALE SPEAKER: I was sent here by Tyra Banks to have all the girls with a Brazilian bikini wax.

JAY MANUEL: This is gonna go on television?

J. ALEXANDER: Real fucking funny. Really, really funny.

EBONY HAITH: (0:23:17) Man. I really want to go to Brazil bad. Let me tell you something, they got me good with that. I didn't even know what a Brazil wax was.

GISELLE SAMSON: I have never, ever, ever done a Brazilian wax again ever in my life. Better be a

damn supermodel after this. That's all I have to say.

KEN MOK: (0:23:44) This was not just a show about modeling, but it was a Cinderella story.

TYRA BANKS: Hello, everybody.

FEMALE SPEAKERS: Hi.

TYRA BANKS: So today, as you guys can see, you're at the Lupine Salon. You guys are already fierce, but we're going to make you fierce. No one will walk out looking like what they walked in. All right? Be brave.

From day one, I knew that we needed to have a makeover. Shannon, I want to bleach you out more. I want to just brighten you up. We might even add a little bit more hair extensions to thicken you up. (0:24:12) When you see this beautiful specimen, this beautiful, like, little fawn, and then you put her through this process, and then she turns into this princess, it also shows possibility.

J. ALEXANDER: But, you know, they hate it. They hate it.

ADRIANNE CURRY: I don't like to show anybody I'm going through pain, so I didn't say anything, but Giselle cried. Giselle whined. Giselle moaned. Giselle groaned.

GISELLE SAMSON: I can't. Okay. I can't. (0:24:45) I'm just used to the way I had my hair, so I'm kind of concerned about the length.

JAY MANUEL: Don't look so sad. Models are canvases.

FEMALE SPEAKER: Yeah. I know I don't have a choice.

JAY MANUEL: No, you don't. Hey, girls.

FEMALE SPEAKERS: Hi.

JAY MANUEL: Wow, you guys have been busy.

SHANNON STEWART: Jay Manuel is like a genius. Some of them actually liked him. He's so cute. But then Adrianne's like, he's gay.

JAY MANUEL: So just because you're not feeling well, you don't want to go?

NICOLE PANATTONI: (0:25:09) Should there be another reason?

JAY MANUEL: Well, I mean, you don't look deathly ill. Oh, yeah, that's the shady part. So then it's silly, and you go back home, and you do what? Work at Burger King? The Burger King line. That was probably a little shady. It's one of Miss J's favorite moments.

NICOLE PANATTONI: He's very direct with some of the girls.

J. ALEXANDER: Marry Rich and have a baby. Well, yes, I made fun of them, and I was just doing my thing.

TYRA BANKS: (0:25:35) The one and the only top runway trainer. I have known him since I was 17 years old. His name is J. Alexander. Come out here, J.

J. ALEXANDER: I'm gonna show you how to walk in a tight skirt.

GISELLE SAMSON: Ah, loved Miss J.

JAY MANUEL: Forgot to brush her teeth. (0:25:54) We had this natural banter. J. loves to do an expression and then an eye roll. And, like, I feed into it. Like, we -- we literally just fold together like this.

J. ALEXANDER: Don't listen to her. She's crazy. She just up gray and green. What a combination.

JAY MANUEL: And then there was a support (0:26:14) because it was like, gay wonder twins activate. We were together, so, you know, they can't attack us. Again, I know it sounds ridiculous today, but it was such a different time.

TYRA BANKS: People would write and say, like, what the hell is this on my screen? Like, how are

you, like, showing this?

J. ALEXANDER: I said, suck my dick.

EBONY HAITH: I wanted to know if it's okay if my girlfriend could come over for about an hour or two today.

ROBYN MANNING: Ebony's a lesbian, and I found this offensive.

EBONY HAITH: (0:26:40) When I first auditioned for the show, the first thing Tyra says to me, she goes, we see that you're gay.

TYRA BANKS: We know you're a lesbian. How do you feel about expressing that on national television?

EBONY HAITH: That's kind of how the world found out I was gay, and how the world met me. I had hoped at least they would pull me to the side and say, how do you want to approach this? You know, they forgot the danger of that. Not a problem on my end. I'm very -- very open about it. I wanted to come out because I wanted other celebrities to do the same.

FEMALE SPEAKER: Hi, sweetie.

EBONY HAITH: (0:27:09) I was just happy that they showed me and my partner together, smiling and showing the reality. I think it was new to see that

on TV.

JAY MANUEL: At the time, there was just no queer representation on television, and, like, God knows what this was gonna look like on TV.

EBONY HAITH: You know, I'm very serious about this. We're in a competition, and my plan is to win. There is nothing else but that. (0:27:33).

GISELLE SAMSON: Uh-oh, Tyra mail. Eliminations.

FEMALE SPEAKER: Tomorrow one of you will be eliminated.

GISELLE SAMSON: Really nervous about our next elimination.

SHANNON STEWART: I didn't know who was going to win. I really, really, really, really, really want this.

TYRA BANKS: (0:27:47) Who are we gonna cut this week?

JANICE DICKINSON: Shannon.

SHANNON STEWART: Judges could be a little cruel. I hated walking into the judging room like, oh my gosh, what are they gonna say to me this time?

JANICE DICKINSON: It looks like you landed from another planet because you have so much teeth. Maybe she should have a few removed.

SHANNON STEWART: I'm thinking to myself, which teeth would you like me to pull out? Would it be my two front teeth? Like, who says that?

MALE SPEAKER: Iconic reality TV villain, Janice Dickinson.

JANICE DICKINSON: (0:28:11) She looks kind of like a child prostitute.

FEMALE SPEAKER: You gotta get over it. I'm sorry. You gotta get over it.

JAY MANUEL: Janice was obviously extremely provocative.

JANICE DICKINSON: Zip it, bitch. Zip it. You're dead in my book.

KEN MOK: And she's a diva.

FEMALE SPEAKER: World's first supermodel.

JAY MANUEL: You want to talk about a legitimate, bona fide supermodel (0:28:30) who'd had such a career.

JANICE DICKINSON: I've been in this industry for quite a long time, making me probably the most opinionated person on the panel.

KEN MOK: I love Janice. Like, she was very outrageous as a character.

JANICE DICKINSON: This is the worst photograph I've ever seen. You look deranged, and it looks

like you have a penis.

KEN MOK: She had no filter.

JANICE DICKINSON: You gotta work on the thighs. You got the booty thing. You got to kind of really watch the diet and exercise because it's not all about your gorgeous face. It is about the booty, too.

MALE SPEAKER: (0:28:59) Let's just call it as it is. Robyn, first of all, is too old to be starting --

JANICE DICKINSON: And fat.

MALE SPEAKER: -- to model.

JANICE DICKINSON: She's huge. She's not going to be a top model.

MALE SPEAKER: She won't. That's the reality --

JANICE DICKINSON: She should work for a car toppling company.

JAY MANUEL: You know, Janice offered that very harsh opinion that absolutely exists in the industry.

JOHN: My name is John, and I'm going to be your trainer. We're going to do a little test, height and weight.

SHANNON STEWART: I had an eating disorder.

JOHN: Terrific. 114.

ELYSE SEWELL: (0:29:29) Am I the lightest one?

JOHN: Yeah. Yeah.

SHANNON STEWART: Yeah. It started when I was 14. I got tall, and then all of a sudden, my baby fat was gone. And so I was like, wow, what do I have to do to keep this? One point, I got down to, like, 114. I think that's when I passed out, and I was like, oh, my gosh. I could see it, but still, it was just like this wicked taskmaster constantly telling me, you're not thin enough. You're not thin enough. (0:29:54) The pressure that the industry can put on you to be a certain size, (0:30:00) it's actually quite awful.

TYRA BANKS: The full-figured market's changing. I'm gonna say the exact opposite than what these people in fashion have been telling women for years, which is be small.

I think that you guys are the problem with America. I think you are the problem of why women are leaning over the toilets at this very moment and vomiting after they've eaten or taking laxatives after they've eaten.

EBONY HAITH: I thought, oh, my God, I love the fact that she is fighting for this.

SHANNON STEWART: (0:30:28) I really do think she was not just wanting to produce a show, but she was also trying to help us. Tyra was just trying to teach us how to pose in front of the camera, how to walk down the runway.

TYRA BANKS: Longer strides.

J. ALEXANDER: Come together, girl. I ain't mad at you. Oh, you're pulling it together. Oh, you're pulling it together. Okay.

KIMORA LEE: You've been practicing.

J. ALEXANDER: Okay.

SHANNON STEWART: Practice makes perfect.

J. ALEXANDER: I taught a girl how to walk with confidence, and that clicks. It's like, whoa. (0:30:57) Oh my god, you are really, really quite beautiful.

SHANNON STEWART: When you see me in the last runway challenge, I really just left it all out there. I had to walk that runway like my life depends on it.

TYRA BANKS: A decision is made. America's Next Top Model is Adrianne.

SHANNON STEWART: I was devastated. But after the show, Tyra sent me flowers. (0:31:28) It was the biggest bouquet of flowers I have ever seen in

my life. I came to New York, I called IMG, that was like my dream agency, and they signed me. I was so excited. I was gonna dream big, no matter the cost.

GISELLE SAMSON: (0:31:48) Two or three months after I had filmed Top Model, I'm back home in LA and somebody's like, are you like on a show or something? And I'm like, what do you mean, why, what? There's like a billboard of you in Hollywood.

KEN MOK: There was a huge billboard in downtown LA, and the whole side of the building said America's Next Top Model.

EBONY HAITH: (0:32:15) I remember saying, look at that girl. She's beautiful. You know what? Oh my god, look at her. She's fierce. And my mother, I'll never forget her saying, that's you. And I was like, that is me?

JAY MANUEL: Okay, we're off now.

GISELLE SAMSON: I was just so excited for the show to air because it was something that I was so proud of and that I thought was going to catapult me into things. (0:32:40) So here I am trying to do my own PR. I made postcards, and I put my little picture, my headshot on one side and then the premiere date of America's Next Top Model on UPN and I mailed it to every manager, every agent. I'm

gonna get discovered and it's gonna be amazing and I'm gonna make it.

TYRA BANKS: (0:33:04) Even though we had been in the editing bay for weeks and weeks and weeks doing this, watching it when the world was watching it was a whole different situation.

JAY MANUEL: When we were shooting Cycle 1, I had no clue what was gonna go on air. The viewing party was at my apartment. Tyra was there. Even her mom came. I was extremely nervous. Oh, my God.

TYRA BANKS: Shannon, you're still in the running to becoming America's Next Top Model.

JAY MANUEL: (0:33:33) When the episode ended, Tyra immediately went into my office to the computer to go check out, like, chat rooms.

TYRA BANKS: I was freaking out.

JAY MANUEL: Tyra was nervous. There was a lot riding on her.

TYRA BANKS: Networks want ratings. They want things to, like, resonate. It was very, very intense.

JAY MANUEL: (0:34:01) My phone rang, and it was Iman that called. I had been working with Iman and her husband, David Bowie, on his Heathen album, and she said, we watched. And she hands the phone

to David.

DAVID BOWIE: I believe I might be of service.

JAY MANUEL: And David said to me, you found the place where you need to be. I'll never forget it.

J. ALEXANDER: (0:34:31) The fairytale began.

MALE SPEAKER: It's hot babes, cat fights, and a whole lot of drama. The addictive reality TV hit, America's Next Top Model.

DAWN OSTROFF: I remember thinking to myself, this is so much better than I ever could've thought.

ELLEN DEGENERES: I am hooked on 30 seconds of it.

TYRA BANKS: I'm so happy.

ELLEN DEGENERES: I'm telling you, it is --

TYRA BANKS: You have to TiVo. Do you have TiVo?

ELLEN DEGENERES: Believe me, I already called. It's in the TiVo right now.

TYRA BANKS: I'm like, damn, okay. These ratings are crazy.

J. ALEXANDER: They realize, huh, (0:35:00) Tyra may be on to something here.

JIMMY KIMMEL: Tyra designed a program in which models just get their crotches waxed.

TYRA BANKS: It wasn't just about, oh, let's have their -- I mean, their --

JIMMY KIMMEL: Right. It wasn't about, let's have their...

GISELLE SAMSON: When the show started to air, it really was shocking (0:35:20) because it wasn't what I thought it was going to be. My face is definitely pimple-ized.

ADRIANNE CURRY: Giselle found out that pretending to be insecure is a great way to fish for compliments.

GISELLE SAMSON: In our confessionals, I could feel the push of producers trying to navigate us against each other.

EBONY HAITH: (0:35:42) You're asking for massages while we're cleaning up instead of cleaning the tub like you said you were going to do. That's immaturity. I have no time for that.

GISELLE SAMSON: So-and-so said this about you. Excuse me? What?

ELYSE SEWELL: Giselle, you (bleep) worthless (bleep). You are so bitchy, stupid. You're worthless. Your parents must be ashamed of you.

FEMALE SPEAKER: Giselle?

TYRA BANKS: I like Giselle. You know, I like

Giselle because it just seems like she wants this.

MALE SPEAKER: But I think she needs to tighten up.

TYRA BANKS: She's got a wide ass.

JANICE DICKINSON: It's kind of wide.

GISELLE SAMSON: (0:36:11) I'm walking away, I'm 18 years old, growing into my body, and she's like, Giselle, she's got a wide ass.

MALE SPEAKER: I think she needs to tighten up.

TYRA BANKS: She's got a wide ass.

JANICE DICKINSON: It's kind of wide.

FEMALE SPEAKER: They did these girls so dirty.

GISELLE SAMSON: They chose to put that in there. How I left feeling about myself in that moment has stayed with me forever. Why does my ass have to be so wide? Like, that's how I talk to myself, (0:36:42) you know, to this day.

EBONY HAITH: When I went on that show, I knew people would be against anything that I represent, being a black woman that's gay or whatever it is, but I did think that I would be protected. I thought the first episode was fabulous. I was so excited to be a role model. And then when I saw the makeover...

TYRA BANKS: Ebony, this little piece of hair

right here, that extra little thing, gone.

EBONY HAITH: Work me. (0:37:12) That's when I felt the full disappointment of the way I was represented. I'm sitting there, and I have three of the top stylists over my head, laughing at my hair texture. It was really just frustrating. People did not have the correct clippers. Everybody basically said they didn't know what to do.

FEMALE SPEAKER: Should we leave a little tuft?

EBONY HAITH: Oh, how can they go wrong with a Caesar?

FEMALE SPEAKER: Should we write our name in it?

FEMALE SPEAKER: Yeah.

EBONY HAITH: (0:37:41) I kept thinking this was a test, that at any moment, Mr. Jay would say, Ebony, you're fabulous, you know; or Ebony, you handled this well. They end up giving me three bald spots. Yeah, very disappointing. (0:37:54) And it's very upsetting to an African-American woman to go into a salon and a person to do her hair incorrectly. It is very inappropriate. Tyra would not have this. She's too fierce for this.

ROBYN MANNING: Girl, what? Do it one more time.

EBONY HAITH: What do I do? This is horrible. As I'm trying to figure out how can I fix my hair, Tyra calls me. It's the end of the day. And this was like the first time we really even had a conversation because she barely spoke to me on the show. So I'm thinking that my sister (0:38:20) is going to understand. I thought she was going to say, girl, don't worry. I'll go to Harlem, and she says, the judges have been talking to me and they've been saying that you have been showing up ashy every day and I'm blown away.

(0:38:38) She didn't say, oh, you know, you're dealing with a little acne or, you know what, Ebony, your skin looks a little irritated. I didn't understand why they chose those specific words when this is a word that's been used in history to make us feel less than.

TYRA BANKS: With your skin texture, being an African-American woman, it should be like butter. At the retouching session, your photo was the hardest that we had to do.

EBONY HAITH: Wait a minute. Am I being treated differently because I'm a black girl? What's happening here? (0:39:07) I was like, let me just be quiet. I'm supposed to make my skin

fabulous.

ELYSE SEWELL: There's grease all over because of her new moisturizing regime. Ugh.

GISELLE SAMSON: After you put the -- your stuff on, could you make sure you, like, thoroughly clean your hands? Just because it gets on the doorknobs and it's, like, slippery.

EBONY HAITH: Okay. I'll try to concentrate on --

GISELLE SAMSON: Just that. That's all I have a problem -- I mean, I don't even know if it's a real big problem or anything.

EBONY HAITH: (0:39:37) I remember on the show thinking to myself, oh my god, there's so much I want to say, but I really had to be still. There's nothing I can do here that's going to make it better. Whatever narrative they're creating, they're going to do this.

JAY MANUEL: I love the color of her skin. I really do. But up close, she just looks so old.

FEMALE SPEAKER: It's going to be hard with Ebony. She's very aggressive and very angry.

KIMORA LEE: (0:40:00) Ebony just is much too harsh for me. I just don't get it.

FEMALE SPEAKER: You and I both know, looking

at Ebony, her skin is actually gorgeous.

FEMALE SPEAKER: Ebony was ahead of the time.

MALE SPEAKER: She was dark-skinned, she had a shaved head, and she was gay. That wasn't cool on TV, so she got the aggressive edit.

EBONY HAITH: (0:40:23) I realized that Tyra and the judges aren't going to help me. I know I have to protect myself, but you're forgetting I was in high school three, four years ago and I felt that. I felt that innocence, and I just... Oh, my God. I'm so sorry. I actually haven't thought about this in years, and I've actually never talked about this, but... (0:40:49) My heart was breaking as I'm on this national show, thinking that the world would be proud of me.

TYRA BANKS: Will Giselle and Ebony please step forward? Giselle, even as you stand here right now, it's like, where is the self-esteem? (0:41:15) Ebony, when you come into the room, we sense a chip on your shoulder, a type of anger that makes you push yourself too hard to the point where you lose focus and you become difficult to work with.

EBONY HAITH: When I was eliminated, I was so brokenhearted. I go to run and literally I make it up the first flight of steps and my body just gave

out and I started to cry. (0:41:42) the producers, they were like, Ebony, you're gonna get work. You are so amazing. And in my mind, I just knew that wasn't true. After the show, I would hear a lot of young girls come up to me and go, oh, I probably can't be a model because my skin is rough like yours. My heart was broken.

GISELLE SAMSON: (0:42:04) The agents and managers were not interested in having anything to do with me because they just saw reality. I was the girl who had no confidence, and who's gonna wanna hire that girl? Who's gonna wanna sign that girl? I believed now that I wasn't good enough. I'm not gonna make it.

EBONY HAITH: (0:42:38) I started to think that it really wasn't a model show, that this was really a new way of making TV shows, and I don't think that any of the girls were prepared for what reality was gonna become.

MALE SPEAKER: They say for UPN, this show is what Survivor was to CBS.

TYRA BANKS: Yes.

MALE SPEAKER: Huge. Putting UPN on the map, I'm very happy about that.

MALE SPEAKER: It's the most watched show on

the network.

TYRA BANKS: Yes.

MALE SPEAKER: Like by this much.

TYRA BANKS: Yes.

DAWN OSTROFF: (0:43:03) Much to everyone's surprise, it became the breakout show.

JAY MANUEL: This show became the water cooler show, where people then went to work the next day and said, oh, did you watch this? Da-da-da-da-da.

FEMALE SPEAKER: Lord, you don't even have to believe.

FEMALE SPEAKER: It just really hurts still, and I'm really weak. (0:43:19) I'm really proud of myself.

JANICE DICKINSON: I think America's Next Top Model is not a plus size model.

TYRA BANKS: Why?

DAWN OSTROFF: And Tyra was everywhere.

TYRA BANKS: If we do another --

JIMMY KIMMEL: Oh, you're doing another one.

TYRA BANKS: Are we really?

JIMMY KIMMEL: Yeah.

TYRA BANKS: And then my team were telling me, Tyra, this is not normal. You may never be able to repeat this success with anything that you ever do

ever again. (0:43:43) I was like, what you talking about? I'm going to do it again.

MALE SPEAKER: So are you going to bring that show back?

TYRA BANKS: Yes, we got picked up for a second season. Our ratings are really skyrocket ratings on UPN. So we'll be -- we'll be back in January.

CONAN O'BRIEN: America's Next Top Model airs Tuesday nights at 9:00 on UPN, and very soon, there'll be an orgy.

KEN MOK: Oh, my God. It's like we're a big hit now. Now I've got to deliver a second season.

SHANDI SULLIVAN: (0:44:18) Modeling never crossed my mind growing up. It wasn't something I aspired to do. My boyfriend at the time, Eric, he's like, you could be a model. Like, why couldn't you be a model? We just were watching TV one day, and a commercial came up about a casting for this show that I'd never heard of.

TYRA BANKS: (0:44:42) Being the top model ain't no picnic. Sure, there's the glamour. But on the road to the top, there's cutthroat competition.

SHANDI SULLIVAN: Okay, let's go.

My name is Shandi. I work at a Walgreens. I'm a service clerk. At the casting, I just yelled, I

don't want to work at Walgreens anymore really loud, like just really, really loud, just screamed it. And then I made myself laugh, and everybody else started laughing.

(0:45:11) All right. Well, whatever. That was an experience. Okay. Just went back to our little life in Kansas City. Yeah, and they called me at work while I was at Walgreens. And they're like, so you made the cut. I was like, okay. No idea what I'm getting myself into at all.

JENASCIA CHAKOS: (0:45:40) Welcome to your new crib. Go to the fourth floor. It's a bling bling, punk funk, mod kind of world up in here. Stake your claim, Tyra.

SHANDI SULLIVAN: Oh, look at this place.

FEMALE SPEAKER: Look at the bedrooms.

KEN MOK: (0:45:57) After the success of the first cycle, our budget grew tremendously. We had our own soundstage and we built this beautiful table for the judges and we built a beautiful backdrop for the girls, and we had a runway on an aircraft carrier.

TYRA BANKS: (0:46:12) I'm not wasting any time. I'm throwing you straight on a runway. No training, no nothing. I want to see what you got.

SHANDI SULLIVAN: Oh, my God. I'm looking at these heels, these boots. Oh, goodness, I better not fall. Yeah, I had no idea how to do a model walk whatsoever.

TYRA BANKS: Shandi, your runway walk, I've never seen a runway walk that bad in my life.

JANICE DICKINSON: (0:46:39) Look up, look up. She should learn how to walk.

JAY MANUEL: In cycle two, it became sport for Janice to bait Tyra.

JANICE DICKINSON: If the body could just slim down 150 pounds, that would be good.

TYRA BANKS: Then she'd be 30 pounds.

JANICE DICKINSON: That would be better.

JAY MANUEL: It was definitely getting to her, (0:46:58) and I was like, why is she doing that to her? And Tyra would talk to me. She's like, I let it go. She's driving me crazy, but I let it go. But I know it was getting to her. And I considered myself like besties with Tyra, and she spent a lot of time at my house, sleeping over. If I'm in LA, I would spend time at her house. You start sharing secrets. You're very much in each other's world. I feel like she knew (0:47:22) I'd do anything for her.

JANICE DICKINSON: She's gotta go.
TYRA BANKS: So you're gonna throw somebody away because they have one bad shot?
JANICE DICKINSON: Yes.
JAY MANUEL: So I was armed and ready. (0:47:33) She looks like a porno star.
JANICE DICKINSON: No, she does not.
JAY MANUEL: Yes, she does.
JANICE DICKINSON: So do you.
JAY MANUEL: And I was just ready to go back at her. We're talking Silicone Valley at the other end of the table. I felt like I was getting one for the team because she'd been battling Tyra and everybody. I mean, I revered her.
JANICE DICKINSON: Well, stand up. Let's see the girdle you're wearing.
JAY MANUEL: Janice, yours is already surgically cinched. I snap one thread, and it's down. I wasn't my best self during the judging. Not nice at all.
JANICE DICKINSON: (0:48:02) Honey, look at your face, please. And your dyed hair, please.
JAY MANUEL: Okay. But that was the Janice thing. And to balance her out, we needed Nigel.
NIGEL BARKER: Come in, come in. I'm Nigel

Barker. I'm going to be your photographer for your fashion shoot.

JAY MANUEL: The network said to me, we need a judge who is a photographer, but this is what we want: good looking, straight and white. (0:48:29) I know he's got his Sri Lankan, you know, his mom.

NIGEL BARKER: I'm half Sri Lankan, half English. My mother's success as a fashion model gave her the ability to go to the UK and start a completely new life. So perhaps more than other people, we were acutely aware of what fashion and beauty could do. I started modeling in the '80s, and I was surrounded by the world's greatest photographers in fashion.

(0:48:59) I looked at the industry and I thought, well, if I want to stay here, there's only one side of this camera I need to be on and it's not this side, it's that side.

TYRA BANKS: I remember looking at Ken and being like, I think this is the one.

NIGEL BARKER: I had no idea what I was in for.

JAY MANUEL: Come on out, Nigel.

NIGEL BARKER: Hi, ladies.

FEMALE SPEAKER: Hi.

NIGEL BARKER: How are you?

JAY MANUEL: He's just instantly charismatic.

NIGEL BARKER: You look glamorous.

JAY MANUEL: Charming, the British accent.

SHANDI SULLIVAN: (0:49:26) We're like, that guy's hot. I'll never forget that. We're like, that guy's really hot.

JAY MANUEL: We talked about this --

NIGEL BARKER: He's been waiting to undress me for days.

J. ALEXANDER: Oh, my God.

JAY MANUEL: We've got the tall, sexy, and very English Nigel Barker, our photographer.

NIGEL BARKER: Hi, ladies.

JAY MANUEL: When the network said to me, we're looking for a good-looking, straight, white photographer, it did eat away at me. (0:49:49) It's like, well, the J's are a hit, but we're not straight, we're not white. I mean, networks are really that blunt. They know what they want to see in what role.

NIGEL BARKER: So I didn't need to be the mean one (0:50:00) or the funny one. I would be the straight man eye candy, and luckily that was my role on the show.

The theme for today's shoot is the Garden of

Eden. My first major shoot, they were nude. Bring in the Adams. All right, guys.

SHANDI SULLIVAN: There were hundreds of people in this room, and we're just standing butt naked. I was nervous, but it was like nervous and excitement all at the same time.

(0:50:25) Oh my goodness. Look at my butt. I have a butt.

TYRA BANKS: Shandi, did you ever think you could look that beautiful?

SHANDI SULLIVAN: The ugly duckling to the swan. That was my story.

TYRA BANKS: (0:50:38) Miss Shandi with that brown hair that just looks like I'm stocking the shelf at Walgreens, we are going to make you a platinum blonde.

SHANDI SULLIVAN: I didn't feel really pretty then, even though I was told I was pretty and that I was like the norm for beauty standards, but I didn't feel that way. Everything just looks so good. Everything's come together, and I feel so pretty right now. I finally felt pretty (0:51:07) and had some confidence that I didn't have before.

KEN MOK: A lot of these girls came from very difficult family backgrounds who were not supported

by their mom or their dad. You heard a lot of those types of stories from girls who came to the show who were not getting validation at home, but they were coming to the show to get validation.

SHANDI SULLIVAN: (0:51:37) I've gone through my life being, you know, the black sheep of the family and not having anyone to talk to or explain my feelings to. (0:51:47) I left home the summer after high school ended. I was 18. I packed up two suitcases and just bought a plane ticket and didn't tell my parents I was leaving and just saw my dad on the way out. He's like, where are you going? I was like, I'm moving. I'm leaving. And he's like, all right. Have a nice life. I was like, all right, bye. I haven't felt loved by my parents in a long -- you know, probably since I was a little kid.

J. ALEXANDER: (0:52:16) Hi. Darling.

SUZANNAH GALLAND: Hi, how are you? Yes? Psychic, intuitive works. This is going to be a lot of fun.

SHANDI SULLIVAN: Susan's a psychic, and we're going to get the psychic consultation.

SUZANNAH GALLAND: See, I think what's going on with Shandi is Shandi needs family.

Does anybody hug you? It's okay, Shandi.

KEN MOK: (0:52:43) It was heartbreaking, and you want to be able to tell their story of what they've gone through in their life and how it's affecting their journey here.

SHANDI SULLIVAN: (0:53:09) Seriously, I think I've grown more in, like, the past couple weeks than I've grown, like, in the past couple years. And if I go back home to, like, my life --

TYRA BANKS: I don't want you to go back to your life before going, there's always Walgreens.

SHANDI SULLIVAN: Yeah, everyone's like, no more Walgreens for Shandi.

TYRA BANKS: Yeah. Look at that as your past, and look at this whole experience as being your future.

I'm five foot nine, I look so fine. Yes, all my fans are so divine. Top models pack quick, on the road always gone. Pack your bags, y'all, you going to Milan.

SHANDI SULLIVAN: (0:53:43) I've never been out of the country.

TYRA BANKS: Wow.

SHANDI SULLIVAN: I'm pretty much in shock. I'm just like, okay, let's go. Let's go now.

JAY MANUEL: Going to Milan, that was the first time we went abroad for the end of the show, which is what the show became known for.

NIGEL BARKER: You know, we tried to take the models to places where the industry was, you know, major.

JAY MANUEL: (0:54:12) Those early cycles, they really gave me complete autonomy with certain things. We went to Verona, because I knew we could get the location. I just had this vision of this strong editorial with these women and just these gowns on these steps.

NOLE MARIN: Fabulous. The designer's dream.

JAY MANUEL: (0:54:39) Shandi looked awesome with the hair, the glasses, the gown. Shandi, she looks like she's in Italian Vogue.

NOLE MARIN: Hands down, baby.

JAY MANUEL: I don't know how she came from Walgreens to this.

NOLE MARIN: That's where they all come from, Walgreens and Dairy Queen. Shandi completely blew me away.

JANICE DICKINSON: This is perfection personified. I'm crazy about it.

NIGEL BARKER: And you know what? Your long

limbs really work very well.

TYRA BANKS: (0:55:02) The photographer gave notes on everyone. Not only were you his hands-down favorite girl, yours were some of the best photographs he's taken all year.

SHANDI SULLIVAN: Once I started hearing feedback from the judges on the photos, I was like, wow, I actually have a chance to win this whole thing. Cool.

MOR LOUSHY: Did you want to stay in the running? (0:55:29) Did you want to win it all?

SHANDI SULLIVAN: I did until -- until what happened in Milan, and then I didn't care. When we first got there, they said, you're gonna go to a bunch of go-sees.

MALE SPEAKERS: Ciao.

FEMALE SPEAKERS: Ciao.

MALE SPEAKER: This is how you'll be getting around Milan. Now come and choose your driver.

SHANDI SULLIVAN: I was like, that sounds really fun. That was all day long. It took all day long. (0:56:02) and then we went back to, like, our little house that we were staying at. And I don't remember who said it, but somebody was like, how would you guys feel about having, like, the guys

that were on the mopeds, like, come by and have dinner with you guys and, like, we'll have some wine and stuff? I was like, yeah, that sounds fun. We're just excited to just, like, have a night. We were just, like, talking, drinking.

MALE SPEAKER: This wonderful town. To you.

FEMALE SPEAKER: To life.

SHANDI SULLIVAN: (0:56:32) I don't think I'd eaten anything at all or had any sleep. I remember getting in the hot tub. I remember April and Mercedes getting in the hot tub, and then I just remember the guy looking at me and I looked at him and I was pretty drunk at that point. Everything kind of after that is just a blur.

(0:57:00) All I remember is just like, just like remember him on top of me. I was blacked out. No one did anything to stop it. And it all got filmed, all of it. Every moment of it.

MOR LOUSHY: A more difficult territory is Shandi.

TYRA BANKS: Shandi, okay.

MOR LOUSHY: You remember the story with Shandi?

TYRA BANKS: Um...

(End of file.)

(Beginning of File 2: RealityCheckInsideAmericasNextTopModelSeason1_102_StillintheRunning_2026-07-16_CLEAN_2-en_NONE_MP4_AVCBase_L30_640x480_400MB_AAC_64Kbps_HD_2613674.)

FEMALE SPEAKER: Shandi. Shandi.

SHANDI SULLIVAN: We're going in the tub. (0:00:06) I was hammered. I think I had two bottles of wine by myself. I just remember like little bits and pieces. I remember being in the shower and then just sitting in the shower and then we were in the bed. (0:00:38) I was blacked out for a lot of it. I didn't even feel sex happening. I just knew it was happening, and then I passed out.

The next day I woke up and was like, holy shit, what the fuck happened last night? Fuck. (0:01:05) It all fucking hit me. It just flooded over me. I just sat there and cried. I want to die.

FEMALE SPEAKER: It's over. It's over. It's over. Don't let this take away your spirit.

MOR LOUSHY: Do you think that the production should've stopped it?

SHANDI SULLIVAN: (0:01:36) I think when, like -- I think after getting out of the hot tub and, like, whatever happened after that, I think they should've fucking, like been like, all right,

this has gone too far. Like, we gotta -- we gotta pull her out of this.

MOR LOUSHY: You remember the story with Shandi?

TYRA BANKS: (0:02:02) Um... I do remember her story. It's a little difficult for me to talk about production because that's not my territory.

DANIEL SIVAN: Was there ever a sense of, like, hey, we need to turn the cameras off?

KEN MOK: You know, we treated Top Model as a documentary, and we told the girls that. On day one when they would show up, we would go over the rules with them. There's gonna be cameras with you 24-7, day in and day out, and they're gonna cover everything, the good, the bad, and everything in between. (0:02:30) No matter what happens, while you're on camera, we're going to document all of that.

JAY MANUEL: (0:02:36) I know the girls, they were doing their evening hanging with the guys. We were off, and then we got word Shandi's having sex in the shower with a guy. I was like, wait, what? And the rule on top model was, if you went into a bathroom alone, a camera could not follow you in. But of course, when she went into the shower, she

was technically not alone. So the cameras went in and they captured it. (0:03:01) I don't know whose decision it was, but as producers do, this was a story point now, and we're gonna see it all the way through.

TYRA BANKS: Here's what's coming up on America's Next Top Model. A visit from some local Italian men leads to a devastating crisis for Shandi.

ZAKIYA GIBBONS: I was about 12 when I saw Cycle 2. (0:03:23) To see that level of drama on Top Model as a kid, I was scandalized.

FEMALE SPEAKER: She just cheated her ass off on national television.

FEMALE SPEAKER: Shandi cheats on her boyfriend and she has to call. I can't stand it.

MALE SPEAKER: Why is this not a private moment? Why is this filmed? This is wrong, but while saying that, let's continue watching.

ZAKIYA GIBBONS: Looking back with an adult lens, it's really disturbing.

TYRA BANKS: How are you?

ZAKIYA GIBBONS: (0:03:53) The next day, Tyra has a girl's talk, and it is not a coincidence that she starts talking about cheating.

TYRA BANKS: I had one guy that cheated on me in Milano. He was a male model, child, and that just hurt me so much. But now I always tell my man, like, don't cheat. Flirt so much with the girl and then come home and do me.

ZAKIYA GIBBONS: (0:04:20) Of course, she's gonna have producers in her ear. She is gonna be kept aware of what the goings on in the house, and she comes in and stokes the fire under the guise of concerned big sis or mentor. Like, this is just a girl's talk.

TYRA BANKS: You okay? You cheated on him? Everybody's messed up Shandi. (0:04:44) I'm not judging you, but I think that we have to fight against our carnal desires. I understand that people do become attracted to other people, and it's all about your relationship and how open your relationship is and how honest you can be with one another.

SHANDI SULLIVAN: After everything, I just want to go home. (0:05:04) After that happened, I kept demanding, like, I want to go home. I don't want to be a part of this anymore, and I demanded to talk to Eric, but they wouldn't give me a phone. And that's when I really wanted to go home. They tried to talk

me out of it, and I was like, no. And they're like, well, now we can get you a phone. It was like things became convenient when they needed to be convenient. (0:05:29) because before I'd wanted a phone, but now that I don't want to do the show anymore. Now a phone is available for me to call Eric. And they were like, well, we're going to have to film it. We're going to have to film it. And I was like, well, fine. I just want to let my boyfriend know what happened, but I'm so scared.

ERIC: Just please tell me what you did. Just tell me.

SHANDI SULLIVAN: Think of the worst possible thing I can do.

ERIC: You had sex?

SHANDI SULLIVAN: (0:05:58) Yeah.

ERIC: Oh, my god, honey. I can't be with someone that cheated on me. What do you want me to do? What can I say to this? How can I hug you? You think about how we wanted to be together forever. Then you throw it away. You stupid bitch. Why'd you do this.

SHANDI SULLIVAN: (0:06:30) It was just the sound guy and the guy filming, and afterwards I'm just like laying on the floor in a fetal position

just crying and they just like get up to leave and they both came up to me and they said, we're really, really sorry that we had to film that. They just knew that like this isn't right. Like why are we filming this?

JAY MANUEL: (0:07:01) After that, I believe, did they show it on camera? They took her to the doctor. I mean, production was responsible for her. Now, could they have sent her to the doctor in privacy? But it's reality, so now we're gonna cover it. Poor girl.

SHANDI SULLIVAN: (0:07:20) After I talked to Eric again on the phone, they actually filmed me talking to the guy and asking him myself, did you wear any protection? Do you have any STDs? Like, I felt like, why can't you just ask them yourself? Why do you have to film this? You already got me on the phone of Eric calling me a fucking bitch.

KEN MOK: (0:07:46) I will tell you this, when I went into post and saw the footage, we scaled back that scene in a significant way.

TYRA BANKS: I'm not head of story, that's Ken Mok, but I did become a master editor. It's important for people to know that we didn't put everything on TV.

JAY MANUEL: Do you know what happened? Super Bowl. Janet Jackson, Justin Timberlake. (0:08:10) When that happened, regulations clamped down on what you could show. So then they had to rush, re-edit that scene.

KEN MOK: That was, for good or bad, one of the most memorable moments in Top Model.

SHANDI SULLIVAN: Made for good TV.

FEMALE SPEAKER: Everybody out here wants to be America's next top model.

FEMALE SPEAKERS: We love you, Tyra.

MALE SPEAKER: (0:08:42) Another week, another elimination on America's Next Top Model.

MALE SPEAKER: America's Next Top Model.

MALE SPEAKER: Got to watch America's Next Top Model. We're just flabbergasted.

MALE SPEAKER: Transfixed.

MALE SPEAKER: We now return to America's Next Top Model.

FEMALE SPEAKER: I just don't think you're being fair, Tyra.

DAWN OSTROFF: The end of season two, I knew this was it. People's appetites were insatiable. They couldn't get enough. Every week it was growing.

TYRA BANKS: Did you like it?

MALE SPEAKER: Well, it was -- It's hard not to watch.

KEN MOK: (0:09:09) What happened really surprised me. Donna Ostroff said, we want to do two cycles a season every year. I'm like, what? That was a moment where I realized that we had broken through.

MAYA RUDOLPH: Kaiceey, Kahlua, Amber, who will become America's Next Top Model?

JAY MANUEL: (0:09:32) The show was really kind of gaining popularity, but that didn't feel like it had reached, you know, kind of the masses, right? But then, randomly one evening, Tyra, J., and I went to dinner. It was just the three of us, nobody else, but we were walking along, and there were some kids on the street. A girl, she said to her friend, oh, my God, look, there's Beyoncé.

J. ALEXANDER: The girlfriend said, no, that's Tyra Banks, because that's the Js. And I said, oh, okay.

JAY MANUEL: (0:10:00) I looked over at J., and J. was like, this is not going to sit well. It was just a bit of an awkward moment. This is Tyra's show.

TYRA BANKS: Jay Manuel and J. Alexander get recognized more than me walking down the street in New York City. It's crazy. I'm like, get back. You're stealing my shine.

JAY MANUEL: Things are different now.

NIGEL BARKER: (0:10:22) At one point, we had an audience of over 100 million people globally.

TYRA BANKS: Our American show in 180 countries. It was massive.

NIGEL BARKER: And they were doing their own versions.

OLUCHI ONWEAGBA: Winner of Africa's next top model.

HEIDI KLUM: Germany's next top model.

ELSA BENITEZ: Mexico's next top model.

FEMALE SPEAKER: Marie.

NIGEL BARKER: (0:10:47) It was quite a behemoth to be a part of.

REGIS PHILBIN: Miss J. Alexander.

J. ALEXANDER: Tyra always said, you're going to be famous, and then boom, it happened.

NIGEL BARKER: We had words that we said on America's Next Top Model that are now in the dictionary.

TYRA BANKS: Smize.

GISELLE SAMSON: Smize.

SHANNON STEWART: Smile with your eyes.

FEMALE SPEAKER: Smize.

TYRA BANKS: The world was smizing.

NIGEL BARKER: (0:11:11) The show was at an all-time high.

MALE SPEAKER: America just can't get enough.

FEMALE SPEAKER: Love America's Next Top Model.

FEMALE SPEAKER: I'll do almost anything to win.

KEN MOK: We did a casting in New York City at Macy's.

FEMALE SPEAKER: 10,000 would-be cover girls turned out for their shot at America's Next Top Model.

NIGEL BARKER: We shut down two city blocks in the middle of New York City.

KEN MOK: (0:11:28) I remember looking at CNN and seeing this riot breaking out in the street.

FEMALE SPEAKER: Pandemonium broke out.

FEMALE SPEAKER: Girls were threatening to slash each other's faces.

FEMALE SPEAKER: All these girls were on the verge of passing out.

FEMALE SPEAKER: Model mayhem breaks out on the

street in New York City.

KEN MOK: That was a moment where I realized, oh, my God, I think we've built a monster.

DAWN OSTROFF: As the cycles went on, there was a lot of pressure to figure out how to constantly reinvent. (0:11:55) How do you get that I can't believe they're doing that moment again?

SHERRI SHEPHERD: Oh, no.

DAWN OSTROFF: You have to keep one-upping yourself.

JAY MANUEL: Now the pressure was high for the network. How do we maintain this and grow this audience?

TYRA BANKS: (0:12:16) It was a time in the world where there was a show Fear Factor and Survivor and all of these things of, like, pushing the limits and all of that. And so we kept pushing and we kept creating more and more and more. You guys were demanding it. The viewers wanted more and more and more.

JAY MANUEL: Reality TV is a bitch. If it doesn't bleed and lead, then it doesn't work. (0:12:43) We are going to suspend you from this ledge and shoot you guys hanging over this hole.

Creatively, now, for the photo shoots, there

were so many cooks in the kitchen. So things changed.

SARA: Oh. Oh, my God.

JOANIE SPRAGUE: Oh, my God.

JAY MANUEL: Your wardrobe today.

WHITNEY THOMPSON: (0:13:04) Jay Manuel tells us that we're going to be wearing dead animal carcasses. Watching that is like mortifying on every level, every level. So I have to wear beef panties. (0:13:26) I don't even eat meat. I'm a vegan. It was terrible.

TYRA BANKS: I do feel like I can feel and taste what people want to see.

Hello.

FEMALE SPEAKERS: Hi.

TYRA BANKS: I feel like I kind of know. I'm so sorry, you guys. I don't mean to be all weak in front of you, but I'm just so lightheaded.

FEMALE SPEAKER: Check her pulse.

TYRA BANKS: Today you guys are going to learn about acting.

BRE SCULLARK: (0:13:51) Inappropriate and awkward and funny as hell. I have a pigeon on my head.

J. ALEXANDER: Yes, you do, baby, but they're

toilet trained. Don't worry.

BRE SCULLARK: Pigeons are flying rats. They eat rats. They'd probably eat me if they could.

Why are we doing that? Why are we doing that? This has to be the funniest challenge ever.

ZAKIYA GIBBONS: With each passing season of ANTM, the challenges got crazier and crazier. (0:14:21) Pure chaos.

FEMALE SPEAKER: I just want to tell you that some people have war in their countries.

ZAKIYA GIBBONS: I feel like they would take the girls' fears and then turn it into a photo shoot. They were posing with tarantulas, cockroaches, walking in 10-inch high stilettos. They had to walk on water, so they had to, like, pull off Jesus' feats.

(0:14:50) We cannot forget when they pretended to be homeless, inspired by Tyra's stint as a homeless person for a day. They had the girls pose with real, unhoused people in the background.

PAULINA PORIZKOVA: I have to say, I think this is one of my favorite pictures, because I think your face is just so heartbreaking.

NIGEL BARKER: It looks stunning. There were some ideas that were wrong and were not good to have

and were silly, you know, quite frankly. For some reason, no one really seemed to see it.

TYRA BANKS: (0:15:20) Yeah, there's some dumb shit. I mean, it's dumb. I'm like, what the hell?

JAY MANUEL: Sometimes creative would come up where you're just like, oof, wow, okay, well, I got to work with this now. Today, we're actually going to do a photo shoot about the horrible impacts of smoking. This is hideous.

(0:15:41) I don't know how we ended up there, but it's crazy.

MOR LOUSHY: Do you remember outrageous moments that you were thinking to yourself, okay, like, can we air it?

DAWN OSTROFF: No, I never thought about, you know, can we air it, can we air it? Good television is good television.

JAY MANUEL: We're gonna bring you some little fish and some seaweed.

DANI EVANS: We have dead fish attached to us.

MALE SPEAKER: How's it smell, Danielle?

DANI EVANS: I just threw up in my mouth a little bit.

Absurd. (0:16:09) Absolutely absurd. Fish juice.

JAY MANUEL: Fish juice? Work with it, girl.

DANI EVANS: This is not real modeling, right? And after that, it was just a fucking free-for-all. I grew up in Little Rock, Arkansas. (0:16:32) We were in this little three-bedroom home with black mold and roaches, and all the things that I wanted seemed unattainable. When I graduated high school, I knew I wanted to model in New York. My brother, he was like, you should do America's Next Top Model.

I was like, I would fucking never. He was like, why? I was like, because it's fake modeling. Dude, they humiliate girls on that show. And he was like, girl, this could be a ticket, a free ticket out. We don't have money to get you to New York. (0:17:03) Top Model was a one-way ticket for me to get out of my hometown. If I get on this show, I'm out.

TYRA BANKS: First name that I'm going to call, Joanie.

JOANIE SPRAGUE: When they called my name, I was like, oh my gosh, yes, I'm on this show. Like, I can't believe it. It's going to happen. I quit my job. I worked at American Eagle in the mall, and I went in and I told my boss, I'm like, I really can't tell you what's happening, (0:17:33) but I'm

on a TV show and I have to quit. It felt so good to be like, I quit. I'm moving on.

TYRA BANKS: The Next name, Danielle.

DANI EVANS: Thank you so much. This is the moment I've been waiting for my entire life. It was that moment of, like, pinch me. Like, girl, you did it. You got out. You actually got out of Little Rock. Now you've got to keep going, but I had no idea how hard it would be.

JEFF LORCH: (0:18:04) You are now standing in the building of one of the most influential ad agencies, and you're going to have the opportunity to meet the most sought-after creative director in the world as well.

DEPRISE BRESCIA: And I see you got a nice little gap right there between your teeth, don't you?

DANI EVANS: Thank you. Even though I said, thank you, I'm like, I think she bad-mouthing me. As far as my gap, she can hang that one up. The gap is staying, sucker. The gap, the infamous gap. Lord Jesus.

JAY MANUEL: (0:18:31) Today, we're dealing with perfection and beauty. So Tyra has an extra special treat for you guys.

DANI EVANS: That day, after the challenge, they put us in a group, and they said that we were going to the dentist, but that Joanie and I were going first.

JAY MANUEL: The dentist is going to do something about that snaggletooth or that gap too and perfect your smile.

DANI EVANS: I was like, whoa, this is actually happening. You're happy, right? They're tears of joy.

JOANIE SPRAGUE: (0:18:59) That's so cool. I could never afford anything like that. I mean, come on. It was like winning the lottery. It was like, I'm down to do it. Because I was always really self-conscious about my teeth. I'm like, okay, let's go.

ZAKIYA GIBBONS: I feel like up until that point, a lot of the makeovers were very based on hair. That was the first time you see the girls going to a doctor's office to get a medical procedure as part of a makeover.

DANI EVANS: (0:19:27) So we pull up to the dentist, and the guy keeps asking me if I want to get anything done to my teeth.

MALE SPEAKER: So is there anything that you

don't like about your smile?

DANI EVANS: My gums are receding up here, like on my front tooth.

MALE SPEAKER: What about the gap?

DANI EVANS: I love my gap. The gap, I love the gap. The signature gap is staying in my mouth. That's who I am. I said, no, I don't want to close my gap. (0:19:47) That's not your right to tell me what to do with my body. And poor Joanie, my God, Joanie. The shit that girl went through, horrific.

MALE SPEAKER: We will remove these four?

JOANIE SPRAGUE: Today?

MALE SPEAKER: Today.

JOANIE SPRAGUE: (0:20:00) I was young and kind of just along for the ride, but I had to sign a separate release right then and there, too. Couldn't talk to my mom about it, couldn't call a lawyer or anything like that. I didn't know it would go all night.

KEN MOK: That was really intense, what Jodi went through.

JOANIE SPRAGUE: Oh, Lord.

TYRA BANKS: Insane.

JOANIE SPRAGUE: (0:20:28) I have them, actually. Here they are. This one used to be right

here.

J. ALEXANDER: Oh, girl.

JOANIE SPRAGUE: But yeah, they pulled these all out of my mouth, and then they shaved from here to here.

DANI EVANS: She was in the dentist's office for hours on end.

JAY MANUEL: Oh, my god. There were gobsmacked moments where you watch, and you're like, oof, (0:20:55). Okay.

JOANIE SPRAGUE: I'm going to go have all my front teeth grinded down to pencil points.

KEN MOK: Oh, my God. I still remember her looking at the camera and saying, look at what they've done.

JOANIE SPRAGUE: Look at my teeth.

KEN MOK: It was insane.

DANI EVANS: Bless her soul.

J. ALEXANDER: When it was over, I said, oh, my God, she took out her teeth. It's fabulous now.

JOANIE SPRAGUE: (0:21:20) The next photo shoot that we did was actually the one where we were crying. I was like, I am in pain. This isn't hard. I was so miserable. Sometimes you have to go through pain, you know, to be beautiful.

TYRA BANKS: Close your eyes in between and open. Nice, nice, nice.

DANIEL SIVAN: (0:21:37) Just for beauty?

JOANIE SPRAGUE: Just for beauty. They did not fix anything. There were many orthodontic problems that were never fixed. I've still got a crazy bite issue, and those issues will never be resolved. It was fucked up, but at the end of the day, I was a grown adult woman with teeth I thought I would never fix, so I felt like I won the lottery, really. But Dani's work was pretty different.

TYRA BANKS: (0:22:03) So, Danielle, you went to the dentist, but you refused to have your gap closed.

Do you really think you can have a CoverGirl contract with a gap in your mouth?

DANI EVANS: Yeah, why not?

TYRA BANKS: This is all people see. It's easy, breezy, beautiful CoverGirl. It's not marketable.

DANI EVANS: I don't want to completely close it.

J. ALEXANDER: Well, I guess she just left a gap wide open for another girl, baby.

TYRA BANKS: I agree.

DANI EVANS: When Tyra called my name, she was like, so if I decide to keep you, are you going to get your gap closed? And then that's when I was like, so what you're saying to me is, (0:22:33) if I don't get my gap closed, you're gonna send me home.

TYRA BANKS: Get them teeth done.

DANI EVANS: All the way, completely closed?

TYRA BANKS: I think all the way. Congratulations. You're still in the running towards becoming America's Next Top Model.

DANI EVANS: And when I went back to the house, I called my mom immediately, just because she was always my voice of reason, always. And I was like, this is what's happening. Like, what should I do? (0:22:58) She said to me, I'll be here to welcome you home if you don't get your gap closed, but you know you're going to come home if you don't get your gap closed. Like, is it worth it, basically, is what my mom was saying. There is no ifs, ands, and buts about it. There is no going home for me. I did not come all the way from little bitty Little Rock, Arkansas to get turned around and go home. That's not an option. And so I decided to play the game, and I got my gap closed some. (0:23:27) It's my life, and it was toyed with consciously. And me

saying no and them going against that, it's invasive.

NIGEL BARKER: With Danielle and the gap between her teeth, I myself was like, I don't think that's a good idea. I just thought she looked great with the gap between her teeth and that perfection is boring. Yet, not my decision, but it's the decision, you know.

FEMALE SPEAKER: (0:23:55) I get suggesting it, but forcing it?

FEMALE SPEAKER: That is an insane thing for them to essentially demand from her.

FEMALE SPEAKER: It just shows how out of touch Tyra is.

ZAKIYA GIBBONS: And the irony is that a few seasons later --

TYRA BANKS: We love your teeth.

ZAKIYA GIBBONS: -- Tyra's like, we're gonna widen that gap.

TYRA BANKS: We'd love to exaggerate that and take you a little bit more to Lauren Hutton.

CHELSEY HERSLEY: Make it as big as you want it.

FEMALE SPEAKER: (0:24:16) She already had a tooth gap, and then they went in and surgically

widened it permanently.

FEMALE SPEAKER: Getting that done for a reality competition TV show is just insane.

DANI EVANS: People have told me one season that she got a gap created in a girl's mouth. Girl, that is absolutely ridiculous. (0:24:33) What?

TYRA BANKS: I've actually apologized for the issue with Dani and what happened. That was between a rock and a hard place for me because there were agents that would tell me she will not work with those teeth. It's just not gonna happen. That's what they told me. (0:24:51) and again, I could have just been quiet and let them handle it, but that's -- hindsight is 20-20 for all of us. It just so happens that a lot of the things that are 20-20 for me happened in front of the world.

DANI EVANS: Bull fucking shit. Me getting my gap closed is not opening any doors for me. You knew what you were doing for the show. You were making good for TV at my expense.

BRE SCULLARK: (0:25:16) It was great TV.

JAY MANUEL: I honestly thought Bre was gonna fall flat.

BRE SCULLARK: But also, like, we're people, and we're afraid and we're all too young to, like --

to verbalize, I'm scared.

ZAKIYA GIBBONS: The girls were rewarded and applauded for putting their health on the back burner.

J. ALEXANDER: Bravo.

ZAKIYA GIBBONS: (0:25:37) It's a very dangerous situation. And then a girl inevitably gets very sick and the show just milks it for TV drama.

JAY MANUEL: We need a medic here, guys.

FEMALE SPEAKER: Tell them it's an emergency.

ZAKIYA GIBBONS: The cameras were always rolling.

FEMALE SPEAKER: It was really scary.

DANI EVANS: (0:25:55) Oh, I might be dying.

ZAKIYA GIBBONS: The models are very underfed, and they're overworked. They're not hydrated enough.

BRE SCULLARK: When you're modeling, you don't really want to eat too much because you don't want to be bloated.

SHANNON SULLIVAN: I am so hungry, I think I'm going to pass out.

JENAH DOUCETTE: She looked dead. Like, it was scary.

BRE SCULLARK: It was a crash course. It was a crash course.

MALE SPEAKER: (0:26:23) From now on, as thin as you are, you know, and as hot as it is, like tomorrow, you have to eat.

HEATHER KUZMICH: I think I just pushed myself way past my limit.

KEN MOK: The biggest disaster ever is always the best thing. People have 104 degree temperature. They're throwing up. They need IVs. That's the best news I could ever have.

FEMALE SPEAKER: (0:26:42) Hypothermia in a pool. How does that happen?

FEMALE SPEAKER: They've accepted that, okay, my health is second to this competition.

FEMALE SPEAKER: I'm actually shocked that this was allowed to air.

FEMALE SPEAKER: Can't get enough of this drama, can I?

KEN MOK: No.

DANI EVANS: It's a TV show to you guys, but this is my life.

DIONNE WALTERS: We arrive at the Alexandria Hotel and we go upstairs to the 12th floor.

JAY MANUEL: You girls are all gonna be crime

scene victims. (0:27:12) Can you make that right hand look a little more kind of broken? There you go.

ZAKIYA GIBBONS: They created these wild back stories.

DIANA ZALEWSKI: My crime scene is Whitney stole all of my organs and then stitched me back up.

ZAKIYA GIBBONS: One was strangled to death. One was pushed off a high building. Dionne was posing as if someone had shot her in the head.

DIONNE WALTER: (0:27:39) When I was a kid, my mom was shot and she was paralyzed from the waist down. When I was six years old, my mom was shot by this guy. He was jealous that she was getting married and she was actually trying to help him get off of drugs, and he ended up shooting her. That's why mom is paralyzed. They knew about it from the application process, but they still chose to have me do this particular photo shoot that involved gun violence. (0:28:08) I thought it was a coincidence at the time, but I don't think it was.

MIKE ROSENTHAL: Dionne took a little while to warm up and she really didn't take much initiative to improvise.

DIONNE WALTERS: I think they wanted to see

some type of mental breakdown or, you know, to see me crumble. I'm just glad that they didn't get the reaction that I feel like they were hoping to get.

NIGEL BARKER: (0:28:30) It's a great picture. The look in your face is just extraordinary. I mean, very beautiful and dead.

DANIEL SIVAN: Was there ever a moment in which you were like, wow, this came out horrible?

NIGEL BARKER: Uh, no. Funnily enough, you know, I mean, I think now, looking back, yes, I would say that. But at the time, I really didn't think that.

JAY MANUEL: I love it because her ankle looks broken.

MIKE ROSENTHAL: It looks like you're taking a nap. You need it to look like you were brutally killed.

JAY MANUEL: Yeah.

KEN MOK: (0:28:58) I take full responsibility for that shoot. That was a mistake. I look back now and I think it was a celebration of like violence. It was crazy. That one, I look back and I'm like, you were an idiot.

FEMALE SPEAKER: Tyra mail. The race is on. Be ready to show your true colors.

JAY MANUEL: (0:29:22) The shoot that I had the most difficult time with was this race swapping shoot. This week we've learned all about makeup and the power that it has to transform people. We are doing this shoot for Got Milk. Now there's a twist. (0:29:37) My parents are from South Africa. They grew up during apartheid. I'm very aware of that history, and I just said, like race swapping? Wow.

So I first asked to be excused from the photo shoot, and Tyra said to me, I will handle this on camera with the girls and judging and da-da-da. Just go and do your job. (0:30:00) I recognized that my role was starting to have limitations. That shoot was happening regardless. We are actually going to switch your ethnicities. (0:30:13) The challenge here really is taking on the person...

If you really look for it, you can see it on my face, especially the setup for the day where I tell the girls what we're doing. I could tell I was just like double swallowing, and I just had to do my job.

Tiffany, you're going to be Native American. Brittany, an African-American woman. Keenyah, Korean. And, Noelle, we're making you into a traditionally African woman with a head wrap and everything. (0:30:44) Of course, you know, we can't

always make it easy, easy, easy, right? All you girls are gonna have a little three-year-old with you in your shot.

ZAKIYA GIBBONS: So they're like cradling these heavy, like, three-year-olds --

JAY MANUEL: It's not about comfort, it's about the look.

ZAKIYA GIBBONS: -- While they are essentially in blackface and brown face.

TYRA BANKS: (0:31:06) I didn't think it was controversial. I was in my own little bubble, in my own little head. If this was my way of showing the world that brown and black is beautiful.

Sistah, you look like a black girl, girl.

BRITTANY BROWER: I was feeling it. Oh, I loved it.

TYRA BANKS: (0:31:22) But then we put it out there and the world was like, are you crazy? Have you lost your mind?

FEMALE SPEAKER: What the fuck is that? They dead ass did blackface.

FEMALE SPEAKER: What is the goal with this photo shoot? What is it?

FEMALE SPEAKER: It's hard to wrap your head around how this actually managed to get on the air.

ZAKIYA GIBBONS: I'm calling my best friend at commercial break, like, girl, did you see that? (0:31:42) What the hell is going on?

FEMALE SPEAKER: Did the industry make them do this? Did the industry make them come up with this photo shoot?

FEMALE SPEAKER: What I don't hear a lot of people talking about, really, is the fact that they did it again.

TYRA BANKS: Erin, you're going to be Tibetan, like the Dalai Lama, and...

ERIN WAGNER: Egyptian?

TYRA BANKS: Egyptian.

FEMALE SPEAKER: (0:32:05) All of us girls have to be painted and plastered with different colors. I feel like I really looked exotic.

TYRA BANKS: Brittany, you are going to be Native American and East Indian. Looking at the show now through the 2020 lens, it's an issue, and I understand 100 percent why. Think about Egypt, the people, what they've been through.

ZAKIYA GIBBONS: (0:32:32) Tyra wants to challenge the fashion industry's ideals around what is beauty, but is also still upholding ideologies and attitudes that oppressed her.

TYRA BANKS: Much as I hate and preach about models not having to be stick skinny, we have to face it that we are in the fashion industry.

KEENYAH HILL: Well, let's start from the beginning, shall we?

JAY MANUEL: (0:32:57) Someone here is America's Next Top Model.

TYRA BANKS: I'm looking for girls that are beautiful on the outside, but I'm looking for the beauty on the inside.

KEENYAH HILL: I just felt like I could do this. I can do this.

J. ALEXANDER: Really we kind of do weights and measures.

BRITA PETERSONS: Miss J is here to take our measurements. Oh, shoot.

KEENYAH HILL: (0:33:17) I had, up until that point, only been made fun of for being really thin.

J. ALEXANDER: Let's see who is tone and who's considered fat, who thinks they're fat.

KEENYAH HILL: In school, I was bullied for being slim and tall and braces and glasses. I wasn't curvy and all the things that a lot of the other girls were.

J. ALEXANDER: You're almost shaped like a boy

minus the dress.

KEENYAH HILL: Thanks. (0:33:42) So to go into this world where now my weight is an issue was really confusing for me.

JAY MANUEL: We've got lust, sloth, gluttony, envy.

KEENYAH HILL: We did the seven deadly sins, and they gave me gluttony. This is just like gluttony, like, ah, I'm greedy, I'm hungry, like roar. (0:34:03) I just thought, okay, Seven Deadly Sins, like how I'm going to make this casket work. I've got to make it work.

JAY MANUEL: Don't hold your tummy like you're pregnant.

KEENYAH HILL: I really didn't think anything of it. I just wanted to go with it. I knew that it was a quirky show, and I just had to make it work and make it fabulous.

MALE SPEAKER: Gluttony looks like dumpy.

JANICE DICKINSON: It's like piggy chic.

TYRA BANKS: I don't think you look like a model. I would have liked to see the donut hanging out your mouth.

KEENYAH HILL: (0:34:26) You know, in hindsight, it's just kind of like they had to find

something as a part of the narrative. And so by the time we got to Africa, we had to model and be different animals.

JAY MANUEL: What are you going to be?

BRITTANY BROWER: A giraffe.

JAY MANUEL: A giraffe. You're going to be an ostrich. A Cheetah. Keenyah, you get to be the elephant. I don't know how -- (0:34:47) one week it's gluttony, next week it's an elephant.

KEENYAH HILL: That's when I knew, okay, this is intentional. The stomach is exposed to the highest extent. It's bloated, and it doesn't look good at all. I have to just try to suck it in and work it.

TYRA BANKS: (0:35:08) This photo is really beautiful, Keenyah, but I hate to say it. They had to do a lot of bodywork on you in retouching.

JANICE DICKINSON: If you're sporting a gut, then you turn to the side and disguise it.

TYRA BANKS: I would love to change the rules, but until that happens, I think it's all about choices, Keenyah. You can get a burger and take the bread off. I make it work when I have to.

JANICE DICKINSON: Thank you.

KEENYAH HILL: To see that that was going to be

my entire narrative, it just felt unfair and just felt kind of dirty.

JANICE DICKINSON: Keenyah needs to lose weight. Keenyah needs to lose weight. Keenyah needs to lose weight.

BRITTANY BROWER: (0:35:39) Keenyah, she has gained about ten pounds. The girl can smack like no other.

KAHLEN RONDOT: I don't think Keenyah is watching what she eats. That's what the judges keep telling her. That's what they keep complaining about, and I really don't see that much progress.

KEENYAH HILL: It was a little bit damaging to see them editing me eating the same bagel, for example, showing me eating it as if I'd eaten three different bagels, but it really was the same one.

JAY MANUEL: (0:36:08) She's really gaining a little weight. You can see that. No?

NIGEL BARKER: Yeah.

JAY MANUEL: Should be careful of that. Just try and pull it in a little more.

KEENYAH HILL: It was definitely hard to see that maybe when I was just enjoying myself, having no idea that the cameras were really zooming in on certain areas, it definitely was a little bit

damaging to watch with all of America to see that narrative play out.

TYRA BANKS: When it comes to weight, (0:36:42) back then, the fashion industry's beauty standards were so narrow. That's the world that we lived in.

ZAKIYA GIBBONS: Tyra has also been criticized for her body, for her weight, for her body type being curvy.

TYRA BANKS: To all of you that have something nasty to say about me or other women that are built like me, kiss my fat ass.

ZAKIYA GIBBONS: (0:37:09) And yet she's perpetuating the same message onto these women and fat-shaming them.

TYRA BANKS: Keenyah, when we look at you, we don't see a model. And as much as I hate and preach about models not having to be stick-skinny, we have to face it that we are in the fashion industry. If you don't fit the clothes, you don't work.

MALE SPEAKER: She's just rail thin. I love it.

J. ALEXANDER: What are you eating?

LONDON LEVI: Um, I have gained a little bit of weight, yeah.

J. ALEXANDER: (0:37:36) You remember, as a

model, it's your job to maintain your size.

LONDON LEVI: Okay.

JOANIE SPRAGUE: Someone who's a size six is a plus size. It's like, no, come on. She's not fat. There was a lot of that. There was a lot of body shaming. But then again, we have to remember, this is 25 years ago. Like, we were different back then.

JAY MANUEL: I feel like her body type isn't plus size, and it isn't model size.

TYRA BANKS: I think that she should gain weight and become a plus size model.

BRE SCULLARK: Were there eating disorders on the show? Yes. (0:38:03) Yes, there were. You want to do anything you can to get to the next round. Anything you can.

JAY MANUEL: She gained a lot of weight. It just really shocked me today. I'm seeing such a huge change physically. I know people say it was irresponsible to have these discussions, but they were very relevant to the time. I think there was a very difficult balance to strike.

WHITNEY THOMPSON: A lot of the girls developed some really unhealthy habits.

YOANNA HOUSE: Is that all your lunch? That's all you're eating.

HEATHER BLUMBERG: (0:38:34) I look like a fat ass.

YOANNA HOUSE: You're gonna get sick if you eat like that.

WHITNEY THOMPSON: It was very common to live on Diet Coke and cigarettes. It was like the Karl Lagerfeld Chanel diet.

TYRA BANKS: Look at this waist. You have the smallest waist in the world. There's something about her that I like.

WHITNEY THOMPSON: And the only people you saw didn't look like you. Plus size modeling did not exist. I mean, that wasn't even a thing. My name is Whitney, and I'm from Atlantic Beach, Florida. (0:39:04) I represent a healthy, American woman, which should be the ideal American woman.

When we started filming, I was a size six. I was 5'10 and weighed 115 pounds. I thought that I looked good. And then you go on TV and you're like, oh, shit. Maybe not.

ANDA LITTIG: Okay. Okay. I got it.

WHITNEY THOMPSON: How's that look?

ANDA LITTIG: (0:39:25) It's really good, actually. It's perfect.

WHITNEY THOMPSON: I look skinny. It was a big

juxtaposition to go into this fashion world where people are like, oh, my God, you're such a fat cow.

FEMALE SPEAKER: This is size ten. A size ten we wouldn't use for the runway. So usually runway is two.

WHITNEY THOMPSON: I completely --

FEMALE SPEAKER: Yeah.

WHITNEY THOMPSON: It's definitely frustrating because obviously I'm discriminated against because I'm not a size two. It's just sad to me that it's so, like, you can only be a size two. (0:39:53) Filming with a bunch of other size double zero (0:40:00) models, I suddenly felt a lot more self-conscious.

FEMALE SPEAKER: I don't want to get fat like you.

WHITNEY THOMPSON: Perhaps you meant P-H-A-T. I would go to set, and they would have nothing that would fit me, and they would have to cut open the back and clamp it. (0:40:15) I don't know if they're really prepared for my size, because these are sample sizes, and sample sizes are size two, and I'm not size two. It just makes you feel like shit, you know, to not be the right size. It was just demeaning, but there was a model named Toccara who

was on previously, and she went to set. They didn't have clothes that fit her, and she kind of, you know, let them know how she felt about that.

TOCCARA JONES: (0:40:39) You can't find something in my size, so I'm supposed to feel bad because --

FEMALE SPEAKER: You're taking everything as a negative. I don't think that you realize how this whole modeling thing works.

WHITNEY THOMPSON: And she got cut that week. They could easily have gotten clothes that were my size, but that was a choice that they made, and I dealt with that as well as I could. Because if they see weakness, you're gone.

KEENYAH HILL: (0:41:07) I later found out that there are women who developed eating disorders from comparing themselves to what I was looking like and what the judges were saying.

FEMALE SPEAKER: Tyra tells me, you know what, this picture is beautiful, but we had to retouch the heck out of your stomach.

FEMALE SPEAKER: (0:41:26) This one clip was enough to spiral my disordered eating into an ED for decades.

FEMALE SPEAKER: I remember when I was a kid

back then, and I would watch shows like America's Next Top Model, and you would basically see Tyra Banks telling women how their bodies are not acceptable. (0:41:43) and they were tiny as hell to, like, skinny, petite girls.

FEMALE SPEAKER: It just blows my mind, because look how petite this woman is.

FEMALE SPEAKER: I don't want to fat shame anybody, but she looks like a whale.

FEMALE SPEAKER: You know the psychological damage that does on a bitch?

FEMALE SPEAKER: It shows me a lot of things that weren't I Am Beautiful when I was younger. Look at...

KEENYAH HILL: I think there's just some level of responsibility to the viewer, knowing that there are so many young women watching this show. There's an insensitivity towards what it would do for their self-confidence. (0:42:14) I wish I could say shaming my body was the end of it, but the production didn't stop there. I'm in South Africa. We're down to the last girls. I can feel that I could possibly win this show.

JAY MANUEL: On today's shoot, you're gonna be dancing with three hot guys.

KEENYAH HILL: I remember getting on set and, like, one of the male models, Bertini, was (0:42:44) very aggressively hitting on me.

BERTINI: Keenyah?

KEENYAH HILL: Bertini is a very interesting person. Before we go on to the shoot, like he's very, very flirty.

BERTINI: Do you want to give me your number?

KEENYAH HILL: I don't have one. It was very awkward.

BERTINI: Give me that massage.

FEMALE SPEAKER: Keenyah, He wants a massage from you.

KEENYAH HILL: Sorry, got go right to wardrobe after this. (0:43:03) On set, no one's really paying much attention to it at all. I have to pretty much fend for myself. It's space now. I got to -- I got to work this out. I need some space.

MALE SPEAKER: Okay. Guys, get in close. Music.

KEENYAH HILL: The male models were supposed to dance around us. Mind you, they all have just this teeny-tiny little piece of loincloth covering their members, and Bertini was, like, touching me, grabbing me. (0:43:31) I really felt that he was

just taking advantage of the moment to touch me. I remember thinking to myself, what would Tyra do in this situation? Tyra would politely and professionally stop the shoot and just let everyone know that she feels a little uncomfortable. And so that's exactly what I did.

JAY MANUEL: What's the issue?

KEENYAH HILL: I know it's not about feeling comfortable, but (0:43:57) hearing moaning and it just threw me off.

JAY MANUEL: Moaning where?

KEENYAH HILL: Like, on me. Like, I'm sorry, I just didn't feel comfortable. I didn't get the response that I thought I was going to get. The looks on their faces were just like, how dare you stop our production?

JAY MANUEL: We're here in a professional situation. There are like 50 of us here on set.

KEENYAH HILL: Right, right.

MALE SPEAKER: We're going with the flow. (0:44:21).

KEENYAH HILL: To be on a TV set in front of so many people and still not be protected is some pretty dark stuff. There is a line that I feel was crossed, and I hope that doesn't come out in my

picture when I go to the panel.

TYRA BANKS: (0:44:52) Welcome, ladies.

FEMALE SPEAKERS: Hi.

TYRA BANKS: Now it's time to make our 11th cut, which will bring us...

JAY MANUEL: I recall that at that judging panel, there was a real discussion around what happened.

TYRA BANKS: Keenyah, here is your best shot.

MALE SPEAKER: It's a good shot. It's not a slamming shot.

TYRA BANKS: I would've liked to see more neck.

MALE SPEAKER: Yeah, more neck, more movement.

KEENYAH HILL: The thing is that this male model, Bertini, he was flirting with me, he was grinding on me. I felt like he really -- wait, can we stop it. (0:45:22) The fact that the photo that was chosen is a photo of Bertini literally grabbing my legs. Are we gonna really choose the shot where he's grabbing her in the shot? I mean, the receipts are right there. It's wild that that got past however many people it got past.

NIGEL BARKER: There has to be a way that you can handle it. You know, you have to be able to be in control. (0:45:51) Some of those things are also

kind of the reality of the world. You know, unfortunately, in the fashion industry, there's always been a lot of issues with, you know, sort of harassment in every sort of shape or way, whether you're a male model or a female model, actually. You know, not everyone is gonna handle the same situation in the same way, but you as an individual should be able to stand up for yourself and say, hey, no, this isn't working, or, you know, or figure it out and just get the job done. I mean, there's people and cameras everywhere.

TYRA BANKS: (0:46:16) Like with your feminine wiles, like, boy, you best to back up before I knock you upside the head. But you do it in a fun way, where he knows to back the heck up, but it doesn't really put static in the air, because then it makes you uncomfortable.

I was trying to empower her with the information that I had, to say, you tell him to back up, and da-da-da, and don't be messing up my shoot. You know, that's kind of what I was saying, not verbatim, because I felt like that was empowering her based on the information that I had. (0:46:45) I thought that was the best advice, but it should have been stop down, and that's what would happen

today. We now all understand the protections that women need.

And so I say to Keenyah, booboo, I am so sorry. None of us knew. Network executives didn't know, and I did the best that I could at that time. But she deserved more. She did.

JAY MANUEL: (0:47:14) I can see how someone watching the show would feel upset. There was a time when the creative of the show started to shift. We were supposed to be showing the behind the scenes of what the fashion world was, helping change the industry, but the show had evolved in a way I'd never expected. I really struggled over some of the things that happened.

TYRA BANKS: (0:47:44) I have never in my life yelled at a girl like this.

JAY MANUEL: And that was something that was slowly depleting me, chipping away at my soul.

NATALIE GAL: I just don't think this is, like, great for me. I don't want to do it. I want to go home.

TYRA BANKS: Don't you think any job interview...

JAY MANUEL: It was time to tell Tyra I wanted to leave the show.

(End of recording.)

(Beginning of File Three: RealityCheckInsideAmericasNextTopModelSeason1_103_RootingforYou_2026-07-16_CLEAN_2-en_NONE_MP4_AVCBase_L30_640x480_400MB_AAC_64Kbps_HD_2613675)

FEMALE SPEAKER: (0:00:02) This is Tyra, take two. Common mark, soft sticks.

MOR LOUSHY: What was the toughest moment for you while filming the show?

TYRA BANKS: Toughest moment?

MOR LOUSHY: Tiffany, maybe?

TYRA BANKS: I'm thinking that. That was very tough for me. Yeah. Yeah. (0:00:29) Somebody's back.

TIFFANY RICHARDSON: Hey, I'm back. Last time I came here, I tried out, I didn't get in. It would have been a big change from hustling to be a glamour girl anyway. (0:00:40) It's cool, you know, I'm used to failing. Somebody gotta fail, right?

TYRA BANKS: Tiffany, that girl, that girl was my heart. She didn't make it the first year because she got into a fight in a bar, but we mentored her off camera and said, we feel like this show is gonna be amazing for you. Let's get you the help that you need. And our team did.

TIFFANY RICHARDSON: I don't jump on people and throw glasses and stuff like that anymore. I'm just not like that anymore.

JAY MANUEL: Tiffany grabbed her problems by the reins. She got it together. She came back. (0:01:10) That girl wants to change her life.

TYRA BANKS: I thought she was gonna win.

JAY MANUEL: But what happened later is the most discussed scene in the history of Top Model.

TYRA BANKS: So now it's time for your individual evaluations. (0:01:26).

ZAKIYA GIBBONS: The girls were tasked with reading a Teleprompter.

CONTESTANTS: Christian Lacroix. Christian Lacroix. Christina Lacroix.

ZAKIYA GIBBONS: Filled with all these, you know, designer names, a lot of French names.

KAHLEN RONDOT: I can't -- I don't know that word.

JANICE DICKINSON: None of you girls can read.

ZAKIYA GIBBONS: Pretty much they were set up to fail.

TIFFANY RICHARDSON: Hi, I'm Tiffany. It's Fashion Week in Paris. Technicolor is the name of the game. (0:01:53) Can you -- I can't do this.

TYRA BANKS: I just wanted to change this woman's life. I felt like she could've been a supermodel with a capital S.

Tiffany, the other girls did not know these words. They goofed the words. Go through it. Just have fun with it. Use your personality. Be you.

TIFFANY RICHARDSON: I don't know.

TYRA BANKS: If you don't do this, you're gonna go home. (0:02:15) and I just saw all that going down the drain. I saw her just not believing in herself and just giving up. And not just giving up on a modeling competition, it's just -- but deeper.

TIFFANY RICHARDSON: This is humiliating.

TYRA BANKS: I think she wants it, but she's so intimidated by it, she'd rather say goodbye to it before it says goodbye to her.

NIGEL BARKER: There needs to be something that really gets the competition going again. They need a wake-up call.

ZAKIYA GIBBONS: (0:02:42) Later in that episode, Tyra does something that she hadn't done before.

TYRA BANKS: Both of you will pack your bags.

ZAKIYA GIBBONS: She sent two girls home.

JAY MANUEL: Tyra really wanted people to take

it seriously.

TIFFANY RICHARDSON: Oh, girl, just stop.

JAY MANUEL: She's feeling that Tiffany's mocking this. (0:03:05) That struck a chord.

TYRA BANKS: Can you guys stand in front of me? I just want to say one more thing to you. Tiffany, I'm extremely disappointed in you. This is a joke to you. You've been through anger management. You've been through your grandmother getting her lights turned off to buy you a swimsuit for this competition. And you go over there and you joke and you laugh.

TIFFANY RICHARDSON: Looks can be deceiving. I'm hurt. I am. (0:03:26) But I'm sick of crying about stuff that I cannot change. I'm sick of being disappointed. I'm sick of all of it. I'm not -- thank you.

TYRA BANKS: You're not sick of being disappointed, Tiffany.

TIFFANY RICHARDSON: Obviously I am.

TYRA BANKS: No, you're not. If you were sick of being disappointed, you would stand up and you would take control of your destiny. Do you know that you had a possibility to win? Do you know that all of America is rooting for you.

(0:03:46) When I see this beautiful girl who made some mistakes in the season before and didn't make it, and then we, you know, worked with her to get her here. You come in here and look at that and say, I can't read that. You read ten times better than half of those girls over there. And then to see her, like, just kind of giving up, I just... You come in here with a defeatist attitude.

TIFFANY RICHARDSON: I don't have a bad attitude. Maybe I am angry inside. I've been through stuff, so I'm angry.

TYRA BANKS: Yes, but this is not -- be quiet, Tiffany. Be quiet. (0:04:16) I have never in my life yelled at a girl like this. When my mother yells like this, it's because she loves me. I was rooting for you. We were all rooting for you. How dare you?

NIGEL BARKER: Tyra really scared all of us. Like, we literally jumped out of our seats. What is happening right now?

JAY MANUEL: (0:04:31) It was definitely the most difficult moment on set I had ever experienced.

KEN MOK: It was ugly.

TYRA BANKS: Learn something from this. You rolling your eyes and you act like this because

you've heard it all before. You don't know where the hell I come from. You have no idea what I've been through, but I'm not a victim. I grow from it, and I learn. Take responsibility for yourself.

JAY MANUEL: When they were done shooting, production staff literally just like took Tyra off set.

NOLE MARIN: (0:04:58) It was very scary. It was like she went off, and Tyra never went off. Tyra must have really saw herself in that girl.

TYRA BANKS: I went too far. You know, I lost it. (0:05:13) It was probably bigger than her. It was family, friends, society, black girls, all the challenges that we have. So many people saying that we're not good enough. I think all that was in that moment. That's some black girl stuff that goes real deep inside of me, but I knew I went too far.

TIFFANY RICHARDSON: I'm not feeling to break down for you and nobody else. You ain't did (bleep) for me but bring me here and put me through hell these weeks.

JAY MANUEL: There was a lot more that was really said, and some of the things that were said were really not well-intentioned. (0:05:40) I will

probably never repeat the lines that were actually said in that room that day.

NOLE MARIN: All I know is the next week we had all the lawyers on set.

TIFFANY RICHARDSON: In all of my interviews, I will always tell people, I feel like the reason that she yelled at me was because she loved me. That was bull. If she loved me, she wouldn't have showed it the way she showed it. If you love someone, you won't humiliate them.

JAY MANUEL: People have tried to make it something funny, but it really wasn't.

(0:06:16) Okay. So it is 12:00, midnight, and we've already started getting the girls ready in hair and makeup. As I reached cycle eight, I kind of felt things really changing. We were supposed to be showing the behind the scenes of what the fashion world was, helping change the industry, and I just wanted everyone to have their best possible shot.

But the show had evolved (0:06:44) in a way I'd never expected. There was this version of me on this show, which was me, but not really me. Today, we're gonna do the most controversial shoot we've ever done on America's Next Top Model. Because Tyra would always reinforce, we need to keep it

entertaining, we need to keep people watching, so it's like, how can you be entertaining?

I need you to give me that kind of strung out look. (0:07:13) Hey, Michelle, it looks really good.

DAVID SILVAN: Did you ever have a moment in which you went to Tyra or to Ken and be like, I didn't like what you did to these girls. Just like, this scene was not cool.

JAY MANUEL: Of course there were gobsmacked moments where you watch and you're like, oof. Okay. Like... (0:07:39) But it was certainly not my place to -- you know, I would never tell them, I'm like, oh, you should have never. And that was slowly depleting me and kind of chipping away at my soul. So it was time to tell Tyra that I wanted to leave the show.

Tyra and I weren't the traditional work relationship. (0:08:06) When you work in such close proximity and traveling together, you know, it becomes like a relationship. And I was afraid of saying the wrong thing, and I definitely did not want to make her upset. I tortured myself over the decision. It did not come lightly. I didn't discuss it with anyone, Miss J, like nobody knew.

J. ALEXANDER: Jay Manuel, (0:08:35) he keeps everything to his chest. He's very secretive. Very, very, very, very secretive.

JAY MANUEL: Tyra had made a pact with me around cycle three or four. She said, when it comes to anything important, let's always promise each other we'll come to each other first. So I knew that I had to tell her first. (0:08:59) So I sent her the email, just expressing the utter gratitude for this opportunity and to be able to help her realize this, but also I was trying to kind of move on in my own life and career and she didn't respond. It was probably the longest three days ever.

And she ultimately wrote back just three words. (0:09:30) I am disappointed. After that email exchange, all communication just stopped. It should have been the opportunity to have a heart-to-heart, but that did not happen. I took a one-week vacation in St. Lucia, and then reception came with an urgent note from my attorney. I called my attorney, and he said, this is an ask coming through Business Affairs.

They said, (0:10:00) we just need a little more time. Can you just do one cycle for us? Just cycle nine. And then there was a warning that strikes the

fear of God in you. You know, people talk about being blacklisted. Those words were not used, but I had suspected that that's what it would turn into. And then I didn't know who to talk to, because honestly, the person I would always talk to was Tyra. (0:10:33) And then I tried to -- I thought -- I thought I could fix that. I just decided, I thought, you know, one season, you know, what could happen?

J. ALEXANDER: Take off your blindfolds. This is your home for the next week.

JAY MANUEL: (0:10:52) We had to do the casting episode. It was on the boat. I hadn't spoken to Tyra. I was extremely nervous. Oh, my God. So, you know, you get your microphone on and everything, and then we sit down. I was like, oh, thank God. I'm thinking a moment. I can just talk to her. I'm like, oh, hey, Tyra. Like, hey, I just wanted to real quick -- and that was the first time I really realized there was a real problem. She wouldn't speak with me.

FEMALE SPEAKER: (0:11:21) Is Tyra here? Oh, it's Tyra. Hey, girl.

JAY MANUEL: And it was clear I didn't know what to do because I just sat there and I just was

the girl came in and we talked and...

FEMALE SPEAKER: Come on, Tyra. Oh, my god.

JAY MANUEL: I guess I'll just sit here.

TYRA BANKS: Five, six, seven, eight.

JAY MANUEL: And then she leaned over. She put her arm around me. What do you think, Jay?

TYRA BANKS: What do you think about her?

JAY MANUEL: She's -- I love her.

FEMALE SPEAKER: The bitchy bitch that I've seen, like, here?

JAY MANUEL: Uh-oh, who's the bitchy bitch? That's what we wanna know. (0:11:52) So, on camera, we learned to play, laugh, but it was just clear I was not allowed to speak with her outside of that, which, after that first day, I thought, there is absolutely no way I'm gonna survive this cycle. (0:12:12) When we were shooting in China, I was tired and I was scared.

NIGEL BARKER: Do I remember inklings of there being some sort of issue here and there? I do, but I had no idea that it was that raw.

JAY MANUEL: I was still trying to process what was going on.

J. ALEXANDER: I always thought that Jay, they wouldn't want to say anything insulting to Tyra.

TYRA BANKS: None of the other girls jump. Best shoot?

JAY MANUEL: That's her best shoot.

FEMALE SPEAKER: Wow.

JAY MANUEL: (0:12:41) I just -- it was -- it was like psychological torture. I just, I felt broken.

MOR LOUSHY: Can we talk now about what happened with you and Jay?

TYRA BANKS: Nah. I'd prefer -- yeah, I should call Jay. I don't want to do this here.

MOR LOUSHY: Speak to him yourself?

TYRA BANKS: Yeah, yeah, but he's a special man.

JAY MANUEL: (0:13:11) At that point -- Hey, good morning -- my job had changed. I no longer was producing creative. The only thing I was responsible for producing per my contract is the final runway. I was now just on-camera talent. (0:13:29) I showed up, hey girls, today's photo shoot is all about da-da-da-da-da. They tell you to stand here and say this, that's your job. And I started really paying attention (0:13:44) to what was starting to happen behind the scenes.

FEMALE SPEAKER: Is that hair I'm seeing under the arms?

TYRA BANKS: What's with the armpits, girl?

FATIMA SIAD: I thought that would get touched up. I'm sorry, I'll go home and shave.

NIGEL BARKER: Do you know how expensive retouching is?

JAY MANUEL: There were definite photos selected that we felt, we were like, wait, what?

FEMALE SPEAKER: The other thing that really worries me is that kind of long drool coming off of your chin.

JAY MANUEL: (0:14:05) That makes no sense. Ken and his team and Tyra, they knew what they were doing. That is where I started to learn the art of the storytelling.

I would really hate for the judges to say, you know what, she's got the look, she takes pretty pictures, but she's consistently controlled. If there were certain girls that were not performing well on a shoot, (0:14:27) I would sometimes be pulled aside and say, okay, this person, we have this story. We need them to go forward at least a couple more episodes. Get us there. We have to let go of the control. Where do you not feel good

enough? Tell me. Talk to me.

ELINA IVANOVA: I don't trust myself.

JAY MANUEL: (0:14:45) Because if the photos are just crappy, it will become hard to say, this person deserves to stay in the competition. Good job.

BRE SCULLARK: Before it is a modeling show, it is a television show.

J. ALEXANDER: I think Nick is great. I love this picture of her.

NIGEL BARKER: But Nick's personality is so kind of wishy-washy still.

BRE SCULLARK: Personality beat out pictures.

J. ALEXANDER: Each week that she comes, I am just bored to death.

JOANIE SPRAGUE: They didn't always choose our best picture.

JADE COLE: (0:15:14) You guys used my worst one.

NIGEL BARKER: You're saying this is your worst one?

JADE COLE: Because the other one, I did the lines perfectly.

TYRA BANKS: Who doesn't think it was their best take?

JAY MANUEL: Initially, they were really trying to pull the best shots; but as we started getting into story, then it turned into, we need better story out of these shots. So sometimes -- and I had no control over this. I lost my control. When a girl is eliminated, another shot was selected.

FEMALE SPEAKER: (0:15:42) You're giving us a sort of a high-fashion look, but in fact, you just look sleepy.

JAY MANUEL: Sometimes, not always, it was not her best shot and there was a better shot.

ZAKIYA GIBBONS: The lack of ethics behind the scenes to make, quote/unquote, good TV, it's really disturbing. (0:16:02) Because for these girls, this is their life. A lot of these girls are like, you know, I want to help my mom out. I'm stuck at a dead-end job. I have no other recourse. It was life or death for them.

KEN MOK: There was always been so much more at stake emotionally in Top Model than you have in a typical reality competition, which is just a game. Top Model was very different in that the prize was (0:16:31) the promise of a career, the chance to be a model, to become America's Next Top Model. For the girls that were in this show, this was about

trying to achieve your dream.

TYRA BANKS: Dionne and Natasha, please step forward.

DIONNE WALTERS: When I was eliminated, I was fucking shocked. I became so numb, I couldn't even move.

NIGEL BARKER: (0:16:58) Did we always get it right? I don't think so, no. I think sometimes we eliminated the wrong person, but that's the way it goes.

TYRA BANKS: Keenyah.

KEENYAH HILL: When you get that close, you just know it's gonna be your picture. You just know it's gonna be you. You know you're gonna make it. I definitely was crushed. I really wanted to be one of the last two. I really thought it was gonna be me.

TYRA BANKS: Maybe we could've done a better job to let them know that not everybody's gonna be a star.

FEMALE SPEAKER: (0:17:27) I can't go back to doing what I was doing. It was killing me.

JAY MANUEL: What happened is you were filmed packing your bag, exiting the model apartment, and then a production assistant took you to a hotel

room.

KEENYAH HILL: You don't go home. Everyone stays with the production until the very end for confidentiality reasons.

DIONNE WALTERS: (0:17:50) There wasn't a phone available to call anybody at that time. And then, of course, even if I did, I would not have been able to tell them, hey, I've just been eliminated. I couldn't disclose that information.

DANIEL SILVAN: Did Tyra or any of the producers call you later and say, hey, thanks for being gone?

DIONNE WALTERS: No.

JAY MANUEL: They were just kind of left, eliminated. It was just awful.

J. ALEXANDER: (0:18:19) I felt sorry for them, but I just know that it's dog-eat-dog world out there. In the real world, they eat you up and spit you right out.

DIONNE WALTERS: As soon as you get off the plane and go back home, reality sets in. (0:18:41) Are you going to take a shot at modeling? Are you going to try and move to New York? There is no guidance. You have to figure it out on your own.

FEMALE SPEAKER: We were rooting for all of

these supermodel hopefuls back in the day.

MALE SPEAKER: Listen, I would do where they are now videos for the girls of America's Next Top Model, but the truth is I don't really know where they at either.

FEMALE SPEAKER: I wouldn't say that there were clients knocking down doors being like, we saw Laura on the show. (0:19:03) We really want to hire her.

ADRIANNE CURRY: Yeah, things didn't work out the way I was promised and stuff, but life isn't fair, and you move on.

FEMALE SPEAKER: Well, I'm actually the winner of America's Next Top Model, so... Sorry, you're still not what we're looking for.

KEENYAH HILL: I couldn't use any of the photos from America's Next Top Model in my actual modeling portfolio. The photo shoots were way overly themed, way too much makeup. (0:19:30) I got really far in this competition, but then in real life, I was in the modeling industry was nobody.

DIONNE WALTERS: I came to New York several times to take a stab at, you know, trying to get signed to an agency. It did not work out.

KEN MOK: There was a stigma to being part of a reality series. Not anymore. People would love to

be on a reality series now to get their brand out there (0:20:00) because now the world is completely different.

NOLE MARIN: What Top Model did was really create the beginning of influencers. These days, everyone is a supermodel. Everyone is an influencer. Everyone is famous.

KEN MOK: There are tons of people out there now going directly to the public without the gatekeepers that used to be in place.

JAY MANUEL: (0:20:23) You take control of your own narrative today. But at that time, it was absolutely not something that you did.

TYRA BANKS: The girls that are successful now (0:20:32) are running because the other ones walked first. We opened the door. We slammed it wide open. And so many came through. Eva the Diva, who was five, five, five, six. Isis, one of the first trans people on a huge, successful show like that. And Winnie Harlow is one of the biggest models on the planet. (0:21:00) Whitney, our first plus-size -- hate the word -- curve model to win.

WHITNEY THOMPSON: When I won, this was, like, a big deal that a plus-size model was winning on the show. And then, of course, I got a contract with

Elite Model Management, and they didn't even have a plus division. So it's like, what kind of fucking joke is this? I really had to fight for a place. But eventually, (0:21:30) I ended up being the first plus-size model for so many massive companies.

TYRA BANKS: And finally, these models later were able to get that success, but it's on the backs of the ones that opened that door.

America's Next Top Model is Danielle.

DANI EVANS: (0:21:55) It's me on that picture. Oh my God, that's me. I remember thinking life happens after winning ANTM. Life begins. Literally, the 12-year-old Danielle is like, we're up. We won, right? Like, we're here. We're here. New York, professional model, like, it's only up from here. I'm a CoverGirl, mommy. I'm a CoverGirl. But those cameras shut down on Top Model, and then they just threw me to the wolves.

(0:22:28) When I moved to New York in July, I moved right into the models' apartment. My agent at the time at Ford called me and she was like, you need to come into the agency. The energy at the agency was just like off-putting. (0:22:46) It was cold. It was a very, like, cold interaction. And that was the hardest thing, because I'm new to the

industry, I'm signed to you guys, but it was kind of like I was the redhead stepchild, or better yet, the black sheep. Like, why are you here? And I sat in the models' apartment for months, never going on castings.

MOR LOUSHY: (0:23:13) Did you know of other girls around you who weren't on the show that were thriving?

DANI EVANS: Thriving. Like, I lived in the models' apartment with Chanel Iman, who went on to become like a very prominent top model. (0:23:31) And I remember her coming home this one day, this one morning. She was like, I finally asked our agent why you never have castings whenever I go get the castings for all the girls. And she said to me, well, we have to treat Dani differently because she came from Top Model. That was a hard, hard pill to swallow.

(0:23:57) My experiences mirrored that. I remember my first show season. I didn't book any shows. What I was told was that no one wanted to book me for their shows because I was viewed as like this reality star. And designers didn't want me walking in the show to take attention, if you will, off of their collection and onto myself. (0:24:23)

and so I knew very early on that, oh, Top Model has a stigma. I've already lived 20 years in the real modeling industry and gotten my ass handed to me, so I was never able to rise to the level that I could have or should have.

What angers me the most is the conversation that Tyra had with me years later. She told me that, (0:24:53) she's like, I knew that there were certain doors that you couldn't even get into because you did top model, and I did nothing about it. And she said to me, I always rode the fence with you.

And that's when I said, respectfully, Tyra, you have no fucking idea how painful (0:25:22) it has been for me. You have no fucking idea. But for you to admit to me all these years -- 15 years later, I know the hell that you've been going through. I know that you couldn't even walk through the threshold of certain doors. And so to have her, a black woman, say to me over the phone that I knew you were struggling and I did nothing about it? What? (0:25:53) You don't gotta support me, you ain't even gotta like me, but don't see me in my suffering and just walk past me. That's so fucked up.

They built a whole empire, multi-million dollar brand known as America's Next Top Model off the backs of every girl's dream that did that show, and it never became realized.

ZAKIYA GIBBONS: (0:26:18) The vast majority of the girls were kind of right back at square one or even worse.

SHANDI SULLIVAN: After the show, I felt really broken.

MOR LOUSHY: Can you tell me what happened with Tyra later on when she invited you to her talk show?

TYRA BANKS: It's a top model reunion today, and don't forget to check out season five when it premieres tonight on UPN.

SHANDI SULLIVAN: (0:26:48) She was asking me about what happened in Milan, and I told her I'd never seen it. It just brought up too many things, and then I was like, I can't watch the show anymore. And then she just puts it on the screen in front of me.

TYRA BANKS: I'm gonna roll a little clip that a lot of us remember.

SHANDI SULLIVAN: And I don't look at it. (0:27:12) She's like, I noticed you weren't looking.

TYRA BANKS: Shandi, you weren't watching that.

You're looking down. How come you can't watch that?

SHANDI SULLIVAN: I just can't do it.

TYRA BANKS: Really? It brings back, like, all the old stuff.

SHANDI SULLIVAN: Oh, yeah. I'm like, I literally told you behind the scenes, like, I've never seen it. I don't want to see it. Don't show it. You didn't respect that at all. That's awful. That was miserable. Miserable. That behavior doesn't stop. (0:27:44) Her behavior doesn't change.

TYRA BANKS: Everybody wants to know, are you still with your boyfriend?

SHANDI SULLIVAN: No, I'm single now.

TYRA BANKS: You're single?

SHANDI SULLIVAN: Yeah.

TYRA BANKS: Why did you guys break up?

SHANDI SULLIVAN: Well, he couldn't get over it.

TYRA BANKS: He couldn't get over that, but you guys were together for like -- I remember after you were together.

SHANDI SULLIVAN: Me and Eric, we tried. We really tried. I mean, he moved with me to New York after the show. (0:28:10) But it would suck when

I'd be walking with Eric down the street and somebody recognized me and called me a slut to my face or cheating whore, Eric standing right next to me. That was fun. It made me hate myself.

TYRA BANKS: If you want drama, try putting 13 aspiring young models in a house to see who will become America's Next Top Model. I am proud of my Top Model girls.

SHANDI SULLIVAN: After Top Model, (0:28:39) we thought one of us was going to be with a top modeling agency, and that was going to be our new career. No.

FEMALE SPEAKER: Were you the one that was on that modeling thing?

SHANDI SULLIVAN: Mm-hmm.

FEMALE SPEAKER: Oh.

SHANDI SULLIVAN: Still working at Walgreens.

JAY MANUEL: (0:29:03) You're all going to be blind as a bat.

FEMALE SPEAKER: I don't like semen.

NIGEL BARKER: Ignite that flame.

JAY MANUEL: Shooting in a Greek salad.

KEN MOK: As the show went on, Dawn had left, and there was a new president that came in, Mark Pedowitz.

TYRA BANKS: (0:29:27) I remember I was getting a phone call from the network every day saying, they need to talk to me, they need to talk to me. And I just kept putting it off, putting it off, putting it off. My assistant would be telling me this, they really need to talk to you, they really need to talk to you. And finally, the head of the network, he said, get her on the phone now. I took his call, and I'll never forget. (0:29:56) He said, this show is the biggest thing in the world, (0:30:00) but it won't always be and it's taking a dip.

KEN MOK: The head of the network said, the show is in a mature phase, and we need to make a significant change.

TYRA BANKS: And there are no sacred cows. You have to let go of this, this, and this. Three of my hearts. (0:30:29) Mr. Jay, Miss J, and Nigel.

MR. MOK: It shocked me. I was like, what? There was no need to replace them.

J. ALEXANDER: For my birthday, Tyra sent me flowers. I said, oh, how sweet. It was a note. Happy birthday. Love, Tyra. And then I was fired five days later.

TYRA BANKS: Eleven girls stand before me, (0:31:00) but I only have ten photos in my hands.

JAY MANUEL: I remember them saying, we've decided we're going to go in a completely different direction.

NIGEL BARKER: We were not going to be renewed.

TYRA BANKS: The girl that I do not call must immediately return to your house, pack your belongings, and go home.

JAY MANUEL: You want to talk about being slapped across the face and then slapped right back. If I honestly had to publish this picture, I would crop you right out of it.

J. ALEXANDER: Come on, give me a break. I was the spine of the show. (0:31:28) You look like when Moses parted the Red Sea that you were on the other side fishing. That's how old you look. And then, bye.

JAY MANUEL: Ratings are down. We're cutting the fat off the show that's bringing the ratings down was the implication, that it was us three.

NIGEL BARKER: That was really tough. It was somewhat mercenary. Unless you are Tyra Banks, I'm afraid you're expendable, and they will swap you out just like that.

J. ALEXANDER: Chow.

NIGEL BARKER: (0:31:58) As people got

eliminated on our show, we also got eliminated. We have three cards in front of us, and none of you have made it.

JAY MANUEL: So, Tyra, what did you think of, um, her?

TYRA BANKS: Is this my light?

JAY MANUEL: That is in your light, trust me.

TYRA BANKS: What did I think?

JAY MANUEL: What did you think?

TYRA BANKS: What is this for?

JAY MANUEL: I don't know, just a different angle.

TYRA BANKS: Don't put me on your website.

JAY MANUEL: I'm not putting it on my website. When I wanted to leave, I wasn't afforded that. And then (0:32:28) I work on this show from cycles ten through 18. I made so many concessions. That's the part that's the most hurtful. (0:32:44) We were going to put out one joint press release, and they said we would all get a quote in this press release. We see it all the time in television shows, people saying, so-and-so and so-and-so have decided to part ways. And Tyra, she's like, we'll put out in our press release how, you know, we're going to continue to work together and blah, blah, blah. So we agreed

to that.

FEMALE SPEAKER: (0:33:08) Tyra Banks has fired her panel of experts.

J. ALEXANDER: Oh, my God. There was a leak to Page Six that said the three of us were fired.

MALE SPEAKER: Banks booted judges Nigel Barker, Jay Manuel, and Miss J in a stunning Top Model housecleaning.

J. ALEXANDER: And I said, ooh, ooh, ooh.

JAY MANUEL: A leak to Page Six? That show, the way we ran confidentiality and were on these conference calls, there's no leak to Page Six. (0:33:32) Anyone can assume where that came from. You now put that out there that way, and we can't undo that, no matter what we say. I mean, that's the double slap. That's the part that you then have to live with.

NIGEL BARKER: That was probably the lowest point for me.

JAY MANUEL: Nigel, I just remember him being -- and I didn't know him to be this way. I could feel, it was quite palpable, how upset he was.

NIGEL BARKER: (0:34:01) It was difficult, because I didn't have a backup plan at that point, because I had been on Top Model for 17 seasons and

had been really in the show, kind of growing up with my family on America's Next Top Model. It was disappointing, and I -- we felt a little bit, like, betrayed.

JAY MANUEL: Why would you not allow people who've been a part of your show since its inception to move forward in their career with grace? It gives people their dignity. (0:34:32) It was very deliberate. I'd heard them say on set many times, what do we got to do to create drama? (0:34:46) We were gonna be the drama.

MALE SPEAKER: For the very first time, the three stars of America's Next Top Model were all just fired by Tyra Banks in their first TV interview together. As soon as the news broke, you guys saw the headlines, I'm sure, as soon as they were coming out, and all said, judges fired. That's how people were putting it. Do you feel blindsided by what happened?

NIGEL BARKER: I think more than anything, I feel a little sad.

J. ALEXANDER: Well, I got flowers last week sent to me by Tyra.

MALE SPEAKER: To soften the blow?

J. ALEXANDER: (0:35:15) That's what I kind of

thought. I said to myself, hmm. Hmm. I just sat there like this.

MALE SPEAKER: What I'm also interested to know is if this in any way is kind of a relief. I mean, let's face it. I worked with Tyra from way back when. Her reputation precedes her. She is tough to work for.

JAY MANUEL: And then, of course, the question that was posed directly to me.

MALE SPEAKER: How tough was Tyra to work for?

JAY MANUEL: (0:35:42) J. grabs my knee, like, go ahead, girl. Like, it's just like, J., like, why are you doing this to me? (0:35:51) We had to speak very carefully, you know, contractually at the time. You know, there are only certain things you can speak about around production and what have you legally. Ken, Tyra, they were all watching us live. I know that. And I just thought, she's waiting for my answer. And, um... Well, you know, here's the thing: I'm a perfectionist, too. I usually demand a lot, you know, for people who work with me. No, it's true.

NIGEL BARKER: Could you imagine?

JAY MANUEL: (0:36:19) No, I can't. You know, it is. And I think that was actually our initial

connection. I still really respected her as a model and a business mind. In terms of her being specifically difficult or rude, that's not Tyra's -- she's not the type of person to walk out and out --

MALE SPEAKER: She just has a very strong work ethic and knows what she wants.

JAY MANUEL: I'm sure we all do.

MALE SPEAKER: Yeah. Let me just ask you before we go.

JAY MANUEL: It felt like the culmination of how our entire relationship and how I always viewed her. I have to do (0:36:48) something to fix and bridge the gap. Like, I -- that's how I looked at it, and that's just who I was.

MALE SPEAKER: Fierce and love to my Nigel Barker, Mr. Jay Manuel, and Miss J. America's Next Top Model turned us into a family, excited --

TYRA BANKS: That was probably some of the hardest news I have ever had to deliver in my existence. I cried myself to sleep that night. You know, they were there from the beginning. (0:37:17) Best friend in the bed coming up with photo shoots. Backstage at fashion shows hanging, laying on them. Some of the closest people to me in my life. And me and Ken have to deliver that news that the deal is

up, that it is over. You can imagine what that feels like.

(0:37:40) But bosses have bosses, and the big boss was very clear. There are no sacred cows, and I heard that meaning, you too, Tyra. So pick up the phone and do what I'm telling you to do. And the thing is, I don't believe that they knew that it came from above. (0:38:05) No matter how much Ken and I were explaining this was not our decision, to this day, I think they think that it was me and Ken. Yeah.

JAY MANUEL: She was willing to do anything for her show. However you want to look at that clearly, even in that situation, she would do anything for the success of her show.

TYRA BANKS: Trink, (0:38:37) I'm totally freaking out right now.

TRINK: Ty, why?

TYRA BANKS: It's the 19th cycle.

TRINK: Ooh, 19th cycle.

TYRA BANKS: I need a whole new direction for the new season. A total H2T makeover. It's gotta be fierce. It's gotta be totally amazing. It's gotta be... Totes Amaze.

ZAKIYA GIBBONS: (0:38:54) A lot of reality

shows fall into this trap of trying to stay relevant.

TYRA BANKS: This cycle, I opened up the competition exclusively to girls five, seven and under.

ZAKIYA GIBBONS: Trying to reinvent.

TYRA BANKS: You think you're about to see a typical episode of Top Model, don't you? I'm going to pick a cue from Twitter King and ultimate prankster himself, Ashton Kutcher.

ZAKIYA GIBBONS: (0:39:14) And so they lean on gimmicks. They jump the shark.

TYRA BANKS: I went through all the past cycles and brought back your favorite. I made everything bigger. I'm talking celebrities as mentors. The Kardashians. Ready, set.

ZAKIYA GIBBONS: The fire kind of went out a little bit.

TYRA BANKS: The British are coming. The British are coming. May the best Brit or the best Yank win. (0:39:39) It hit me after graduating from Harvard, we just have to do a college cycle.

ZAKIYA GIBBONS: All of these big changes that kind of reeked of desperation was just writing on the wall.

TYRA BANKS: I'm making you a judge. You, the fan, have a voice in the judging room.

JAY MANUEL: They thought by us leaving that people would come back and (0:40:00) to see what the new guard was like, and it was gonna be a ratings bump. The ratings went down dramatically and then continued to decline quite rapidly.

TYRA BANKS: Up to now, you know there were no boys allowed on Top Model, but that was then, and this is now.

MALE SPEAKER: I can smize.

ZAKIYA GIBBONS: It just felt like this empire was crumbling right before our eyes.

TYRA BANKS: It's very important that when you toot your booty, (0:40:28) that you don't hoochie-tooch it.

MALE SPEAKER: She is cuckoo.

TYRA BANKS: Each and every girl on the planet has a chance to be one of the enlightened. Top model's very first face wing. Her medium is a twist on Top Model. I don't think you deserve for me to tell you what that means. Over 100 million hits.

ZAKIYA GIBBONS: This is some nonsense. Like, I don't even -- like, what are we doing?

KEN MOK: (0:41:03) After Cycle 22, the network

came back to me and said, we don't want Tyra to be the host of the show. And I'm like, you're crazy. She is the show.

TYRA BANKS: No sacred cows. This is my baby. That was my life.

KEN MOK: It was like my right hand was gone.

RITA ORA: Welcome to America's next Top Model.

KEN MOK: (0:41:33) They replaced Tyra. We got a new host and, you know, everything changed.

ZAKIYA GIBBONS: And that's when I was like, I'm logging off. They've lost the plot.

KEN MOK: America's Next Top Model stayed on the air for 24 cycles. And by the end, we kind of mutually decided that we didn't want to do it anymore.

NIGEL BARKER: It had run its course. Times were changing, and it was probably just time to put it down and do something different. (0:42:06) What happened after the show is because I became known for doing such elaborate photo shoots, I also got booked to do those sorts of shoots in real life. I shot an entire book with Taylor Swift. I ended up working with Miss Universe and Miss USA.

JAY MANUEL: (0:42:24) People knew me as a personality, so I ended up with a contract with E. I

did a cosmetic company, and eventually I wrote a novel.

FEMALE SPEAKER: The Wig, the Bitch, and the Meltdown.

JAY MANUEL: The book is really inspired by my life in the whole kind of crazy world of reality TV and the entertainment industry. Let's just be clear, it's a novel.

J. ALEXANDER: (0:42:49) J. has just been off on a top modeling tour. I went out to do Top Model Russia, China as well.

FEMALE SPEAKER: I am here with J. Alexander, a legend in the fashion world, and a huge part of the success of our fashion program at SCAD.

J. ALEXANDER: I was at SCAD for 15 years. (0:43:11) How do I maintain my icon status? Very simple: Being me and being authentic. I have always been authentic. But then everything changed.

Okay, so here's my room. I have been living in it for one year and (0:43:41) five months, maybe. On December 27th of 2022, I had a stroke. Then I woke up. I didn't know where I was other than in the hospital. I spent five weeks in a coma, and I couldn't walk (0:44:14) and I couldn't talk. And I thought to myself, what was I going to do? And then

I couldn't walk. And then I couldn't speak.

It was emotional. I cried. I'm not ashamed to say that I cried. And then once I was in the hospital, Jay and Nigel came to visit.

NIGEL BARKER: (0:44:47) I don't know whether he even wanted me to see him in that way. I was going to go see him. And that was just such a terrible shock and really upsetting and horrifying and scary.

JAY MANUEL: I could feel how upset he was for sure. I can only imagine where he was in his mind.

NIGEL BARKER: You know, when he saw me, he was, like, happy to see me, and the two of us cried together, and I held him.

J. ALEXANDER: (0:45:16) I thought back to how we used to do shows together. I cried because I just missed them so much.

NIGEL BARKER: You're looking great, J.

J. ALEXANDER: Thank you.

JAY MANUEL: This hair, though, I'm sick with because it's just so pretty and long.

J. ALEXANDER: I know. I'm glad we are together, (0:45:43) and --

NIGEL BARKER: We're glad too, mate. It's really good to see you, mate. Yeah, really special.

JAY MANUEL: It has been a journey, and you're speaking so much better now.

J. ALEXANDER: Yeah.

NIGEL BARKER: You are battling through. When we first saw you in that hospital, you could hardly move, hardly talk. And now you're sitting up doing an interview, chatting, talking, rolling your eyes, making us laugh. It's a long journey, but you're gonna get there. I know (0:46:14) it's been really, really hard, mate.

JAY MANUEL: The thing is, you're here, though. That's the thing.

J. ALEXANDER: (0:46:41) I know. I miss being the queen of the runway, the catwalks, of course. I'm the person who taught models how to walk. I taught models how to walk, and now I can't walk. Not yet. Not yet. I'm determined to walk. I'm sure you're going to see me again, I'm sure. It's not all for me yet.

JAY MANUEL: (0:47:12) You want to take a selfie? Since our last selfie was 2019.

NIGEL BARKER: Come on, then.

JAY MANUEL: We gotta do it. All right. We gotta wipe the lens. Okay.

MOR LOUSHY: Did Tyra come and visit you?

J. ALEXANDER: No, not yet. She just sent me a text that she wants to come and visit me, but, um, no. (0:47:43) Not yet.

MALE SPEAKER: Tyra. How you doing, Tyra?

TYRA BANKS: Hello, Tyra Banks here. I am a supermodel turned super businesswoman. After the show, I had so many different ideas for my life. I'm obsessed with pivoting.

FEMALE SPEAKER: The fashion icon has launched a flagship ice cream store in Sydney.

TYRA BANKS: And I live in Australia now. (0:48:10) I feel like my work is not done. You have no idea what we have planned for Cycle 25.

DANIEL SILVA: With everything you went through, would you ever do Top Model again?

DIONNE WALTERS: I would say do it at your own risk.

JOANIE SPRAGUE: Of course, I'd love to do something like that again, but not do that again, if you know what I mean.

WHITNEY THOMPSON: (0:48:42) It didn't age well, but it was also a reflection of the time. That's exactly how it was. The only reason the door was open to me was because of Tyra.

DANI EVANS: I do feel like Tyra's intentions

in the beginning were good, but that shit got lost.

BRE SCULLARK: We were very young girls, and we were put into a very mature adult world really fast. That was hard. We were just girls.

EBONY HAITH: (0:49:12) I had a young person woke up to me yesterday, and they were like, weren't you on that show? That's amazing to see how the show has impacted so many people for so long. So yeah, Tyra Banks very much disappointed me; but at the end of the day, we're at a place now where we can say, you know what, this is not acceptable. Let's do something different.

MALE SPEAKER: This has been a long time coming.

FEMALE SPEAKER: I'm rewatching America's Next Top Model.

FEMALE SPEAKER: Hard show to watch in hindsight.

ZAKIYA GIBBONS: (0:49:41) There's a lot of darkness in Top Model that makes me look at it differently than I did when I was a kid.

TYRA BANKS: Looking at that show through the lens of today, it's like, ooh, why did you do that? Why did you do that? Okay, Tyra said, yeah, she made some shit. She did some shit. You know, she

said some shit. And I thank you (0:50:00) for that. That is the only way you change. That is the only way you get better is by somebody calling you out on your shit. It is important, and I want to let you know that I want you guys to be just as open as I am now about getting called on my shit for when somebody calls you out on yours. Because that day will come and continue to evolve. Because that's what we're all doing.

DANI EVANS: (0:50:28) Girl, that is absolutely ridiculous. Perfect time to stop.

SHANDI SULLIVAN: Thank you.

KEENYAH HILL: I mean, I can hang out. It's not -- like if you want.

DANIEL SIVAN: What have you been up to?

DANI EVANS: Yeah, I got the keys to the city. I got the small keys to the city, girl. (0:50:53) It's cute.

DIONNE WALTERS: Here I am now, I'm a small business owner, as well as a realtor.

EBONY HAITH: Was thinking I was going to be an actress, which I am and will become, and there's great roles out there for me. So go ahead, producers, make it work.

JOANIE SPRAGUE: I auditioned for a home

improvement show, and I got it and it changed my life completely. Starting my own business in construction and carpentry. Hung up the heels, grabbed my tool belt.

GISELLE SAMSON: (0:51:17) Did real estate in Manhattan as a rental agent for six or seven years. Hated it. And then I joined a theater group in New York, and so I'm back.

WHITNEY THOMPSON: I actually ended up buying this really cute little ice cream shop called The Pink Pelican. We travel the world and have ice cream. That's my life now.

MOR LOUSHY: You and Tyra have an ice cream shop.

WHITNEY THOMPSON: (0:51:40) I know. What the fuck? She copied me, okay? I had the ice cream shop first.

BRE SCULLARK: I started working with violent offenders, leading trauma-informed care, and I love it. It's very hard, but this is the most fulfilling work that I have done yet.

SHANDI SULLIVAN: I take care of animals for a living. I want to live on a farm and have, like, a sanctuary for animals. Yeah. I've always loved animals.

DANI EVANS: (0:52:08) dissolving my contract and walking away from the industry, it's been the best decision of my life. Getting to know Danielle. Not Dani, but Danielle.

SHANNON STEWART: I just felt like the industry was vain. I was like, I want purpose. I want to impact someone's life. I learned so much about (0:52:28) God's grace.

KEENYAH HILL: I am now a pose coach helping develop aspiring models so that they understand, hey, you don't have to be a particular size. You don't have to be a particular weight. There's space for you. And if there isn't space for you, we're going to make the space.

(End of recording.)

CERTIFICATE OF REPORTER

STATE OF FLORIDA )
)
COUNTY OF ORANGE )

I, AMBER PORTELLO, Notary Public, State of Florida, I was authorized to and did stenographically report and transcribe the foregoing proceedings; and that the transcript, pages 2 through 145, is a true and accurate record of my stenographic notes.

I FURTHER CERTIFY that I am not a relative, or employee, or attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

Dated this 7th day of August, 2026.



AMBER PORTELLO

**0**

**0:00:02** 2:2 102:6
**0:00:06** 57:7
**0:00:29** 102:13
**0:00:30** 2:17
**0:00:38** 57:11
**0:00:40** 102:18
**0:00:52** 2:24
**0:01:05** 57:15
**0:01:10** 103:6
**0:01:21** 3:13
**0:01:26** 103:11
**0:01:36** 57:22
**0:01:38** 3:24
**0:01:53** 103:25
**0:02:01** 4:14
**0:02:02** 58:5
**0:02:15** 104:9
**0:02:22** 5:4
**0:02:30** 58:16
**0:02:36** 58:19
**0:02:42** 104:20
**0:02:52** 5:20
**0:03:01** 59:2
**0:03:05** 105:4
**0:03:23** 59:11
**0:03:26** 5:24 105:14
**0:03:46** 6:5 106:1
**0:03:53** 59:23
**0:04:16** 6:20 106:13
**0:04:20** 60:6
**0:04:31** 106:21
**0:04:32** 6:25
**0:04:44** 60:13
**0:04:56** 7:9
**0:04:58** 107:9
**0:05:04** 60:21
**0:05:13** 107:13
**0:05:22** 7:20
**0:05:29** 61:4
**0:05:40** 107:25
**0:05:42** 8:3
**0:05:58** 61:16
**0:06:10** 8:14
**0:06:16** 108:13
**0:06:30** 61:23
**0:06:34** 9:3
**0:06:44** 108:20
**0:06:59** 9:10
**0:07:01** 62:6
**0:07:13** 109:4
**0:07:20** 62:12
**0:07:26** 9:17
**0:07:39** 109:12
**0:07:43** 9:21
**0:07:46** 62:19
**0:08:03** 10:4
**0:08:06** 109:19
**0:08:10** 63:2
**0:08:26** 10:14
**0:08:35** 110:1
**0:08:42** 63:12
**0:08:50** 11:2
**0:08:59** 110:8
**0:09:09** 64:4
**0:09:19** 11:14
**0:09:30** 110:15
**0:09:32** 64:11
**0:09:46** 11:25
**0:10:00** 12:6 64:22 110:23
**0:10:22** 65:6
**0:10:27** 12:21
**0:10:33** 111:6
**0:10:47** 65:17
**0:10:50** 13:3
**0:10:52** 111:12
**0:11:11** 66:5
**0:11:20** 13:7
**0:11:21** 111:22
**0:11:28** 66:18
**0:11:51** 13:17
**0:11:52** 112:12
**0:11:55** 67:6
**0:12:12** 112:17
**0:12:16** 67:14
**0:12:18** 14:6
**0:12:41** 113:6
**0:12:43** 67:23
**0:12:48** 14:17
**0:13:04** 68:6
**0:13:10** 14:23
**0:13:11** 113:16
**0:13:26** 68:10
**0:13:29** 113:21
**0:13:38** 15:11
**0:13:44** 113:24
**0:13:51** 68:22
**0:14:05** 114:13
**0:14:06** 15:18
**0:14:14** 15:19
**0:14:21** 69:8
**0:14:27** 114:21
**0:14:45** 115:3
**0:14:50** 16:3 69:17
**0:15:14** 115:18
**0:15:20** 70:3
**0:15:21** 16:13
**0:15:41** 70:10
**0:15:42** 116:7
**0:15:51** 16:21
**0:16:02** 116:14
**0:16:09** 70:24
**0:16:19** 17:18
**0:16:31** 116:23
**0:16:32** 71:4
**0:16:49** 18:3
**0:16:58** 117:7
**0:17:03** 71:15
**0:17:14** 18:14
**0:17:27** 117:21
**0:17:28** 18:18
**0:17:33** 71:25
**0:17:50** 118:5
**0:17:51** 19:3
**0:18:04** 72:10
**0:18:19** 118:16
**0:18:20** 19:18
**0:18:31** 72:23
**0:18:41** 118:21
**0:18:44** 20:1
**0:18:59** 73:11
**0:19:03** 119:8
**0:19:10** 20:15
**0:19:27** 73:22
**0:19:30** 119:18
**0:19:42** 21:2
**0:19:47** 74:8
**0:20:00** 21:7 74:14 120:2
**0:20:23** 120:11
**0:20:28** 74:24
**0:20:30** 21:15
**0:20:32** 120:15
**0:20:55** 75:10

**0:20:56** 22:1
**0:21:00** 120:21
**0:21:20** 75:21
**0:21:24** 22:12
**0:21:30** 121:4
**0:21:37** 76:3
**0:21:54** 23:4
**0:21:55** 121:10
**0:22:03** 76:12
**0:22:17** 23:20
**0:22:28** 121:19
**0:22:33** 77:4
**0:22:46** 121:23
**0:22:51** 24:9
**0:22:58** 77:15
**0:23:13** 122:6
**0:23:17** 24:20
**0:23:27** 77:24
**0:23:31** 122:11
**0:23:44** 25:3
**0:23:55** 78:9
**0:23:57** 122:19
**0:24:12** 25:16
**0:24:16** 78:24
**0:24:23** 122:25
**0:24:33** 79:6
**0:24:45** 26:2
**0:24:51** 79:12
**0:24:53** 123:8
**0:25:09** 26:16
**0:25:16** 79:21
**0:25:22** 123:14
**0:25:35** 27:4
**0:25:37** 80:6
**0:25:53** 123:22
**0:25:54** 27:12
**0:25:55** 80:15
**0:26:14** 27:20
**0:26:18** 124:5
**0:26:23** 81:3
**0:26:40** 28:8
**0:26:42** 81:12
**0:26:48** 124:15
**0:27:09** 28:23
**0:27:12** 82:1 124:24
**0:27:33** 29:7
**0:27:39** 82:11
**0:27:44** 125:10
**0:27:47** 29:17
**0:28:08** 82:20
**0:28:10** 125:25
**0:28:11** 30:6
**0:28:30** 30:17 83:4
**0:28:39** 126:9
**0:28:58** 83:19
**0:28:59** 31:8
**0:29:03** 126:18
**0:29:22** 84:1
**0:29:27** 127:1
**0:29:29** 32:2
**0:29:37** 84:6
**0:29:54** 32:12
**0:29:56** 127:9
**0:30:00** 32:13 84:12 127:10
**0:30:13** 84:15
**0:30:28** 33:1
**0:30:29** 127:17
**0:30:44** 84:25
**0:30:57** 33:15
**0:31:00** 127:25
**0:31:06** 85:10
**0:31:22** 85:17
**0:31:28** 33:24 128:13
**0:31:42** 86:3
**0:31:48** 34:4
**0:31:58** 128:25
**0:32:05** 86:14
**0:32:15** 34:12
**0:32:28** 129:16
**0:32:32** 86:22
**0:32:40** 34:21
**0:32:44** 129:18
**0:32:57** 87:6
**0:33:04** 35:3
**0:33:08** 130:2
**0:33:17** 87:17
**0:33:32** 130:13
**0:33:33** 35:13
**0:33:42** 88:2
**0:34:01** 35:22 130:23
**0:34:03** 88:10
**0:34:26** 88:24
**0:34:31** 36:6
**0:34:32** 131:8
**0:34:46** 131:10
**0:34:47** 89:8
**0:35:00** 36:22
**0:35:08** 89:15
**0:35:15** 131:25
**0:35:20** 37:6
**0:35:39** 90:6
**0:35:42** 37:15 132:11
**0:35:51** 132:13
**0:36:08** 90:17
**0:36:11** 38:6
**0:36:19** 132:24
**0:36:42** 38:17 91:3
**0:36:48** 133:12
**0:37:09** 91:12
**0:37:12** 39:2
**0:37:17** 133:21
**0:37:36** 91:25
**0:37:40** 134:3
**0:37:41** 39:15
**0:37:54** 39:19
**0:38:03** 92:13
**0:38:05** 134:8
**0:38:20** 40:6
**0:38:34** 93:1
**0:38:37** 134:16
**0:38:38** 40:12
**0:38:54** 134:25
**0:39:04** 93:15
**0:39:07** 40:24
**0:39:14** 135:11
**0:39:25** 93:23
**0:39:37** 41:13
**0:39:39** 135:21
**0:39:53** 94:11
**0:40:00** 41:23 94:13 136:4
**0:40:15** 94:20
**0:40:23** 42:6
**0:40:28** 136:15
**0:40:39** 95:4
**0:40:49** 42:13
**0:41:03** 136:25
**0:41:07** 95:15
**0:41:15** 42:18
**0:41:26** 95:22
**0:41:33** 137:8
**0:41:42** 43:1
**0:41:43** 96:4
**0:42:04** 43:8
**0:42:06** 137:18

**0:42:14** 96:19
**0:42:24** 137:24
**0:42:38** 43:15
**0:42:44** 97:2
**0:42:49** 138:9
**0:43:03** 44:5 97:15
**0:43:11** 138:16
**0:43:19** 44:13
**0:43:31** 97:25
**0:43:41** 138:20
**0:43:43** 45:1
**0:43:57** 98:9
**0:44:14** 138:24
**0:44:18** 45:13
**0:44:21** 98:21
**0:44:42** 45:20
**0:44:47** 139:5
**0:44:52** 99:2
**0:45:11** 46:5
**0:45:16** 139:15
**0:45:22** 99:17
**0:45:40** 46:11
**0:45:43** 139:23
**0:45:51** 99:25
**0:45:57** 46:17
**0:46:12** 46:23
**0:46:14** 140:9
**0:46:16** 100:12
**0:46:39** 47:7
**0:46:41** 140:13
**0:46:45** 100:23
**0:46:58** 47:16
**0:47:12** 140:20
**0:47:14** 101:7
**0:47:22** 47:24
**0:47:33** 48:6
**0:47:43** 141:3
**0:47:44** 101:15
**0:48:02** 48:21
**0:48:10** 141:12
**0:48:29** 49:5
**0:48:42** 141:21
**0:48:59** 49:15
**0:49:12** 142:5
**0:49:26** 50:4
**0:49:41** 142:19
**0:49:49** 50:16
**0:50:00** 50:22 143:1
**0:50:25** 51:7
**0:50:28** 143:10
**0:50:38** 51:13
**0:50:53** 143:17
**0:51:07** 51:22
**0:51:17** 144:5
**0:51:37** 52:5
**0:51:40** 144:15
**0:51:47** 52:8
**0:52:08** 145:1
**0:52:16** 52:18
**0:52:28** 145:8
**0:52:43** 53:2
**0:53:09** 53:6
**0:53:43** 53:21
**0:54:12** 54:7
**0:54:39** 54:14
**0:55:02** 55:2
**0:55:29** 55:11
**0:56:02** 55:22
**0:56:32** 56:8
**0:57:00** 56:15

**1**

**1** 35:7
**10,000** 3:18 66:13
**10-inch** 69:14
**100** 65:7 86:20 136:22
**104** 81:9
**114** 32:1,8
**115** 93:18
**11th** 99:4
**12** 59:10
**12-year-old** 121:13
**12:00** 108:13
**12th** 81:24
**13** 126:5
**14** 32:5
**15** 123:16 138:15
**150** 47:12
**16** 11:22
**17** 27:5 130:25
**18** 38:7 52:9 129:17
**180** 65:8
**19th** 134:19,20

**2**

**2** 57:1 59:11
**20** 123:2
**20-20** 79:14,15
**2000s** 6:25
**2019** 140:21
**2020** 6:1 86:19
**2022** 138:21
**21** 8:14
**22** 136:25
**24** 137:13
**24-7** 58:13
**25** 92:7 141:13
**27th** 138:21

**3**

**30** 36:12 47:13

**5**

**5'10** 93:18
**50** 98:18

**6**

**640x480_400mb_aac_64kbps_hd_2613675** 102:5
**6:00** 12:25

**8**

**80s** 49:12

**9**

**9:00** 45:9

**A**

**a.m.** 12:25
**ABC** 13:19
**ability** 49:9
**abroad** 54:2
**absolute** 14:19
**absolutely** 31:20 70:24 79:6 112:16 120:13 143:10
**absurd** 70:24
**accent** 50:3
**acceptable** 96:4 142:11

**accepted** 7:12 81:14
**accompanying** 8:4
**achieve** 117:1
**acid** 22:5
**acne** 40:13
**act** 106:25
**acting** 8:15 15:5 68:21
**activate** 27:21
**actress** 143:22
**actual** 119:16
**acutely** 49:11
**ad** 72:11
**Adams** 51:2
**add** 25:14
**addictive** 36:8
**admit** 123:16
**Adrianne** 16:10 24:12 25:22 33:22 37:9 119:9
**Adrianne's** 26:13
**ads** 13:5
**adult** 59:20 76:9 142:3
**advantage** 98:1
**advice** 100:24
**Affairs** 110:22
**affecting** 53:5
**afford** 73:12
**afforded** 129:15
**afraid** 79:25 109:21 128:22
**Africa** 84:6 89:2 96:21
**Africa's** 65:12
**African** 18:13 84:24
**African-american** 11:11 39:20 40:19 84:22
**age** 16:13 17:7 141:21
**agencies** 7:15 23:24 72:12
**agency** 34:2 119:23 121:22,23 126:11
**agent** 9:20 34:25 121:20 122:14 144:6
**agents** 43:8 79:10
**aggressive** 41:22 42:5
**aggressively** 97:3
**agree** 76:25
**agreed** 129:25
**ahead** 42:2 132:12 143:23
**air** 8:16 20:22 24:12 34:19 35:8 37:5 70:14, 16 81:17 85:25 100:16 137:13
**aircraft** 46:21
**airs** 45:8
**album** 35:24
**Alexander** 3:16 4:5 11:10,13,19,21,24 12:3, 8,14,17 14:2,8 15:2 24:18 25:20 27:1,6,8,16 28:2 33:7,11,13 36:6,22 50:10 52:18 64:19 65:1, 19,20 68:25 75:2,19 76:23 80:5 87:13,19,25 91:22,25 110:1 111:10 112:24 115:9,14 118:16 127:20 128:12,24 130:4,9 131:22,25 138:9,12,15 139:15,19, 22 140:3,13 141:1
**Alexandria** 81:23
**all-time** 66:6
**allowed** 81:17 112:14 136:9
**Amaze** 134:24
**amazing** 8:19 35:1 43:3 102:24 134:23 142:7
**Amber** 64:9
**America** 2:4 32:20 66:7 91:1 105:25
**America's** 3:3,19 4:18 6:11 11:2,22 16:5, 19 21:17 23:8,13,14,15, 17,19 33:21 34:11,24 35:12 36:9 44:15 45:8 59:7 63:10,13,14,15,18 64:10 65:23 66:8,14 71:9 77:10 87:7 96:1 108:24 116:24 119:3, 13,16 121:9 124:2 126:7 131:2,13 133:16 137:7,12 142:15
**American** 10:5,8 65:8 71:23 84:21 86:18 93:15,16
**ANDA** 93:21,23
**ands** 77:19
**Angels** 7:5
**anger** 6:13 42:20 105:8
**angers** 123:6
**angle** 129:12
**angry** 41:22 106:10, 11
**animal** 68:7
**animals** 89:3 144:22, 24,25
**ankle** 83:13
**ANTM** 69:7 121:12
**anymore** 46:1 60:23 61:6 103:2,3 119:25 124:18 137:15
**apartheid** 84:7
**apartment** 10:24 21:16 35:9 117:24 121:20 122:4,10
**apologized** 79:7
**appetites** 63:23
**applauded** 80:3
**application** 17:12 82:18
**approach** 28:17
**April** 56:10
**areas** 90:25
**Arguably** 20:10
**arguing** 20:15
**Arkansas** 71:4 77:22
**arm** 112:6
**armed** 48:5
**armpits** 114:3
**arms** 114:2
**arrive** 81:23
**art** 114:15
**artist** 12:22
**ashamed** 37:23 139:2
**Ashton** 135:10
**ashy** 40:10
**aspired** 45:15
**aspiring** 126:6 145:10
**ass** 38:4,8,10,15 59:13 85:21 91:11 93:2 123:3
**assistant** 117:25 127:5
**assume** 130:13
**Atlantic** 93:14
**attached** 70:20
**attack** 27:22
**attention** 97:16 113:24 122:24
**attitude** 2:6,8 106:8, 10
**attitudes** 86:25
**attorney** 110:20
**attracted** 60:16
**audience** 65:7 67:13
**audition** 21:3
**auditioned** 28:8 143:25
**auditioning** 10:16
**Australia** 141:11
**authentic** 138:17,18

**autonomy** 54:8
**aware** 49:11 60:8 84:7
**awesome** 54:14
**awful** 32:14 118:15 125:8
**awkward** 64:24 68:23 97:10

## B

**babes** 36:7
**baby** 4:6 17:17 27:1 32:5 54:17 68:25 76:24 137:4
**back** 5:10 6:19 7:24 8:12 9:16 12:11 13:6 19:18 20:20 26:20 34:5 45:4,7 46:6 48:10 53:9, 10 55:22 59:20 62:20 65:3 77:11 80:3 82:4,7 83:10,20,22 91:4 92:7 94:20 96:1 100:13,15, 19 102:14,15 103:5 110:14 117:21 118:21 119:1 124:6 125:3 128:9 132:5 135:14 136:4 137:1 139:15 144:8
**backdrop** 46:20
**background** 69:20
**backgrounds** 51:25
**backs** 121:7 124:3
**Backstage** 133:23
**backup** 130:24
**bad** 2:7 5:14 24:21 47:6 48:3 58:15 63:6 95:5 106:9
**bad-mouthing** 72:19
**bag** 117:24
**bagel** 90:14
**bagels** 90:16
**bags** 53:19 104:23
**bait** 47:10
**balance** 48:24 92:21
**bald** 39:18
**band** 10:15,16,18
**Banks** 2:2,9,11,17,24 3:10 5:1,8,11,15,17,18, 23 6:4,9,13,14,18 7:8 8:5,6,8,10,21 9:5,20 10:4,12,20 11:2,20,23, 25 12:6,11,15 13:10,23 14:1,4,10,16,23 15:5,9, 16 17:1,19,23 19:3,9,14 20:14,17,23 21:3 22:5, 15,20,25 23:5,12,22 24:15 25:5,7 27:4,24 28:11 29:17 32:15 33:6, 21 35:3,11,16,19 36:14, 16,20 37:1,25 38:4,10, 25 40:18 42:16 43:22 44:2,4,17,19,21,23 45:5,20 46:23 47:5,13 48:2 49:19 51:9,13 53:10,14,23 55:2 56:21, 24 58:5 59:6,22 60:1,12 62:22 64:1,20 65:1,8,25 66:4 67:14 68:12,16,20 70:3 71:18 72:3 74:23 76:1,12,18,25 77:6,8 78:17,20 79:7 85:10,17 86:10,13,17 87:1,8 88:21 89:15,20 91:3,9, 15 92:10 93:8 96:3 99:2,4,9,12 100:12 101:15,22 102:10,12,20 103:7,10 104:1,8,14,23 105:5,18,21 106:12,24 107:12 112:4,7 113:1, 11,14 114:3 115:24 117:2,11,18 120:14 121:6 124:12,21,25 125:3,12,15,17,20 126:5 127:1,15,24 128:5,21 129:6,8,10,13 130:2,6 131:14 133:18 134:16,19,21 135:3,7, 13,19 136:1,8,14,18 137:4 141:5,11 142:9, 22
**banter** 27:12
**bar** 102:22
**barely** 40:5
**Barker** 4:14 48:25 49:1,7,21,23,25 50:2,8, 12,13,21 54:4,25 65:6, 10,17,22 66:5,16 69:24 78:3 83:4,9 90:19 99:23 104:17 106:18 112:19 114:6 115:11,20 117:7 126:21 128:4,20,25 130:7,18,23 131:20 132:23 133:16 137:16 139:5,12,18,24 140:4, 22
**based** 73:18 100:23
**basically** 9:23 39:8 77:18 96:2
**bat** 126:19
**bathroom** 58:24
**battling** 48:13 140:4
**bay** 35:4
**Beach** 93:14
**beat** 115:13
**beauties** 9:14 15:25
**beautiful** 12:5 16:1 18:18,24 19:21 25:16, 17 33:16 34:13 46:19, 20 51:10 75:25 76:19 83:6 85:13 87:9 89:16 95:20 96:13 106:1
**beauty** 3:1 9:8,16 18:14,15,19,21 23:1 49:12 51:19 72:24 76:3, 4 86:24 87:10 91:4
**bed** 57:11 133:22
**bedroom** 13:5
**bedrooms** 46:16
**beef** 68:9
**began** 16:3 36:6
**beginning** 57:1 87:5 102:2 120:5 133:21 142:1
**begins** 121:12
**behavior** 125:9,10
**behemoth** 65:18
**Bel** 8:16
**believed** 5:9 43:13
**believing** 104:10
**belongings** 128:7
**belt** 144:4
**BENITEZ** 65:15
**Bertini** 97:2,4,5,8,11, 24 99:15,18
**besties** 47:20
**betrayed** 131:4
**Beyoncé** 64:18
**big** 3:7 6:5 7:18 21:11, 12 34:3 41:12 45:11 60:10 78:22 93:25 102:17 120:24 134:3 135:23
**bigger** 107:13 135:15
**biggest** 33:25 81:8 120:20 127:10
**bikini** 24:16
**billboard** 34:8,9
**bills** 7:13
**binge** 6:4
**binging** 6:1
**birthday** 127:20,22
**bit** 16:17 23:1 25:15 64:24 70:23 78:21 90:13,25 91:23 131:3 135:18
**bitch** 30:12 61:21 62:18 67:21 96:11 112:9,11 138:3
**bitchy** 37:22 112:9,11
**bite** 76:6
**bits** 57:8
**bitty** 77:21
**black** 7:17,24 8:19,22 9:5 12:9 18:18 38:20 40:23 52:6 71:5 85:13, 14 107:14,17 122:3 123:20
**blacked** 56:16 57:11
**blackface** 85:9,21

**blacklisted** 111:2
**blah** 129:25
**bleach** 25:13
**bleed** 67:22
**bleep** 37:21,22 107:20
**Bless** 75:18
**blew** 11:15 54:21
**blind** 126:19
**blindfolds** 111:10
**blindsided** 131:18
**bling** 46:12
**bloated** 80:21 89:12
**blocked** 18:10
**blocks** 66:16
**blonde** 7:1 51:16
**blow** 131:24
**blown** 40:11
**blows** 96:6
**BLUMBERG** 93:1
**blunt** 50:19
**blur** 56:14
**board** 13:7
**boat** 111:13
**bodies** 96:3
**body** 38:7 42:25 47:11 74:9 91:7 92:5,8 96:20
**bodywork** 89:17
**bona** 30:17
**booboo** 101:3
**book** 30:13 122:20,22 137:22 138:5
**booked** 137:21
**boom** 65:21
**booted** 130:6
**boots** 47:2
**booty** 31:4,7 136:15
**bored** 115:15
**boring** 78:7
**boss** 71:24 134:4
**bosses** 134:3
**bottles** 57:7
**bottom** 15:12
**bought** 52:10
**bouquet** 33:25
**Bowie** 35:24 36:2
**Bowl** 63:2
**boy** 10:16,18 87:25 100:13
**boyfriend** 45:15 59:15 61:10 125:13
**boys** 136:9
**bra** 24:12
**braces** 87:22
**brand** 120:1 124:2
**brave** 25:11
**Bravo** 80:5
**Brazil** 24:21,23
**Brazilian** 24:16,25
**Bre** 3:3 7:6 8:24 68:22 69:2 79:21,22,24 80:19 81:1 92:12 115:7,13 142:2 144:18
**bread** 89:23
**break** 3:22 5:7 86:2 107:19 125:17 128:12
**breakdown** 83:1
**breaking** 42:13 66:19
**breakout** 44:6
**breaks** 66:25
**breezy** 76:19
**BRESCIA** 72:15
**bridge** 133:13
**bright** 10:1
**brighten** 25:14
**bring** 45:3 51:1 70:18 99:5 107:21
**bringing** 128:18
**brings** 125:3
**Brit** 135:20
**BRITA** 87:15
**British** 50:3 135:19, 20
**Brittany** 84:22 85:15 86:17 89:5 90:6
**broke** 66:20 131:15
**broken** 43:7 64:7 82:2 83:14 113:8 124:9
**brokenhearted** 42:24
**brother** 71:8
**brought** 6:9 18:19 124:17 135:14
**BROWER** 85:15 89:5 90:6
**brown** 19:4,5 51:14 85:9,13
**brush** 27:11
**brutally** 83:16
**bubble** 85:11
**buck** 16:16
**budget** 22:8 46:18
**build** 24:3
**building** 34:10 72:11 82:9
**built** 46:19,20 67:3 91:10 124:1
**bull** 79:17 108:8
**bullied** 87:21
**bump** 136:6
**bunch** 55:15 94:12
**Bundchen** 7:4
**burger** 26:21 89:22
**burn** 22:5
**burner** 80:4
**business** 20:18,19 110:21 133:2 143:20 144:2
**businesswoman** 141:6
**busy** 26:10
**buts** 77:20
**butt** 51:4,7,8
**butter** 40:19
**buy** 105:10
**buying** 144:9
**bye** 52:15 128:16

**C**

**Caesar** 39:11
**call** 9:19 15:20 17:19 23:7 31:8 59:16 61:6 71:18 74:17 104:19 113:12 118:6,11 127:2, 8 128:5
**called** 6:14 10:4,14 11:23 19:17 34:1 35:23 36:18 46:7 71:20 77:1, 12 110:20 121:21 126:2 143:6 144:10
**calling** 62:18 86:1 143:3
**calls** 40:3 130:12 143:7
**camera** 33:4 49:17 58:17,24 62:7 75:14 84:11 102:23 112:12
**cameraman** 22:7,8
**cameras** 58:9,13 59:1 80:12 90:24 100:11 121:17
**candy** 50:23
**canvases** 26:5
**capital** 104:3
**captured** 59:2
**car** 31:17
**carcasses** 68:8
**cards** 129:2
**care** 55:13 144:19,22

**career** 8:15 13:8 24:5 30:18 110:12 116:23 126:12 131:7
**careful** 90:20
**carefully** 132:14
**carnal** 60:15
**carpentry** 144:3
**carrier** 46:22
**casket** 88:11
**casting** 17:23 19:22 20:2 45:18,25 66:11 111:12
**castings** 22:24 122:5,14,15
**cat** 36:7
**catapult** 34:20
**catsuit** 19:4,5
**catwalk** 11:14
**catwalks** 140:14
**CBS** 13:20 20:3 43:21
**celebration** 83:21
**celebrities** 28:21 135:15
**cha-chas** 24:14
**CHAKOS** 46:11
**challenge** 22:20 33:18 69:5 73:1 84:16 86:23
**challenges** 69:7 107:15
**chance** 21:24 55:8 116:23 136:19
**Chanel** 93:7 122:10
**change** 9:15 16:4 19:9 24:7 89:20 92:18 101:11 102:17 103:6 104:1 105:15 108:18 125:11 127:14 143:2
**changed** 3:5 68:2 113:17 137:9 138:18 144:1
**changing** 32:16 108:16 137:17
**chaos** 69:8
**character** 30:23
**characters** 14:11 15:5
**charismatic** 50:1
**Charming** 50:3
**chat** 35:15
**chatting** 140:7
**cheat** 60:4
**cheated** 59:13 60:1, 12 61:18
**cheating** 59:25 126:3
**cheats** 59:15
**check** 35:15 68:19 124:13
**Cheetah** 89:7
**CHELSEY** 78:22
**chest** 17:19 110:2
**chic** 7:2 88:20
**child** 30:7 60:2
**chin** 114:12
**China** 112:17 138:11
**chip** 42:19
**chipping** 101:18 109:15
**choice** 26:7 95:12
**choices** 89:22
**choose** 55:19 99:19 115:16
**chord** 105:4
**chose** 38:13 40:15 82:18
**chosen** 7:14 99:18
**Chow** 128:24
**Christian** 17:10 103:14
**Christina** 103:15
**chunky** 16:17
**church** 12:9
**Ciao** 55:16,17
**cigarettes** 93:6
**cinched** 48:18
**Cinderella** 25:4
**city** 19:15,16 21:16 46:7 65:3 66:11,16,17 67:1 143:16,17
**claim** 46:14
**Claire** 23:23
**clamp** 94:20
**clamped** 63:3
**Clarkson** 10:5
**clean** 41:6
**cleaning** 37:16
**clear** 111:24 112:13 134:4 138:8
**clerk** 45:25
**clicks** 33:14
**clients** 119:7
**clip** 95:22 124:21
**clippers** 39:7
**close** 41:20 74:7 76:1, 21 97:19 109:19 117:12
**closed** 76:14 77:3,5, 7,16,18,24 79:18
**closest** 133:24
**closing** 15:25
**clothes** 8:9 91:19 95:2,11
**clue** 35:8
**CNN** 66:18
**coach** 11:7 145:9
**coaches** 11:5
**cockroaches** 69:14
**coincidence** 59:24 82:20
**Coke** 93:6
**cold** 121:24
**COLE** 4:18 115:18,22
**collection** 122:25
**college** 135:22
**color** 8:1 19:24 41:19
**colors** 83:25 86:15
**coma** 138:23
**combination** 27:18
**comfort** 85:6
**comfortable** 98:9, 13
**commercial** 45:18 86:2
**common** 93:5 102:7
**communication** 110:16
**companies** 121:5
**company** 20:3 31:18 138:1
**comparing** 95:17
**competition** 29:6 45:22 79:3 81:15 104:12,18 105:11 115:5 116:21 119:19 135:4
**compilation** 2:16
**complaining** 90:11
**complete** 13:15 54:8
**completely** 49:10 54:21 76:21 77:7 94:6 120:2 128:2 144:2
**compliments** 37:11
**computer** 35:14
**CONAN** 45:8
**concentrate** 41:8
**concerned** 26:3 60:10
**concerns** 4:8
**concessions** 129:17
**conference** 130:12
**confessionals** 37:12

**confidence** 33:14 43:11 51:23
**confidentiality** 118:4 130:11
**confusing** 88:4
**Congratulations** 77:9
**connection** 133:1
**consciously** 77:25
**considered** 47:19 87:20
**consistently** 114:19
**constantly** 7:22 32:10 67:5
**constructed** 6:17
**construction** 144:3
**consultation** 52:23
**CONTESTANTS** 103:14
**continue** 59:19 129:24 143:8
**continued** 136:7
**contract** 8:18 23:22, 24 76:16 113:19 120:25 137:25 145:1
**contractually** 132:14
**control** 22:10 99:25 105:23 114:25 116:5 120:11
**controlled** 114:19
**controversial** 85:11 108:23
**convenient** 61:3,4
**conversation** 40:5 123:6
**cooks** 68:1
**cool** 3:13 42:4 55:9 73:11 102:18 109:9
**cooler** 14:15 44:7
**copied** 144:16
**correct** 39:7
**cosmetic** 138:1
**cost** 34:3
**could've** 36:11 104:2 117:18
**countries** 65:9 69:10
**country** 16:7 53:22
**couple** 9:17 53:7,8 114:24
**cover** 8:22 58:14 62:10 66:13
**Covergirl** 2:22,23 8:17 76:15,19 121:16, 17
**covering** 97:23
**covers** 9:7
**coveted** 8:22
**COVID** 6:1
**cow** 94:2
**cows** 127:15 134:4 137:4
**crack** 4:6
**cradling** 85:4
**crappy** 115:4
**crash** 81:1,2
**crazier** 69:7
**craziness** 12:17
**crazy** 3:21 12:18 27:17 36:21 47:18 54:24 65:3 70:11 76:6 83:22 85:18 137:2 138:6
**cream** 141:10 144:10, 12,13,16
**create** 2:25 120:5 131:10
**created** 9:11 10:14 79:5 82:4
**creating** 10:16 41:17 67:18
**creative** 70:5 72:13 101:9 113:18
**Creatively** 67:25
**creators** 13:11
**crib** 46:12
**cried** 25:24 57:17 133:20 139:2,3,13,16
**crime** 81:25 82:6
**crimes** 5:16
**crisis** 59:8
**criticized** 91:6
**crop** 128:11
**crossed** 45:14 98:25
**crotches** 36:25
**cruel** 29:21
**crumble** 83:2
**crumbling** 136:13
**crushed** 4:23 117:15
**cry** 43:1
**crying** 62:1 75:23 105:14
**cuckoo** 136:17
**cue** 135:9
**culmination** 133:10
**curious** 10:6
**CURRY** 16:10 24:12 25:22 37:9 119:9
**curve** 120:22
**curvy** 87:23 91:8
**cut** 17:16 29:17 46:9 94:19 95:10 99:5
**cute** 26:12 143:18 144:10
**cutthroat** 45:22
**cutting** 128:17
**cycle** 35:7 46:18 47:9 59:11 108:15 110:5,24 112:16 134:19,20 135:3,22 136:25 141:13
**cycles** 54:7 64:6 67:4 129:16 135:13 137:13

## D

**da-da-da** 84:11 100:20
**da-da-da-da-da** 44:9 113:22
**dad** 52:1,11
**Dairy** 54:21
**Dalai** 86:11
**damage** 96:11
**damaging** 90:13 91:1
**damn** 25:1 36:20
**dance** 97:22
**dancing** 96:25
**danger** 28:18
**dangerous** 80:7
**Dani** 4:16 5:2,13 70:20,22 71:2 72:4,18 73:1,8,22 74:2,5 75:6, 18 76:17,21 77:1,7,11 79:4,8,17 80:15 81:21 121:10 122:9,16 141:25 143:10,16 145:1,4
**Dani's** 76:11
**DANIEL** 58:8 76:3 83:7 118:10 141:14 143:15
**Danielle** 70:21 72:3 76:12 78:3 121:9,13 145:3,4
**dare** 2:15,20 20:17 98:15 106:17
**dark** 98:24
**dark-skinned** 42:3
**darkness** 142:20
**Darling** 3:16 52:18
**date** 34:24
**David** 35:24 36:1,2,3 109:6
**Dawn** 14:17 15:7,11 22:12 36:10 44:5,18

63:22 67:4,9 70:15 126:23
**day** 9:10,22 18:12 21:3 25:12 38:17 40:3,11 44:8 45:17 55:21 57:14 58:11,14 59:23 69:19 73:1 76:8 84:18 108:2 112:15 119:1 122:12 127:2 134:10 142:10 143:7
**days** 50:9 110:13 120:5 127:23
**dead** 14:19 30:13 68:7 70:20 80:24 83:6 85:21
**dead-end** 116:17
**deadly** 88:7,10
**deal** 12:2 120:24 133:25
**dealing** 40:13 72:23
**dealt** 95:13
**death** 82:8 115:15 116:18
**deathly** 26:19
**decades** 95:24
**deceiving** 105:13
**December** 138:21
**decide** 77:2
**decided** 77:23 111:7 128:2 129:22 137:14
**decision** 33:21 59:3 78:7,8 109:24 134:9 145:3
**decline** 136:7
**deep** 7:21 107:18
**deeper** 104:12
**defeated** 7:22
**defeatist** 2:5 106:8
**definite** 114:8
**definition** 19:24,25 20:1
**DEGENERES** 36:12,15,18
**degree** 81:9
**deliberate** 131:9
**deliver** 45:12 133:19, 25
**demand** 78:12 132:20
**demanded** 60:23
**demanding** 60:22 67:19
**demeaning** 94:25
**dentist** 73:3,5,23 76:13
**dentist's** 75:6
**depends** 33:20
**depleting** 101:18 109:15
**DEPRISE** 72:15
**deranged** 30:25
**deserve** 136:21
**deserved** 101:6
**deserves** 115:5
**designed** 36:24
**designer** 103:17
**designer's** 54:13
**designers** 122:23
**desires** 60:15
**desperation** 135:24
**destiny** 105:23
**determined** 140:17
**devastated** 33:23
**devastating** 59:8
**develop** 145:10
**developed** 92:22 95:16
**DIANA** 82:6
**dick** 28:2
**Dickinson** 4:3 29:19,23 30:5,6,12,19, 24 31:3,11,13,17 38:5, 11 44:15 47:7,11,14 48:1,4,7,9,15,21 54:23 88:20 89:18,24 90:3 103:20
**dictionary** 65:24
**die** 57:17
**diet** 31:5 93:6,7
**differences** 9:14
**differently** 9:3 40:23 122:16 142:21
**difficult** 42:22 51:25 56:19 58:6 84:2 92:21 106:22 130:23 133:3
**dignity** 131:8
**dinner** 56:2 64:15
**Dionne** 3:22 4:23 81:23 82:9,11,22,25 117:2,4 118:5,13,20 119:21 141:16 143:19
**dip** 127:11
**direct** 26:24
**direction** 128:3 134:21
**directly** 120:9 132:9
**director** 12:22 72:13
**dirty** 38:12 90:2
**disappointed** 2:3 105:7,16,19,22 110:15 142:9
**disappointing** 39:19 131:3
**disappointment** 39:3
**disaster** 81:8
**disclose** 118:9
**discovered** 35:1
**discriminated** 94:9
**discuss** 109:25
**discussed** 103:9
**discussion** 99:7
**discussions** 92:19
**disguise** 89:19
**disorder** 31:25
**disordered** 95:23
**disorders** 92:12 95:16
**dissolving** 145:1
**disturbing** 59:21 116:14
**diva** 12:1 16:9 30:14 120:17
**diverse** 19:25
**diversity** 20:1
**divine** 53:18
**division** 121:2
**doctor** 62:8,9
**doctor's** 73:20
**document** 58:17
**documentary** 58:11
**DODDS** 3:17 4:20
**dog-eat-dog** 118:17
**dollar** 6:17 124:1
**dominating** 8:20
**Donna** 64:5
**donut** 88:22
**door** 3:8 8:25 120:16 121:8 141:23
**doorknobs** 41:7
**doors** 14:4 79:18 119:7 123:9,19
**dorm** 7:9
**double** 84:20 94:12 130:16
**DOUCETTE** 80:24
**downtown** 34:10
**drain** 104:10
**drama** 36:8 59:11 80:9 81:19 126:5 131:10,11
**dramatically** 136:6

**dream** 16:18 18:12 21:14,25 34:2,3 54:13 117:1 124:3
**dreams** 3:4
**dress** 4:10 88:1
**drinking** 56:5
**drinks** 9:18
**driver** 55:19
**driving** 47:18
**drool** 114:11
**drugs** 82:16
**drunk** 56:13
**duckling** 51:11
**Dude** 71:12
**due** 11:15
**dumb** 70:3,4
**dumpy** 88:19
**dust** 16:12
**dyed** 48:22
**dying** 80:15

E

**Eagle** 71:23
**ear** 60:7
**early** 6:25 54:7 123:1
**easily** 95:11
**East** 86:18
**easy** 11:18 76:19 85:1
**eat** 50:16 68:10 69:3 80:20 81:5 93:3 118:18
**eaten** 32:22,23 56:9 90:15
**eating** 31:25 90:14,15 91:22 92:12,25 95:16, 23
**eats** 90:10
**Ebony** 9:2 18:3,17,25 19:11,12,16 21:22 24:20 28:3,8,14,23 29:5 32:24 34:12 37:15 38:18,25 39:2,10,15,17 40:1,13,22 41:8,13,22, 23 42:1,2,6,16,19,23 43:2,15 142:5 143:21
**Ebony's** 28:6
**ED** 95:23
**Eden** 51:1
**edit** 42:5
**editing** 35:4 90:14
**editor** 62:23
**editorial** 54:11
**Egypt** 86:20
**Egyptian** 86:12,13
**elaborate** 137:20
**elephant** 89:8,9
**Eleven** 127:24
**eliminated** 23:6 29:11 42:23 116:6 117:4,9 118:8,15 129:1
**elimination** 29:13 63:13
**Eliminations** 29:9
**ELINA** 115:2
**Elite** 121:1
**ELLEN** 36:12,15,18
**ELSA** 65:15
**ELYSE** 32:2 37:21 41:2
**email** 110:9,15
**emergency** 80:11
**emotional** 18:11 21:6 139:2
**emotionally** 116:20
**empire** 124:1 136:12
**empower** 100:18
**empowering** 4:16 100:22
**end** 24:3 28:19 39:18 40:3 48:11 54:2 56:25 63:22 75:7 76:8 96:20 102:1 118:3 137:13 142:10 145:15
**ended** 35:13 52:9 70:10 82:16 121:4 137:22,25 144:9
**energy** 19:20 121:22
**English** 49:8 50:12
**enjoying** 90:23
**enlightened** 136:19
**enormous** 24:14
**entertaining** 109:1, 2
**entertainment** 138:7
**entire** 72:5 90:1 133:11 137:22
**envy** 88:6
**episode** 35:13 38:22 104:21 111:13 135:8
**episodes** 114:24
**Eric** 45:15 60:24 61:7, 11,15,17 62:13,18 125:23 126:1,3
**Erin** 86:10,12
**essentially** 78:12 85:8
**establishing** 22:19
**estate** 144:5
**ethic** 133:6
**ethics** 116:12
**ethnicities** 4:13 84:15
**Eva** 120:17
**evaluated** 23:6
**evaluations** 103:11
**EVANS** 4:16 5:2,13 70:20,22 71:2 72:4,18 73:1,8,22 74:2,5 75:6, 18 76:17,21 77:1,7,11 79:4,17 80:15 81:21 121:10 122:9 141:25 143:10,16 145:1
**evening** 58:20 64:14
**eventually** 121:4 138:1
**everybody's** 21:24 60:13 117:19
**everyone's** 44:5 53:12
**Everything's** 51:21
**evolve** 143:8
**evolved** 101:12 108:20
**exact** 32:16
**exaggerate** 78:20
**exchange** 110:16
**excited** 16:21 21:8 34:3,18 38:23 56:4 133:17
**excitement** 13:1 51:5
**exclusively** 135:4
**Excuse** 37:20
**excused** 84:9
**executives** 101:4
**exercise** 31:5
**exist** 93:13
**existence** 133:20
**exists** 31:20
**exiting** 117:24
**exotic** 6:3 18:8 86:16
**expect** 21:23
**expected** 101:13 108:21
**expendable** 128:22
**expense** 79:20
**expensive** 114:6
**experience** 22:13, 14 46:6 53:15
**experienced** 106:22
**experiences** 122:19

**experts** 130:3
**explain** 52:7
**explained** 10:20
**explaining** 134:9
**explanation** 5:12
**exploitation** 4:9
**exposed** 89:11
**expressing** 12:12, 13 28:12 110:9
**expression** 27:13
**extensions** 25:15
**extent** 89:12
**extra** 39:1 72:24
**extraordinaire** 12:1
**extraordinary** 83:5
**extremely** 2:2 30:10 35:10 105:7 111:14
**eye** 27:13 50:23
**eyes** 23:1 66:2 76:1 106:25 136:13 140:7

**F**

**Fabrizio** 8:5
**fabulous** 38:22 39:17 41:1 54:13 75:20 88:18
**face** 15:9 18:25 22:10 31:6 37:7 48:22 69:23 83:5 84:18 85:9 87:3 91:18 126:3 128:9 132:5 136:20
**faces** 66:22 98:15
**fact** 19:11 32:25 86:8 99:17 116:8
**Factor** 67:15
**fail** 8:11 102:19 103:22
**failing** 102:19
**fair** 63:21 119:11
**fairytale** 36:6
**fake** 71:11
**fall** 14:14 47:3 79:23 135:1
**family** 51:25 52:7,25 107:14 131:2 133:17
**famous** 21:5 65:21 120:7
**fan** 136:2
**fans** 53:18
**farm** 144:23
**fashion** 9:9 12:8,20 13:5 23:23 24:10 32:17 49:2,8,11,14 86:23 87:3 91:4,18 94:1 100:2 101:11 103:24 108:17 133:23 138:13,14 141:9
**fast** 19:19 142:3
**fat** 3:25 31:11 32:6 87:20 91:11 92:4 93:1 94:2,15 96:8 128:18
**fat-shaming** 91:14
**FATIMA** 114:4
**favorite** 6:7,11 26:23 55:4 69:22 135:14
**fawn** 25:17
**fear** 67:15 111:1
**fears** 69:12
**feats** 69:16
**feed** 27:14
**feedback** 55:7
**feel** 5:19 7:11,21,22 21:9 28:12 37:13 40:17 47:24 51:17,20,21 55:25 57:12 64:12 68:12,16 69:11 73:17 83:3 86:16 92:8 94:23 95:5 96:22 98:13,24 101:8 102:23 108:6 114:25 130:22 131:18, 21 139:10 141:12,25
**feeling** 9:15 19:20 21:7 26:14 38:14 85:15 98:8 105:3 107:19
**feelings** 52:8
**feels** 98:5 134:2
**felt** 3:4,6 13:8 19:6 39:3 42:9,10 48:12 51:22 52:15 62:16 72:1 76:10 87:11 90:1,2 94:13 95:3 97:25 99:16 100:22 104:2 108:16 113:7 114:9 118:16 124:8 131:3 133:10 136:12 145:5
**female** 2:24 3:18,24 4:1,7,21 5:6,11,15,17, 22 6:2,6,8,16,25 7:3,7 8:14,17 11:17 17:3 19:8 20:5,25 22:21,23 23:4 24:15 25:6 26:6,9 28:22 29:10 30:8,15 37:24 38:12 39:9,12,14 41:21, 25 42:2 44:10,12 46:16 49:24 55:17 56:7 57:5, 18 59:13,15 63:9,11,20 65:16 66:3,8,9,13,20, 21,23,25 68:15,19 69:9 78:9,11,13,24 79:2 80:11,14 81:12,14,16, 18 83:24 85:20,22,24 86:4,7,14 94:3,7,15 95:7,19,22,25 96:6,8, 10,12 97:12 99:3 100:5 102:6 111:22 112:2,9 113:4 114:1,10 116:7 117:21 118:25 119:6,12 126:13,16,20 130:2 138:3,12 141:9 142:15, 17
**feminine** 100:12
**fence** 123:11
**fend** 97:17
**Ferry** 8:5
**fetal** 61:25
**fide** 30:17
**fierce** 3:10,12 25:9 34:14 39:23 133:15 134:23
**fight** 9:9 60:14 102:22 121:3
**fighting** 32:25
**fights** 36:7
**figure** 40:2 67:5 100:9 118:24
**file** 56:25 57:1 102:2
**Filled** 103:16
**film** 61:8 62:3,17
**filmed** 34:5 56:18 59:18 62:13 117:23
**filming** 5:4 61:24 62:5 93:17 94:12 102:9
**filter** 31:2
**final** 20:2 113:20
**finally** 51:22 121:6 122:13 127:7
**find** 14:19 88:25 95:4
**fine** 53:17 61:9
**fire** 60:9 135:17
**fired** 127:22 130:2,5 131:14,17
**fish** 37:10 70:19,20,24 71:1
**fishing** 128:15
**fit** 91:19 94:19 95:2
**fix** 40:2 76:5,10 111:7 133:12
**fixed** 76:6
**flabbergasted** 63:16
**flagship** 141:10
**flame** 126:21
**flat** 79:23
**flight** 42:25
**Flirt** 60:4
**flirting** 99:15
**flirty** 97:7
**flooded** 57:16
**floor** 46:12 61:25 81:24
**Florida** 93:14
**flow** 98:20

**flowers** 33:24,25 127:21 131:22
**flying** 69:2
**focus** 42:22
**fold** 27:14
**follow** 58:24
**food** 21:14
**foot** 53:17
**footage** 62:20
**forcing** 78:10
**Ford** 121:21
**forever** 3:5 24:8 38:15 61:21
**forget** 17:22 34:15 36:4 50:5 69:17 124:13 127:9
**forgetting** 42:8
**forgot** 27:11 28:18
**format** 10:22
**forward** 42:17 114:23 117:3 131:7
**found** 20:24 28:6,15 36:3 37:9 95:15
**fourth** 46:12
**Fox** 13:20
**frankly** 70:1
**freaking** 15:16 35:16 134:17
**free** 71:13
**free-for-all** 71:3
**French** 103:17
**Fresh** 8:16
**friend** 4:19 64:17 86:1 133:22
**friends** 107:14
**front** 30:3 33:4 68:18 74:3 75:12 79:16 98:22 105:5 124:19 129:2
**frustrating** 39:6 94:8
**fuck** 57:15 85:20 144:16
**fucked** 76:8 123:24
**fucking** 24:18 57:16,25 62:18 71:3,10 79:17 117:5 121:2 123:14,15
**fulfilling** 144:20
**full** 7:18 39:3 83:19
**full-figured** 32:15
**fun** 27:2 52:21 55:21 56:3 87:18 100:14 104:6 126:4
**funk** 46:13
**funniest** 69:5
**Funnily** 83:9
**funny** 13:6 24:18,19 50:22 68:23 108:12
**future** 53:16

## G

**gain** 15:15 92:10
**gained** 90:7 91:23 92:16
**gaining** 64:12 90:17
**GAL** 101:19
**GALLAND** 52:19,24
**game** 77:24 103:25 116:21
**gap** 72:16,20,21 73:6 74:4,5,6,8 76:13,16,24 77:3,5,16,18,24 78:3,6,19,25 79:5,18 133:13
**Garden** 50:25
**gatekeepers** 120:10
**gave** 13:9 42:25 49:9 54:8 55:2 88:8
**gay** 3:15 26:13 27:20 28:10,15 38:20 42:4
**generation** 6:19
**genius** 26:11
**Germany's** 65:14
**GIBBONS** 59:10,20,23 60:6 69:6,11 73:17 78:15,18 80:2,6,12,16 82:4,8 85:4,8 86:1,22 91:6,12 103:12,16,21 104:20,24 116:12 124:5 134:25 135:6,11,17,23 136:12,23 137:10 142:19
**gimmicks** 135:12
**giraffe** 89:5,6
**girdle** 48:16
**girl** 2:13,18 4:5,6,23 12:14 17:11 18:9 19:11,14 20:11,12 21:8 33:7,13 34:13 39:24 40:8,23 43:11,12 55:4 60:4 62:11 64:17 71:1,13 72:6 74:10 75:2 76:24 79:5 80:7 85:14 86:2 90:7 101:16 102:18,20 103:6 105:2 106:1,14 107:11,17 111:23 112:1 114:3 116:6 128:5 132:12 136:18 143:10,17
**girl's** 59:24 60:11 79:5 124:3
**girl-next-door** 18:8
**girlfriend** 28:4 64:19
**girls** 3:18,25 7:17 9:5 10:23 16:8 19:7 21:16 22:2 24:16 26:8,25 38:12 43:5,18 46:21 51:24 52:2 58:11,19 66:13,21,23 69:19 71:12 73:19 80:2 81:25 84:11,19 85:2 86:14 87:8,24 92:22 96:5,22 103:12,20 104:4,24 106:6 107:14 108:14 109:8 113:1,21 114:20 116:14,15,25 119:3 120:14 122:7,15 124:6 126:8 127:24 135:4 142:2,4
**girls'** 69:12
**Giselle** 3:6 7:4 20:24 21:1,4,20 23:10,19 24:24 25:24,25 26:1 27:10 29:8,12 34:4,18 37:5,9,12,19,21,24,25 38:1,6,8,13 41:4,10 42:16,17 43:8 66:1 144:5
**give** 8:13 17:24 60:24 97:8,11 109:3 128:12
**giving** 39:18 104:11 106:7 116:7
**glad** 83:2 139:22,24
**glamorous** 16:14 24:11 50:2
**glamour** 45:21 102:17
**glasses** 54:15 87:22 103:2
**globally** 65:7
**gluttony** 88:5,8,9,19 89:9
**go-sees** 22:22 55:15
**goal** 85:22
**gobsmacked** 75:8 109:10
**god** 7:19 11:24 12:25 13:1 21:7,20 29:3 32:24 33:15 34:14 35:10 41:14 42:11 45:11 47:1 50:10 61:17 64:18 67:3 68:3,4 74:9 75:8,13,20 94:2 111:1,14,16 112:2 121:11 130:4
**God's** 145:8
**godfather** 12:1
**godfathers** 10:12
**goings** 60:8
**good** 4:24 5:14 23:2 24:22 43:13 47:12 49:5 51:20 58:15 63:6,8 69:25 70:16,17 72:1 78:5 79:20 89:13 93:19,23 99:10 107:16 109:5 113:17 114:25 115:5 116:13 139:25 142:1
**good-looking** 50:15

**goodbye** 104:15,16
**goodness** 47:2 51:7
**goofed** 104:5
**gorgeous** 31:6 42:1
**gosh** 17:14 21:18 23:10 29:22 32:9 71:21
**gotta** 30:8,9 31:3 48:1 58:1 102:19 123:22,23 134:22,23,24 140:23,24
**gown** 54:15
**gowns** 54:12
**grabbed** 103:4 144:4
**grabbing** 97:25 99:18,20
**grabs** 132:11
**grace** 131:7 145:8
**graduated** 71:7
**graduating** 135:21
**grandbaby** 18:17
**grandmother** 18:16 105:9
**grateful** 13:13
**gratitude** 110:9
**gray** 27:17
**grease** 41:2
**great** 11:5 18:6,17 19:12 37:10 78:5 79:21 83:4 101:20 115:9 139:18 143:23
**greatest** 49:13
**greedy** 88:9
**Greek** 126:22
**green** 27:17
**grew** 18:14 46:18 71:4 84:7
**grinded** 75:12
**grinding** 99:16
**groaned** 25:25
**group** 73:2 144:7
**grow** 67:12 107:3
**growing** 38:7 45:14 63:25 131:1
**grown** 53:7,8 76:9
**growth** 16:17
**guarantee** 14:17
**guard** 136:5
**guess** 4:24 76:23 112:3
**guessing** 15:14
**guidance** 11:19 118:24
**guise** 60:9
**gums** 74:2
**gun** 82:19
**gut** 89:18
**guy** 11:10,11 20:3 56:12 58:22 60:1 61:24 62:14 73:23 82:14
**guy's** 50:5,6
**guys** 20:8 22:16 25:7,8 26:10 32:19 51:2 55:25 56:2 58:20 67:19,24 68:17,20 72:25 80:10 81:21 96:25 97:19 105:5 115:18 122:1 125:17,21 131:15 143:5

**H**

**H2t** 134:22
**habits** 92:23
**hair** 16:16 25:15 26:2 38:25 39:5,21 40:2 48:22 51:14 54:15 73:19 108:15 114:1 139:20
**HAITH** 9:2 18:3 19:11 21:22 24:20 28:3,8,14,23 29:5 32:24 34:12 37:15 38:18 39:2,10,15 40:1,22 41:8,13 42:6,23 43:15 142:5 143:21
**half** 49:7 106:6
**hammered** 57:7
**hand** 82:2 137:6
**handed** 123:3
**handle** 79:13 84:10 99:24 100:6
**handled** 39:18
**hands** 35:25 41:6 54:17 127:25
**hands-down** 55:3
**hang** 72:20 143:13
**hanging** 58:20 67:24 88:22 133:23
**happen** 71:22 79:11 81:13 100:25 110:18 111:9 113:25
**happened** 55:13 57:15,24 60:21 61:10 63:1,3 64:4 65:21 79:8,16 99:8 101:14 103:8 113:10 117:23 124:10,16 131:19 137:19
**happening** 4:14 40:24 57:12,13 71:25 73:9 77:14 84:14 106:20
**happy** 21:9 28:23 36:14 43:24 73:9 127:22 139:13
**harassment** 100:4
**hard** 7:10 41:21 42:21 64:2 72:9 75:23 79:9 85:24 90:22 115:4 122:17 140:10 142:4,17 144:20
**hardest** 40:21 121:25 133:19
**Harlem** 18:4,15 40:8
**Harlow** 120:20
**harsh** 31:20 41:24
**Harvard** 135:22
**hate** 5:18 25:20,21 87:1 89:16 91:16 114:17 120:22 126:4
**hated** 29:21 144:7
**head** 24:2 39:5 42:4 62:22 68:24 82:10 84:24 85:12,24 100:14 127:7,12
**headlines** 131:16
**headshot** 34:23
**health** 80:3 81:15
**healthy** 93:15
**hear** 14:22 43:4 86:7
**heard** 5:20 15:8 45:19 52:1 107:1 131:9 134:5
**hearing** 55:6 98:9
**heart** 17:18 42:13 43:7 102:21
**heart-to-heart** 110:17
**heartbreaking** 53:2 69:23
**hearts** 127:17
**Heathen** 35:24
**HEATHER** 81:6 93:1
**heavy** 85:5
**heck** 95:21 100:15
**heels** 12:4 47:2 144:3
**Heidi** 7:4 65:14
**height** 3:1 31:24
**held** 139:14
**hell** 20:14 27:25 68:23 70:4 86:3 96:4 107:2,21 123:17
**helping** 101:11 108:18 145:9
**Heroin** 7:2
**HERSLEY** 78:22
**hey** 9:20 11:24 19:7 26:8 58:9 100:9 102:15 109:4 111:18,23 113:16,21 118:8,11 145:11
**hideous** 70:9

**high** 12:4 42:9 52:9 66:6 67:11 69:14 71:7 82:9
**high-fashion** 116:8
**highest** 89:12
**HILL** 8:19 87:4,11,17, 21 88:2,7,15,24 89:10, 25 90:13,22 95:15 96:15 97:1,5,9,14,21 98:8,12,19,22 99:14 117:12 118:2 119:15 143:13 145:9
**hindsight** 79:14 88:25 142:18
**hire** 43:12 119:8
**Hispanic** 20:11
**history** 40:16 84:8 103:9
**hit** 6:1 9:10 14:20 36:8 45:12 50:17 57:16 135:21
**hits** 136:22
**hitting** 97:3
**hmm** 16:18 132:1
**hold** 88:13
**hole** 67:24
**Hollywood** 20:11 34:8
**holy** 57:14
**home** 7:21 10:7,25 26:20 34:5 52:3,8 53:9 60:5,21,22,25 71:5 77:5,16,17,20,22 101:21 104:9,24 111:11 114:5 118:2,21 122:12 128:7 143:25
**homeless** 4:10 69:18,19
**hometown** 71:16
**honest** 60:18
**honestly** 79:22 111:5 128:10
**honey** 48:21 61:17
**hoochie-tooch** 136:16
**hooked** 36:12
**hope** 98:25
**hoped** 28:16
**hopefuls** 119:1
**hoping** 83:3
**horrible** 16:11 40:1 70:8 83:8
**horrific** 74:10
**horrifying** 139:8
**hospital** 138:23 139:4 140:5
**host** 137:2,9
**hot** 19:6 36:7 50:5,6 56:10,11 57:23 81:4 96:25
**hotel** 9:18 22:2 81:24 117:25
**hour** 28:4
**hours** 22:23 75:7
**house** 47:21,22 55:23 60:8 77:11 92:24 93:3 126:6 128:6
**housecleaning** 130:8
**How's** 70:21 93:22
**hug** 53:1 61:19
**huge** 3:17 31:13 34:9 43:23 92:18 120:19 138:13
**humanity** 5:16
**humiliate** 71:12 108:10
**humiliating** 104:13
**hundreds** 51:3
**Hung** 144:3
**hungry** 80:22 88:9
**hurt** 7:16 60:3 105:14
**hurtful** 129:18
**hurts** 7:21 44:12
**husband** 35:24
**hustling** 102:17
**Hutton** 78:21
**hydrated** 80:17
**hypothermia** 4:24 81:12

**I**

**ice** 141:10 144:10,11, 13,16
**icon** 138:16 141:9
**Iconic** 30:4
**idea** 2:20 9:10 10:9 11:22 13:1 15:13,21 46:9 47:3 49:21 72:9 78:5 90:24 107:2 112:21 123:14,15 141:13
**ideal** 2:25 3:1 7:2 93:16
**ideals** 86:23
**ideas** 69:25 141:7
**ideologies** 86:24
**idiot** 83:23
**Idol** 10:5,8
**ifs** 77:19
**Ignite** 126:21
**ill** 26:19
**imagine** 132:23 134:1 139:11
**Iman** 35:23 122:10
**IMG** 34:1
**immaturity** 37:18
**immediately** 35:14 77:12 128:6
**impact** 145:7
**impacted** 142:8
**impacts** 70:8
**implication** 128:19
**importance** 18:20
**important** 6:23 62:24 110:6 136:14 143:4
**improvement** 144:1
**improvise** 82:24
**inappropriate** 39:22 68:22
**inception** 131:6
**incorrectly** 39:22
**Indian** 86:18
**individual** 100:7 103:11
**industry** 8:20 9:9 10:9 24:3 30:19 31:21 32:12 49:15 54:5 86:4,5 87:3 91:18 100:2 101:12 108:18 119:20 122:1 123:3 138:7 145:2,5
**industry's** 86:23 91:4
**inevitably** 80:7
**infamous** 72:21
**influencer** 120:7
**influencers** 120:5
**influential** 72:11
**information** 100:19, 23 118:9
**initial** 132:25
**Initially** 116:1
**initiative** 82:23
**ink** 15:3
**inklings** 112:19
**innocence** 42:10
**insane** 74:23 75:17 78:11 79:3
**insatiable** 63:23
**insecure** 37:10
**insensitivity** 96:18

**inserts** 24:13
**inside** 87:10 106:10 107:18
**inspired** 69:18 138:5
**instantly** 50:1
**insulting** 112:25
**intense** 35:21 74:20
**intentional** 89:11
**intentions** 141:25
**interaction** 121:24
**interested** 43:9 132:3
**interesting** 97:5
**interview** 8:4 101:23 131:14 140:7
**interviews** 108:5
**intimidated** 104:15
**intuitive** 52:20
**invasive** 78:2
**invited** 124:11
**involved** 82:19
**irony** 78:15
**irresponsible** 92:19
**irritated** 40:14
**Isis** 120:18
**issue** 76:7 79:8 86:19 88:3 98:7 112:20
**issues** 18:11 76:7 100:3
**Italian** 54:16 59:8
**IVANOVA** 115:2
**IVS** 81:10

**J**

**J's** 26:23 50:17
**Jackson** 63:2
**JADE** 4:18 115:18,22
**Janet** 63:2
**Janice** 4:3 29:19,23 30:5,6,10,12,19,22,24 31:3,11,13,17,19 38:5,11 44:15 47:7,10,11,14 48:1,4,7,9,15,17,21,23 54:23 88:20 89:18,24 90:3 103:20
**January** 45:7
**Jay** 3:10,11 4:12 5:9 12:6,21,23 13:13,17,21,25 14:3,6 22:1,18 24:9,17 26:4,8,10,11,14,18 27:11,19 29:2 30:10,16 31:19 34:17 35:7,13,17,22 36:3 39:16 41:19 44:7 47:9,15 48:5,8,10,17,23 49:3,22 50:1,3,7,11,14 54:1,7,14,18 58:19 62:6 63:1 64:11,22 65:1,5 67:11,21 68:5,6 70:5,18 71:1 72:23 73:5 75:8 79:22 80:10 81:25 83:13,18 84:1 85:6 87:6 88:5,13 89:4,6 90:17,20 92:8,16 96:24 98:7,11,17 99:6 101:7,17,24 103:4,8 104:25 105:3 106:21 107:5,23 108:11 109:10 110:1,4 111:12,24 112:3,5,6,8,11,22,24 113:3,6,10,12,16 114:8,13 115:3 116:1,10 117:23 118:14 120:11 126:18,22 127:17 128:1,8,17 129:4,7,9,11,14 130:7,10,20 131:5 132:8,11,24 133:7,10,16 134:12 136:3 137:24 138:5 139:4,10,20 140:1,11,20,23
**jealous** 82:14
**JEFF** 72:10
**JENAH** 80:24
**JENASCIA** 46:11
**Jesus** 72:22
**Jesus'** 69:16
**JIMMY** 36:24 37:3 44:20,22
**Joanie** 3:17 4:20 68:4 71:19,20 73:3,11 74:9,10,12,14,22,24 75:3,11,16,21 76:4 92:3 115:16 141:18 143:25
**job** 71:23 84:12,20 92:1 100:10 101:22 113:17,23 115:6 116:17 117:19
**Jodi** 74:20
**Joe** 6:3
**John** 31:22 32:1,3
**joined** 144:7
**joint** 129:19
**joke** 2:3 5:17 105:7,11 121:3
**JONES** 95:4
**journey** 10:15 53:5 140:1,8
**joy** 6:9 73:10
**Js** 64:20
**judge** 49:4 136:1
**judges** 11:6 29:20 40:9 42:7 46:20 55:7 90:10 95:18 114:17 130:6 131:17
**judging** 22:3 23:5 29:21 48:19 60:14 84:11 99:6 136:2
**juice** 70:25 71:1
**July** 121:19
**jump** 103:1 113:1 135:12
**jumped** 106:19
**Justin** 63:2
**juxtaposition** 94:1

**K**

**KAHLEN** 90:9 103:18
**Kahlua** 64:9
**Kaiceey** 64:9
**Kansas** 46:7
**Kardashians** 135:16
**Karl** 93:6
**Keenyah** 8:19 84:22 87:4,11,17,21 88:2,7,15,24 89:7,10,16,22,25 90:3,4,6,9,13,22 91:15 95:15 96:15 97:1,4,5,9,12,14,21 98:8,12,19,22 99:9,14 101:3 117:11,12 118:2 119:15 143:13 145:9
**Kelly** 10:5,7
**Ken** 9:18,19 10:11,12,14,18,23 11:4 12:5,19 13:15,19 16:24 17:10 18:24 19:22 20:10,15,20 22:6 24:1 25:3 30:14,22 31:2 34:9 45:11 46:17 49:19 51:24 53:2 58:10 62:19,22 63:6 64:4 66:11,18 67:2 74:20 75:13,17 81:8,20 83:19 106:23 109:7 114:14 116:19 119:24 120:8 126:23 127:12 132:17 133:25 134:8,10 136:25 137:6,8,12
**KESSE** 16:9
**key** 11:4
**keys** 143:16,17
**kid** 52:16 59:12 82:11 95:25 142:21
**kids** 64:17
**killed** 83:17
**killing** 117:22
**KIMMEL** 36:24 37:3 44:20,22
**KIMORA** 33:10 41:23
**kind** 7:10,16 18:10 26:3 28:14 30:6 31:4 38:5,11 46:13 56:14 64:11,13 68:16 74:14 82:2 87:13 88:25 90:2 95:2 100:1,21 106:7

108:15 109:3,15 110:11 114:11 115:12 118:14 121:2 122:1 124:6 131:1,25 132:4 135:17, 24 137:13 138:6
**King** 26:21 135:9
**kiss** 91:11
**kitchen** 68:1
**Klum** 7:4 65:14
**knee** 132:11
**knew** 5:2 11:4 12:14, 15 18:5,6 21:22 25:12 38:18 43:3 47:24 54:9 57:12 62:4 63:22 71:8 79:19 82:17 88:16 89:10 101:4 107:18 109:25 110:7 114:14 123:1,8,20 134:7 137:24
**knock** 100:13
**knocked** 8:11
**knocking** 119:7
**knowing** 96:16
**Korean** 84:23
**Kutcher** 135:10
**KUZMICH** 81:6

## L

**L30_640x480_400mb_aac_64kbps_hd_2613674** 57:4
**LA** 12:24 34:5,10 47:21
**lack** 116:12
**Lacroix** 103:14,15
**ladies** 49:23 50:13 99:2
**Lagerfeld** 93:7
**Lama** 86:11
**landed** 29:23
**Lankan** 49:6,7
**Latina** 20:11
**Latino** 20:12
**laugh** 46:3 105:12 112:13 140:8
**laughing** 39:5 46:4
**launched** 8:15 16:5 141:9
**Laura** 119:7
**Lauren** 78:21
**lawyer** 74:18
**lawyers** 108:4
**laxatives** 32:22
**laying** 61:25 133:23
**lead** 67:22
**leading** 144:19
**leads** 59:8
**leak** 130:4,10,12
**lean** 135:11
**leaned** 112:5
**leaning** 32:21
**learn** 47:8 68:20 106:24 107:4 114:15
**learned** 84:3 112:13 145:7
**leave** 39:9 62:1 101:25 109:16 129:15
**leaving** 52:11,13 136:3
**ledge** 67:24
**LEE** 33:10 41:23
**left** 33:18 38:14 52:8 76:23 118:14 126:23
**legally** 132:17
**legend** 138:13
**legitimate** 30:17
**legs** 12:5 99:19
**length** 26:3
**lens** 6:22 59:21 86:19 140:24 142:23
**Les** 20:3,7,15,20
**lesbian** 28:6,11
**lesson** 22:18
**level** 59:11 68:9 96:15 123:4
**LEVI** 91:23 92:2
**life** 2:12,18 3:5 15:21 21:13 24:8,25 33:19 34:1 46:7 47:6 49:10 52:6,14 53:4,9,11 56:7 72:5 77:25 81:22 101:15 103:6 104:2 106:14 110:12 116:15, 18 119:10,19 121:11,12 133:24 137:5,21 138:6 141:7 144:2,12 145:3,7
**light** 3:2 129:6,7
**lightest** 32:2
**lightheaded** 68:18
**lightly** 109:24
**lights** 105:10
**limbs** 55:1
**limit** 81:7
**limitations** 84:13
**limits** 67:17
**lines** 108:1 115:23
**lips** 7:18
**listen** 9:20 27:16 119:2
**literally** 27:14 42:24 99:18 106:19 107:6 121:13 125:6
**LITTIG** 93:21,23
**live** 93:5 130:17 132:17 141:11 144:23
**lived** 91:5 122:9 123:2
**lives** 16:4 19:10
**living** 7:9 10:23 21:15 22:2 138:19 144:23
**LIZ** 8:3
**local** 59:7
**location** 54:10
**logging** 137:11
**loincloth** 97:23
**LONDON** 91:23 92:2
**long** 14:13 30:20 52:16 54:25 55:21,22 114:11 139:21 140:8 142:8,13
**longer** 33:6 113:17
**longest** 110:13
**looked** 7:3 49:15 54:14 56:12 64:22 78:5 80:24 86:16 93:19 133:13
**LORCH** 72:10
**Lord** 44:10 72:22 74:22
**lose** 15:13 42:21 90:3, 4,5
**lost** 17:20 19:18 20:14 85:19 107:12 116:5 137:11 142:1
**lot** 4:8 6:18 7:24 12:11 13:7 19:22 22:13,14 35:17 36:8 43:4 47:20 51:24 52:1,20 57:11 67:5 73:18 79:15 86:7 87:23 89:17 92:5,16,22 94:13 96:12 100:3 103:17 107:23 116:15 124:22 132:21 134:25 142:19
**lots** 22:17
**lottery** 73:13 76:10
**loud** 46:1,2
**LOUSHY** 55:10 56:19,22 57:20 58:3 70:12 102:8,11 113:9, 13 122:6 124:10 140:25 144:13
**love** 6:8 18:20 19:4 30:22 32:24 41:19 63:11 66:8 74:5 78:17, 20 83:13 89:20 91:20 108:9 112:8 115:9 119:25 127:22 133:15 141:18 144:19

**loved** 17:10 27:10 52:15 85:16 108:7,8 144:24
**loves** 2:14 6:21 27:12 106:15
**lowest** 130:18
**Lucia** 110:19
**luckily** 50:23
**lucrative** 8:17
**lunch** 8:7 92:24
**Lupine** 25:8
**lust** 88:5

M

**Macy's** 66:12
**mad** 33:8
**made** 4:24 17:20 21:5,7 27:2 33:21 34:22 46:3,9 63:8 87:18 95:12 106:2 110:4 126:4 129:3,17 135:14 142:25
**magazine** 15:23,25
**mail** 29:8 83:24
**mailed** 34:25
**maintain** 67:12 92:1 138:16
**major** 13:18 51:1 54:6
**majority** 124:5
**make** 3:22 10:11 13:21 14:14 15:21 21:10 25:9 35:2 40:16,25 41:5,16 42:24 43:14 51:15 78:22 82:1 85:1 86:4,5 88:11,12,17,18 89:23 99:4 102:21 106:3 108:11 109:23 116:13 117:14 127:13 143:24 145:14
**makeover** 25:13 38:24 73:21 134:22
**makeovers** 73:18
**makes** 17:9 33:12 42:20 94:23 100:16 114:13 142:20
**makeup** 12:21 84:3 108:15 119:18
**making** 10:3,15 21:6 30:20 43:17 79:20 84:23 136:1 140:8
**male** 3:13,20 5:18 6:7,11,14 8:21 10:17 14:14 16:22 23:2 30:4 31:8,12,15 36:7 38:2,9 42:3 43:20,23,25 44:3 45:3 55:16,18 56:6 59:17 60:2 63:12,14,15,17,18 64:2 66:7 70:21 73:25 74:4,11,13 81:3 88:19 91:20 97:2,19,21 98:20 99:10,13,14 100:5 119:2 130:6 131:12,24 132:3,10 133:5,8,15 136:11,17 141:4 142:13
**mall** 71:23
**man** 6:2 20:10 24:20 50:23 60:3 113:15
**managed** 85:25
**management** 105:8 121:1
**manager** 34:25
**managers** 43:9
**Manhattan** 144:6
**MANNING** 28:6 39:24
**Manuel** 3:11 4:12 5:9 12:21,23 13:13,17,21,25 14:3,6 22:1,18 24:9,17 26:4,8,10,11,14,18 27:11,19 29:2 30:10,16 31:19 34:17 35:7,13,17,22 36:3 41:19 44:7 47:9,15 48:5,8,10,17,23 49:3,22 50:1,3,7,11,14 54:1,7,14,18 58:19 62:6 63:1 64:11,22 65:1,5 67:11,21 68:5,6 70:5,18 71:1 72:23 73:5 75:8 79:22 80:10 81:25 83:13,18 84:1 85:6 87:6 88:5,13 89:4,6 90:17,20 92:8,16 96:24 98:7,11,17 99:6 101:7,17,24 103:4,8 104:25 105:3 106:21 107:5,23 108:11 109:10 110:1,4 111:12,24 112:3,5,8,11,22 113:3,6,16 114:8,13 115:3 116:1,10 117:23 118:14 120:11 126:18,22 128:1,8,17 129:4,7,9,11,14 130:7,10,20 131:5 132:8,11,24 133:7,10,16 134:12 136:3 137:24 138:5 139:10,20 140:1,11,20,23
**map** 43:23
**Marie** 23:23 65:16
**MARIN** 54:13,17,20 107:9 108:3 120:4
**mark** 102:7 126:24
**market's** 32:15
**marketable** 76:20
**married** 17:15 82:15
**marry** 10:7 27:1
**massage** 97:11,12
**massages** 37:16
**masses** 64:13
**massive** 65:9 121:5
**master** 62:23
**mate** 139:24,25 140:10
**MATTEL** 4:10
**matter** 34:3 58:16 130:15 134:8
**mature** 127:13 142:3
**MAYA** 64:9
**mayhem** 66:25
**meaning** 134:5
**means** 136:22
**meant** 5:6,7 94:17
**measurements** 87:16
**measures** 87:14
**meat** 68:10
**medic** 80:10
**medical** 73:20
**medium** 136:20
**meet** 9:20 17:25 18:16 72:13
**meeting** 9:22
**meetings** 13:18
**Meltdown** 138:4
**members** 97:24
**memorable** 63:7
**men** 59:8
**mental** 83:1
**mentally** 4:22
**mention** 11:8
**mentor** 60:10
**mentored** 102:22
**mentors** 135:15
**Mercedes** 56:11
**mercenary** 128:21
**message** 91:13
**messed** 60:13
**messing** 100:20
**met** 28:15
**Mexico's** 65:15
**Michelle** 109:4
**microphone** 111:15
**middle** 66:17
**midnight** 108:13
**MIKE** 82:22 83:15
**Milan** 53:20 54:1 55:13,19 124:16
**Milano** 60:2
**Milk** 84:5
**milks** 80:8
**million** 65:7 136:22
**mind** 43:3 45:14 85:19 96:6 97:22 133:2 139:11

**minus** 88:1
**minute** 40:22
**mirror** 7:19
**mirrored** 122:19
**miserable** 75:24 125:9
**missed** 139:17
**mistake** 83:20
**mistakes** 106:2
**Mm-hmm** 126:15
**moaned** 25:24
**moaning** 98:9,11
**mocking** 105:4
**mod** 46:13
**model** 3:4,19 6:4 7:9 9:12,25 10:3,25 11:1,3, 22 13:23 15:16 16:5,14 21:17 22:16 23:9,13,14, 16,17,20 24:4 31:12,14 33:22 34:5,11,24 35:12 36:9 38:23 43:6,16 44:16 45:8,16,17,20 47:3 49:8 58:10,23 59:7,12 60:2 63:7,10, 13,14,16,19 64:10 65:13,14,15,23 66:8,15, 25 71:8,9,15 77:10 87:7 88:22 89:2 91:16 92:1, 9,11 94:25 96:2 99:15 100:5 103:9 108:24 116:20,22,24 117:24 119:4,13,16 120:4,22, 24 121:1,5,9,15,18 122:11,17 123:1,10 124:2,12 126:7,8,9 130:8,25 131:2,13 133:1,17 135:8 136:9, 21 137:7,12 138:10 141:15 142:16,20
**model's** 136:20
**modeling** 8:20 9:3 10:3,9,25 11:8 18:5 21:15 24:2,5 25:4 45:13 49:12 71:2,11 80:19 93:12 95:9 104:12 115:7 118:22 119:16,20 123:3 126:11,14 138:10
**models** 6:12 7:3,24 11:17 14:11 26:4 36:25 53:18 54:5 80:16 87:2 91:17 94:13 97:2,21 120:20 121:6 126:6 140:15,16 145:10
**models'** 121:20 122:4,10
**moisturizing** 41:3
**Mok** 9:18,19 10:11,14, 18,23 11:4 12:5,19 13:15,19 16:24 17:4,10 18:24 19:22 20:10,15, 20 21:24 22:7 24:1 25:3 30:14,22 31:2 34:9 45:11 46:17 51:24 53:2 58:10 62:19,23 63:6 64:4 66:11,18 67:2 74:20 75:13,17 81:8,20 83:19 106:23 116:19 119:24 120:8 126:23 127:12,18 136:25 137:6,8,12
**mold** 71:6
**mom** 17:16 21:2 35:10 49:6 52:1 74:17 77:12, 19 82:12,13,17 116:16
**moment** 17:21 22:9 32:21 38:15 39:16 56:18 59:18 64:7,24 67:2,7 72:5,6 83:7 98:1 102:8,10 106:22 107:17 109:6 111:17
**moments** 26:23 63:7 70:12 75:9 109:11
**mommy** 2:22 121:16
**money** 71:14
**monster** 67:3
**months** 16:3 34:4 122:4 138:20
**Moonves** 20:4,7,21
**mopeds** 56:1
**MOR** 55:10 56:19,22 57:20 58:3 70:12 102:8, 11 113:9,13 122:6 124:10 140:25 144:13
**morbidly** 16:10
**morning** 113:17 122:13
**mortifying** 68:8
**Moses** 128:14
**mother** 2:13 12:1 34:14 106:14
**mother's** 12:3 49:8
**motto** 11:14
**mountain** 15:12
**mouth** 70:22 74:6 75:4 76:16 79:5 88:23
**move** 14:22 110:11 117:6 118:23 119:11 131:7 140:6
**moved** 121:19,20 125:24
**movement** 99:13
**moves** 21:19
**moving** 52:13 72:2
**multi-million** 124:1
**multibillion** 6:17
**music** 13:4 97:20
**mutually** 137:14

**N**

**Nah** 113:11
**naked** 51:4
**named** 11:1,10 20:3 94:25
**names** 103:17
**nap** 83:16
**narrative** 6:16 41:17 89:1 90:1 91:2 120:12
**narrow** 91:5
**nasty** 91:10
**NATALIE** 101:19
**Natasha** 117:2
**national** 28:12 42:14 59:14
**nationwide** 16:6
**Native** 84:21 86:18
**natural** 27:12
**navigate** 37:13
**NBC** 13:19
**neck** 99:12,13
**needed** 25:12 48:24 61:3
**negative** 95:8
**nervous** 14:23 21:23 29:12 35:10,17 51:5 111:14
**network** 19:23 44:1 49:3 50:14 67:12 101:4 127:2,7,12 136:25
**networks** 14:3 20:6 35:19 50:18
**news** 81:11 131:15 133:19,25
**nice** 48:20 52:14 72:15 76:2
**Nick** 115:9
**Nick's** 115:11
**nickname** 18:9
**NICOLE** 26:16,24
**Nigel** 4:14 48:24,25 49:7,21,22,23,25 50:2, 8,12,13,21 54:4,25 65:6,10,17,22 66:5,16 69:24 78:3 83:4,9 90:19 99:23 104:17 106:18 112:19 114:6 115:11,20 117:7 126:21 127:17 128:4,20,25 130:6,18, 20,23 131:20 132:23 133:15 137:16 139:4,5, 12,18,24 140:4,22
**night** 56:4 57:15 74:19 133:20
**nights** 45:9
**Noelle** 84:23
**NOLE** 54:13,17,20 107:9 108:3 120:4
**nonsense** 136:23

**norm** 51:19
**normal** 44:24
**nose** 7:17
**note** 110:20 127:21
**notes** 55:3
**noticed** 124:24
**nude** 51:1
**numb** 117:5
**number** 97:8

**O**

**O'BRIEN** 45:8
**O-TOWN** 10:17
**obsessed** 141:8
**obvious** 18:2
**off-putting** 121:23
**offenders** 144:19
**offensive** 28:7
**offered** 31:19
**office** 35:14 73:20 75:6
**OG** 6:6
**Oklahoma** 6:2
**OLUCHI** 65:12
**on-camera** 113:20
**one's** 97:15
**one-upping** 67:9
**one-way** 71:15
**one-week** 110:18
**ONWEAGBA** 65:12
**oof** 70:6 75:9 109:11
**ooh** 130:9 134:20 142:23
**open** 3:9 8:25 28:19 60:17 76:2,24 94:19 120:17 141:24 143:5
**opened** 120:16 121:8 135:3
**opening** 79:18
**opinion** 31:20
**opinionated** 30:21
**opportunity** 13:14 72:12 110:10,17
**opposite** 32:16
**oppressed** 86:25
**option** 77:23
**ORA** 137:7
**organs** 82:7
**orgy** 45:10
**originally** 18:4
**orthodontic** 76:5
**ostrich** 89:7
**Ostroff** 14:17 15:7,11 22:12 36:10 44:5,18 63:22 64:5 67:4,9 70:15
**other's** 47:23 66:22
**outrageous** 30:23 70:12
**overly** 119:17
**overnight** 6:21
**overworked** 80:17
**owner** 143:20

**P**

**P-H-A-T** 94:17
**pack** 53:18,19 104:23 128:6
**package** 24:1
**packed** 52:9
**packing** 117:24
**pact** 110:4
**paid** 7:25
**pain** 25:23 75:23,25
**painful** 123:14
**painted** 86:15
**palpable** 130:22
**PANATTONI** 26:16, 24
**Pandemonium** 66:20
**panel** 30:21 99:1,7 130:3
**panties** 68:10
**paper** 24:13
**paralyzed** 82:12,17
**parent** 20:3
**parents** 37:23 52:11, 15 84:6
**Paris** 7:9 103:24
**part** 3:6 6:18 21:11 26:19 60:23 65:18 73:21 89:1 119:24 129:18,22 130:16 131:6 138:13
**parted** 128:14
**partner** 28:24
**party** 35:9
**pass** 80:23
**passed** 32:8 57:13
**passing** 66:24 69:6
**past** 53:7,8,14 81:7 99:21,22 123:24 135:13
**PAULINA** 69:21
**pavement** 7:12
**pay** 7:13
**payback** 15:22
**paying** 97:16 113:24
**Pedowitz** 126:25
**Pelican** 144:11
**pencil** 75:12
**penis** 31:1
**people** 2:25 3:14 4:8, 10 5:8 6:10,18 9:5 10:15,21 12:11 15:23 16:6 18:1 21:25 27:24 32:17 38:19 39:6 44:8 49:11 51:3 60:16 62:24 65:7 68:13 69:10,20 76:18 79:4,24 81:9 84:4 86:8,21 92:18 93:11 94:2 98:23 99:22 100:11 103:1 104:25 107:15 108:6,11 109:1 111:1 119:25 120:8,19 128:25 129:21 131:5,8, 17 132:21 133:24 136:4 137:24 142:8
**People's** 63:23
**percent** 86:20
**percentage** 17:24
**perfect** 17:9 24:4 33:12 73:7 93:24 143:11
**perfection** 54:23 72:24 78:6
**perfectionist** 132:20
**perfectly** 115:23
**performing** 114:20
**permanently** 79:1
**perpetuating** 6:16 91:13
**person** 8:6 11:23 17:5 19:23 30:21 39:21 69:19 84:16 97:6 111:5 114:22 115:5 117:9 133:4 140:15 142:5
**personality** 18:22 104:6 115:11,13 137:25
**personified** 54:24
**PETERSONS** 87:15
**petite** 96:5,7
**phase** 127:13
**PHILBIN** 65:19
**phone** 12:23 15:19 17:20 35:22,25 60:24 61:2,5,6 62:13,18 118:5 123:20 127:2,8 134:6
**photo** 12:20,22 22:25 40:20 67:25 69:12 70:8 75:21 82:19 84:9 85:23 86:6 89:15 99:17,18 113:21 119:17 133:22 137:20

**photograph** 8:5 30:24
**photographer** 49:1,4 50:12,16 55:2
**photographers** 49:14
**photographs** 55:5
**photos** 55:7 114:8 115:3 119:15 127:25
**physical** 20:16
**physically** 92:18
**pick** 134:5 135:9
**picked** 12:23 15:17, 18 45:5
**picnic** 45:21
**picture** 8:23 34:23 83:4 95:20 99:1 115:10, 17 117:13 121:10 128:10
**pictures** 16:20 21:19 69:22 114:19 115:13
**piece** 38:25 97:23
**pieces** 57:9
**pigeon** 68:23
**Pigeons** 69:2
**piggy** 88:20
**pill** 122:17
**pimple-ized** 37:8
**pinch** 72:6
**Pink** 144:11
**pioneer** 12:6
**pitch** 13:16,17 14:21
**pitched** 10:9 13:23
**pitching** 14:18
**pivoting** 141:8
**place** 7:13 14:19 36:4 46:15 79:9 109:12 120:10 121:3 142:10
**places** 54:5
**plan** 29:6 130:24
**plane** 52:10 118:21
**planet** 29:24 120:21 136:18
**planned** 141:13
**plastered** 86:15
**platinum** 51:16
**play** 77:23 91:2 112:13
**played** 17:14
**plot** 137:11
**plus-size** 120:22,24 121:5
**poems** 16:11
**point** 13:8 20:16 32:7 42:21 56:13 59:4 65:6 73:18 87:18 113:16 130:19,24
**points** 75:12
**politely** 98:3
**pool** 81:13
**poor** 62:11 74:9
**popped** 11:6
**popping** 18:6
**popularity** 64:12
**PORIZKOVA** 69:21
**porno** 48:6
**portfolio** 119:17
**pose** 33:4 69:19 145:9
**posed** 132:9
**posing** 69:13 82:10
**position** 61:25
**possibility** 25:19 105:24
**possibly** 96:23
**post** 62:20
**postcards** 34:22
**posters** 13:4
**potential** 16:8
**pounding** 7:12 17:18
**pounds** 47:12,13 90:7 93:18
**power** 84:4
**powerful** 20:10
**PR** 34:22
**practice** 17:9 33:12
**practicing** 33:10
**prankster** 135:10
**preach** 87:1 91:16
**precedes** 132:6
**prefer** 113:11
**pregnant** 88:14
**premiere** 34:24
**premieres** 124:14
**prepared** 4:21,22 43:18 94:21
**president** 20:2 126:24
**press** 129:19,20,24
**pressure** 32:12 67:5, 11
**pretended** 69:17
**pretending** 37:10
**pretty** 17:25 19:7 51:17,18,21,22 53:24 56:13 76:11 97:17 98:24 103:21 114:18 139:21
**previously** 95:1
**pride** 19:13
**Prince** 8:16
**princess** 18:13 25:19
**privacy** 62:10
**private** 59:17
**prize** 24:1 116:22
**problem** 28:18 32:19,20 41:11,12 111:20
**problems** 76:5 103:4
**procedure** 73:21
**process** 16:4 21:3 25:18 82:18 112:22
**produce** 33:2
**producers** 22:12 37:13 43:1 59:3 60:7 118:11 143:24
**producing** 113:18, 19
**production** 57:20 58:7 62:8 96:21 98:16 107:6 117:25 118:3 132:16
**professional** 98:17 121:15
**professionally** 98:4
**program** 36:24 138:14
**progress** 90:12
**project** 9:23
**prominent** 122:11
**promise** 110:6 116:23
**promised** 119:10
**prostitute** 30:7
**protect** 42:8
**protected** 38:21 98:23
**protection** 62:15
**protections** 101:1
**proud** 34:20 42:15 44:13 126:7
**prove** 13:9 21:17 22:14
**proved** 9:7
**proven** 5:10 8:1
**provocative** 30:11
**proximity** 109:20
**psychic** 52:20,22,23
**psychological** 96:10 113:7

**public** 17:24 120:9
**publish** 128:10
**pudgy** 4:3
**pull** 20:20 28:16 30:2 58:2 69:16 73:22 90:21 116:2
**pulled** 19:18 75:3 114:22
**pulling** 33:8,9
**pulse** 68:19
**punk** 46:13
**Pure** 69:8
**purpose** 145:6
**pursue** 24:5
**push** 37:13 42:21
**pushback** 19:23
**pushed** 81:6 82:9
**pushing** 67:16,17
**pushup** 24:12
**put** 13:4 22:17 25:17 32:13 34:22 38:13 41:4 62:24 73:2 85:17 100:16 107:21 112:5 129:13,19,23 130:14 137:17 142:3
**puts** 124:19
**putting** 43:23 80:3 126:5 127:4 129:14 131:18

**Q**

**queen** 11:13 54:21 140:14
**queer** 3:14 29:3
**question** 132:8
**quick** 53:18 111:19
**quiet** 2:9,11 40:25 79:13 106:12,13
**quirky** 88:17
**quit** 71:22 72:1,2
**quote** 129:20
**quote/unquote** 116:13

**R**

**race** 83:24 84:2,8
**rail** 3:24 91:20
**raises** 4:8
**ran** 11:8 130:11
**randomly** 64:14
**rang** 12:23 35:22
**rapidly** 136:7
**ratings** 20:5 35:19 36:21 45:6 128:17,18 136:5,6
**rats** 69:2,3
**raw** 112:21
**re-edit** 63:4
**reached** 64:13 108:15
**reaction** 83:3
**read** 103:20 106:5
**reading** 103:13
**ready** 13:16 16:20 48:5,10 83:25 108:14 135:16
**real** 10:8 12:2 19:19 21:13 24:5,18 41:12 69:20 71:2 99:7 107:17 111:19,20 118:18 119:19 123:2 137:21 144:5
**reality** 10:13 13:22,23 14:7 15:13 16:18 28:25 30:4 31:16 36:8 43:10,18 62:10 67:21 79:3 100:1 116:21 118:21 119:25 120:1 122:23 134:25 138:6
**Realitycheckinsideamericasnexttopmodelseason1_102** 57:2
**Realitycheckinsideamericasnexttopmodelseason1_103** 102:3
**realize** 36:22 95:8 110:11
**realized** 42:6 64:7 67:2 111:20 124:4
**realtor** 143:20
**reason** 3:8 19:1 26:17 70:2 77:13 108:6 141:23
**reasons** 118:4
**recall** 99:6
**receding** 74:2
**receipts** 99:20
**receive** 23:22
**reception** 110:19
**recognized** 8:8 65:2 84:12 126:2
**recording** 102:1 145:15
**recourse** 116:17
**Red** 128:14
**redhead** 122:2
**reeked** 135:24
**reflection** 4:1 141:22
**refused** 76:13
**regime** 41:3
**REGIS** 65:19
**regulations** 63:3
**reinforce** 108:25
**reins** 103:5
**reinvent** 67:6 135:6
**relationship** 60:17,18 109:19,21 133:11
**release** 74:16 129:19,20,24
**relevant** 92:20 135:2
**relief** 132:4
**religious** 17:5
**remember** 7:8 9:19,21 19:3,17,19 21:4 34:12 36:10 41:13 49:19 55:24 56:9,10,12,15,16,22 57:8,9 58:3,5 66:18 70:12 75:13 91:25 92:6 95:25 97:1 98:2 112:19 121:11 122:12,20 124:22 125:21 127:1 128:1 130:20
**remove** 74:11
**removed** 29:25
**renewed** 128:4
**rent** 11:15
**rental** 144:6
**repeat** 44:25 108:1
**replace** 20:22 127:19
**replaced** 137:8
**represent** 9:12 38:19 93:15
**representation** 29:3
**represented** 39:4
**reputation** 132:6
**resolved** 76:7
**resonate** 35:20
**respect** 125:8
**respected** 133:1
**respectfully** 123:13
**respond** 110:12
**responded** 13:2
**response** 98:14
**responsibility** 83:19 96:16 107:4
**responsible** 62:8 113:19
**retouch** 95:20
**retouching** 40:20 89:17 114:7
**return** 63:18 128:6

**reunion** 124:12
**revered** 3:11 48:14
**Revlon** 23:23
**rewarded** 80:2
**rewatching** 142:15
**Rich** 27:1
**RICHARDSON** 2:7, 10,22 102:15 103:1,23 104:7,13 105:2,13,20 106:9 107:19 108:5
**ride** 74:15
**ridiculous** 27:22 79:6 143:11
**riding** 35:18
**riot** 66:19
**rise** 123:4
**risk** 8:10 141:17
**RITA** 137:7
**roaches** 71:6
**road** 45:22 53:19
**roar** 88:10
**Robyn** 28:6 31:9 39:24
**rock** 71:4 72:8 77:22 79:9
**rode** 123:11
**role** 38:23 50:20,23 84:13
**roles** 143:23
**roll** 27:13 124:21
**rolling** 80:13 106:25 140:7
**RONDOT** 90:9 103:18
**room** 19:20 22:2,3,4, 10 29:21 42:19 51:4 108:2 118:1 136:2 138:19
**rooms** 35:15
**rooting** 2:4,14,15,19 5:25 105:25 106:16 118:25
**Rootingforyou_2026-07-16_clean_2-en_none_mp4_avcbase_l30** 102:4
**ROSENTHAL** 82:22 83:15
**rough** 43:6
**round** 92:15
**rude** 133:3
**RUDOLPH** 64:9
**rule** 58:23
**rules** 58:12 89:20
**run** 42:24 137:16
**running** 23:8,12,14, 15,16,18 35:12 55:11 77:9 120:15
**runway** 11:7 15:3 27:5 33:5,18,19 46:21, 24 47:5,6 94:4 113:20 140:14
**rush** 63:4
**Russia** 138:11

**S**

**sacred** 127:15 134:4 137:4
**sad** 26:4 94:10 131:21
**salad** 126:22
**sale** 11:15
**salon** 18:14,15,19 25:8 39:21
**sample** 94:22
**Samson** 3:6 21:1,20 23:10,19 24:24 26:1 27:10 29:8,12 34:4,18 37:5,12,19 38:6,13 41:4,10 43:8 66:1 144:5
**sanctuary** 144:24
**SARA** 68:3
**sat** 57:17 111:25 122:3 132:1
**saved** 17:7
**SCAD** 138:14,15
**scaled** 62:20
**scandalized** 59:12
**scared** 5:8 8:10,11 61:10 80:1 106:18 112:18
**scary** 80:14,25 107:9 139:9
**scene** 8:16 62:21 63:5 82:1,6 103:9 109:9
**scenes** 24:10 101:10 108:17 113:25 116:13 125:6
**school** 11:9 42:9 52:9 71:7 87:21
**screamed** 46:2
**screen** 27:25 124:19
**SCULLARK** 3:3 7:6 8:24 68:22 69:2 79:21, 24 80:19 81:1 92:12 115:7,13 142:2 144:18
**Sea** 128:14
**search** 16:6
**searching** 20:23,24
**season** 7:8 10:6 45:6, 12 63:22 64:6 69:6 79:4 106:2 111:8 122:20 124:13 134:22
**seasons** 8:7,8 78:16 130:25
**seats** 106:19
**seaweed** 70:19
**seconds** 36:12
**Secret** 7:5
**secretive** 110:2,3
**secrets** 47:23
**selected** 114:9 116:6
**self-confidence** 96:19
**self-conscious** 73:15 94:14
**self-esteem** 42:18
**selfie** 140:21
**sell** 8:2
**sellout** 5:19
**semen** 126:20
**send** 77:5
**sense** 42:19 58:8 114:13
**separate** 74:16
**series** 119:25 120:1
**service** 36:2 45:25
**session** 40:20
**set** 2:24 10:8 94:18 95:1 97:1,15 98:18,22 103:21 106:22 107:7 108:4 131:9 135:16
**sets** 118:21
**setup** 84:18
**SEWELL** 32:2 37:21 41:2
**sex** 57:12 58:21 61:15
**sexy** 50:11
**shady** 26:19,22
**shake** 16:12
**shame** 96:8
**shaming** 92:6 96:20
**Shandi** 5:4 45:13,23, 24 46:15 47:1,5 50:4 51:3,9,11,13,17 52:5, 22,25 53:1,6,12,13,21, 24 54:14,15,21 55:6,12, 20 56:8,20,21,23 57:5, 6,22 58:4 59:9,15 60:13,20 61:13,16,23 62:12 63:8 124:8,15,23, 25 125:2,5,14,16,18,23 126:9,15,17 143:12 144:22
**Shandi's** 58:21
**Shannon** 3:5 7:4 16:12,23,24,25 17:1,2, 4,6,10,14 21:13 24:6 25:13 26:11 29:14,19, 20 30:1 31:25 32:4

33:1,12,17,23 35:11 66:2 80:22 145:5
**shape** 100:4
**shaped** 87:25
**sharing** 47:22
**shark** 135:12
**shave** 114:5
**shaved** 42:4 75:4
**she'd** 47:13 48:13 104:15
**sheep** 52:6 122:3
**shelf** 51:15
**SHEPHERD** 67:8
**SHERRI** 67:8
**shift** 101:9
**shine** 65:4
**shit** 57:14 70:4 74:10 79:17 93:20 94:23 142:1,25 143:1,4,6
**shock** 53:24 139:8
**shocked** 81:16 92:17 117:5 127:18
**shocking** 37:6
**shoot** 4:11 12:20,22 22:25 49:2 50:25 51:1 67:24 69:13 70:8 75:21 82:19 83:20 84:1,3,5, 10,14 85:23 86:6 87:16 96:24 97:6 98:4 100:20 108:23 113:2,3,22 114:21
**shooting** 35:7 82:16 107:5 112:17 126:22
**shoots** 67:25 119:17 133:22 137:20,21
**shop** 144:10,14,17
**short** 17:16 22:8
**shot** 22:1 48:3 66:14 82:10,12,13 85:3 99:9, 10,11,19,20 108:19 116:6,11 118:22 137:22
**shots** 23:1 116:2,4
**should've** 6:14 57:21,25
**shoulder** 42:20
**show** 3:1,14 5:2,6 6:8 9:8,11,12 10:2,4,14 11:5 12:8 13:16,22,23 15:14,23,24 16:1 17:21 18:1 19:2 20:12,13,21 21:5 22:14 24:3 25:3,22 27:8 28:9 33:2,24 34:6, 19 37:5 38:18 40:6 41:13 42:14 43:4,16,20, 25 44:6,7,8 45:4,18 50:24 52:2,4 54:2,3 58:12 61:5 62:7 63:4 64:11,25 65:8 66:5 67:15 71:12,16,21 72:1 79:3,19 80:8 81:21 83:25 86:19 88:17 92:13 96:17,23 101:8,9, 12,25 102:9,23 108:20, 22 109:17 115:7,8 116:25 119:8 120:19,25 122:7,20,24 124:3,8,11, 18 125:7,25 126:23 127:9,13 128:13,18 129:1,16 130:10 131:1, 6 134:13,15 137:2,3,19 141:7 142:7,8,17,22 144:1
**showed** 28:24 108:8, 9 113:21
**shower** 57:9,10 58:22,25
**showing** 9:13 24:9 28:1,25 40:10 85:12 90:15 101:10 108:17
**shows** 20:8 25:19 43:17 78:13 96:1,12 122:21,22 129:21 133:23 135:1 139:16
**shut** 66:16 121:17
**SIAD** 114:4
**sick** 80:8 93:3 105:14, 15,16,18,21 139:20
**side** 28:16 34:10,23 49:17,18 89:19 128:15
**sign** 43:12 74:15
**signature** 74:6
**signed** 8:17 34:2 119:23 122:1
**significant** 62:21 127:14
**signing** 5:3
**silicone** 24:13 48:11
**silly** 26:20 70:1
**SILVA** 141:14
**SILVAN** 109:6 118:10
**simple** 138:17
**single** 125:14,15
**sins** 88:7,11
**sis** 60:10
**Sistah** 85:14
**sister** 40:6
**sit** 64:23 111:16 112:3
**sitting** 22:9 39:4 57:10 140:6
**situation** 35:6 80:7 98:3,18 100:7 134:14
**SIVAN** 58:8 76:3 83:7 143:15
**six-foot-five** 11:11
**size** 32:13 44:16 92:1, 3,4,9,11 93:12,17 94:3, 10,11,12,21,22,23,24 95:5,12 145:11
**sizes** 94:22
**skill** 10:25
**skin** 8:1 18:6 40:14,18, 25 41:19 42:1 43:6
**skinny** 9:13 87:2 93:25 96:5
**skirt** 27:9
**skyrocket** 45:6
**slammed** 120:16
**slamming** 14:4,5 99:11
**slap** 130:16
**slapped** 128:9
**slash** 66:22
**sleep** 56:9 133:20
**sleeping** 47:21
**sleepy** 116:9
**slim** 47:11 87:22
**slinky** 15:2,3
**slippery** 41:7
**sloth** 88:5
**slowly** 101:18 109:14
**slut** 126:2
**smack** 90:7
**small** 16:13 21:14 32:18 143:17,19
**smallest** 93:9
**smell** 70:21
**smile** 18:7 23:1 66:2 73:7 74:1
**smiling** 28:24
**SMITH** 8:3
**smize** 65:25 66:1,3 136:11
**smizing** 66:4
**smoking** 70:9
**snaggletooth** 73:6
**snap** 48:18
**so-and-so** 37:19 129:22
**society** 107:14
**soft** 102:7
**soften** 131:24
**somebody's** 34:6 102:13
**someone's** 145:7
**sort** 100:3,4 112:20 116:8
**sorts** 137:21
**sought-after** 72:13
**soul** 75:18 101:18 109:15

**sound** 61:24
**sounds** 27:22 55:20 56:3
**soundstage** 46:19
**South** 84:6 96:21
**space** 2:25 97:17,18 145:12,13,14
**speak** 111:21 112:14 113:13 132:13,16 139:1
**SPEAKER** 2:24 3:13,18,20,24 4:1,7,21 5:6,11,15,17,18,22 6:2, 6,7,8,11,14,16,25 7:3,7 8:14,17,21 11:17 14:14 16:22 17:3 20:5,25 22:21,23 23:2,4 24:15 26:6 28:22 29:10 30:4, 8,15 31:8,12,15 36:7 37:24 38:2,9,12 39:9, 12,14 41:21,25 42:2,3 43:20,23,25 44:3,10,12 45:3 46:16 49:24 55:18 56:6,7 57:5,18 59:13, 15,17 63:9,12,14,15,17, 18,20 64:2 65:16 66:3, 7,8,9,13,20,21,23,25 68:19 69:9 70:21 73:25 74:4,11,13 78:9,11,13, 24 79:2 80:11,14 81:3, 12,14,16,18 83:24 85:20,22,24 86:4,7,14 88:19 91:20 94:3,7,15 95:7,19,22,25 96:6,8, 10,12 97:12,19 98:20 99:10,13 102:6 111:22 112:2,9 113:4 114:1,10 116:7 117:21 118:25 119:2,6,12 126:13,16, 20 130:2,6 131:12,24 132:3,10 133:5,8,15 136:11,17 138:3,12 141:4,9 142:13,15,17
**SPEAKERS** 10:17 19:8 25:6 26:9 55:16,17 63:11 68:15 99:3
**speaking** 140:2
**speaks** 8:5
**special** 12:16 72:25 113:14 139:25
**specific** 40:15
**specifically** 133:3
**specimen** 25:16
**spend** 47:22
**spent** 47:20 138:23
**spine** 128:13
**spiral** 95:23
**spirit** 57:19
**spit** 118:18
**spoke** 40:5
**spoken** 111:13
**sport** 47:9
**sporting** 89:18
**spots** 39:19
**SPRAGUE** 68:4 71:20 73:11 74:12,14, 22,24 75:3,11,16,21 76:4 92:3 115:16 141:18 143:25
**spread** 23:23
**spurt** 16:17
**square** 124:6
**Sri** 49:6,7
**St** 110:19
**stab** 119:22
**staff** 107:6
**stake** 46:13 116:20
**stand** 42:17 48:15 59:16 100:8 105:5,22 113:23 127:24
**Standard** 9:18
**standards** 51:19 91:4
**standing** 11:1 51:4 72:10 126:3
**star** 48:6 117:20 122:23
**stars** 131:13
**start** 7:18 24:2 47:22 49:9 87:4
**started** 6:4 9:2 14:25 16:4 18:20 32:4 37:5 43:1,15 46:4 49:12 55:6 93:17 101:9 108:14 113:24 114:15 116:2 144:18
**starting** 31:10 84:13 113:25 144:2
**starts** 59:25
**static** 100:16
**status** 138:16
**stay** 49:16 55:10 115:5 135:1
**stayed** 14:12 38:15 137:12
**staying** 55:23 72:21 74:6
**stays** 118:3
**STDS** 62:15
**stealing** 65:4
**step** 42:16 117:2
**stepchild** 122:2
**steps** 42:25 54:12
**stereotype** 14:10
**STEWART** 3:5 7:4 16:12,23,25 17:2,6,14 21:13 24:6 26:11 29:14, 20 30:1 31:25 32:4 33:1,12,17,23 66:2 145:5
**stick** 87:2
**stick-skinny** 91:17
**sticks** 102:7
**stigma** 119:24 123:2
**stilettos** 69:14
**Stillintherunning_ 2026-07-16_ clean_2-en_ none_mp4_ avcbase** 57:3
**stink** 15:4
**stinky** 15:4
**stint** 69:18
**stitched** 82:7
**stocking** 51:14
**stokes** 60:9
**stole** 82:7
**stomach** 12:4 22:5 89:11 95:21
**stood** 14:25
**stop** 2:12 14:18 56:17 96:21 98:4,16 99:17 100:25 105:2 125:10 143:11
**stopped** 57:21 110:16
**store** 141:10
**stories** 52:2 82:5
**story** 25:4 51:12 53:3 56:22 58:3,6 59:4 62:22 114:23 116:3,4
**storytelling** 114:16
**straight** 46:24 49:5 50:15,18,23
**strangled** 82:8
**street** 64:17 65:2 66:19 67:1 126:1
**stride** 11:18
**strides** 33:6
**strike** 92:21
**strikes** 110:25
**striking** 8:4 18:24
**stringy** 16:16
**stroke** 138:21
**strong** 54:11 133:5
**stronger** 17:8
**struck** 105:4
**struggled** 101:13
**struggling** 123:21
**strung** 109:3
**stuck** 116:16

**studios** 13:18
**stuff** 41:5 56:3 98:24 103:2 105:15 106:11 107:17 119:10 125:4
**stunning** 69:24 130:7
**stupid** 37:22 61:21
**stylists** 39:5
**succeed** 10:19
**success** 11:4 44:25 46:17 49:8 121:7 134:15 138:14
**successful** 9:6 120:14,19
**suck** 28:2 89:13 125:25
**sucker** 72:21
**sudden** 32:5
**suddenly** 94:13
**suffering** 123:24
**suggesting** 78:9
**suitcases** 52:10
**suite** 22:3
**SULLIVAN** 5:4 45:13,23 46:15 47:1 50:4 51:3,11,17 52:5,22 53:6,12,21,24 55:6,12,20 56:8 57:6,22 60:20 61:13,16,23 62:12 63:8 80:22 124:8,15,23 125:2,5,14,16,18,23 126:9,15,17 143:12 144:22
**summer** 52:8
**Sunday** 12:10
**super** 17:10 63:1 141:6
**supermodel** 8:21 11:18 16:19 24:7 25:1 30:15,17 104:3 119:1 120:6 141:6
**supermodels** 7:11
**support** 27:19 123:22
**supported** 51:25
**supposed** 40:25 95:5 97:21 101:10 108:16
**surgically** 48:18 78:25
**surprise** 44:6
**surprised** 64:5
**surreal** 22:11
**surrounded** 49:13
**survive** 5:1 112:16
**Survivor** 43:21 67:16
**Susan's** 52:22
**suspected** 111:3
**suspend** 67:23
**SUZANNAH** 52:19,24
**swallow** 122:18
**swallowing** 84:20
**swan** 51:12
**swap** 128:22
**swapping** 84:2,8
**sweet** 127:21
**sweetie** 28:22
**Swift** 137:22
**swimsuit** 105:10
**switch** 4:12 84:15
**Sydney** 141:10

**T**

**table** 46:19 48:12
**takes** 22:16 114:18
**taking** 21:24 32:22 83:15 84:16 95:7 98:1 127:11
**talent** 113:20
**talented** 13:11
**talk** 5:13 20:18 30:16 38:16 47:17 52:7 58:6 59:24 60:11,23,25 74:17 111:1,4,5,17 113:9 115:1 124:11 127:3,6 128:8 138:24 140:6
**talked** 42:12 50:7 62:12 112:1
**talking** 14:25 40:9 45:1 48:11 56:5 59:25 62:14 86:8 135:15 140:7
**tall** 7:6 32:5 50:11 87:22
**tapes** 16:6
**tapped** 12:21
**tarantulas** 69:13
**tasked** 103:12
**taskmaster** 32:10
**taste** 68:13
**taught** 10:24 11:20 33:13 140:15,16
**Taylor** 137:22
**teach** 22:17 33:4
**team** 13:15 44:23 48:13 102:25 114:14
**tears** 73:9
**technically** 59:1
**Technicolor** 103:24
**teenage** 3:24
**teenagers** 13:4
**teens** 13:3
**teeny-tiny** 97:23
**teeth** 4:20 16:16 27:11 29:24 30:2,3 72:16 73:15,24 75:12,16,20 76:9 77:6 78:4,6,17 79:11
**Teleprompter** 103:13
**television** 3:20 10:13 24:17 28:13 29:3 59:14 70:16,17 115:8 129:21
**telling** 32:11,17 36:15 44:23 90:11 96:3 127:5 134:6
**tells** 68:6 95:19
**temperature** 81:9
**ten** 10:23 17:7 90:7 94:3 106:5 127:25 129:16
**terms** 133:2
**terrible** 68:11 139:8
**Terrific** 32:1
**territory** 56:19 58:7
**test** 31:23 39:16
**tests** 22:17
**text** 141:2
**texture** 39:6 40:18
**theater** 144:7
**theme** 50:25
**themed** 119:17
**there'll** 45:10
**thicken** 25:15
**thighs** 31:4
**thin** 3:24 7:1,6 32:11 81:3 87:18 91:20
**thing** 6:20 9:8 22:1 27:3 28:9 31:4 39:1 48:24 55:9 61:14 78:11 81:9 93:13 95:9 99:14 105:6 109:22 113:18 114:10 121:25 126:14 127:10 132:20 134:7 140:11,12
**things** 6:7 22:15 34:21 35:20 54:9 61:3 65:5 67:16 68:1 71:6 79:15 87:23 96:12 99:25 101:14 107:24 108:16 119:9 124:17 132:15
**thinking** 9:2 12:24 30:1 36:10 39:15 40:6 41:14 42:14 70:13 98:2 102:12 111:17 121:11 143:21

**thinks** 87:20
**THOMPSON** 3:8 4:4 7:2 68:6 92:22 93:5, 11,22,25 94:6,8,17 95:10 120:23 141:21 144:9,15
**thought** 9:23 11:7 14:21 32:24 34:20 36:11 37:7 38:22 40:7 42:11 49:16 70:15 76:9 78:5 79:22 82:20 88:10 93:18 98:14 100:24 103:7 111:6,7,8 112:15, 24 114:4 117:16 126:10 132:1,18 136:3 138:25 139:15
**thread** 48:18
**threatening** 66:21
**three-bedroom** 71:5
**three-year-old** 85:2
**three-year-olds** 85:5
**threshold** 123:19
**threw** 70:22 98:10 121:18
**thriving** 122:8,9
**throw** 48:2 61:21 103:2
**throwing** 46:24 81:10
**Tibetan** 86:10
**ticket** 52:10 71:13,15
**Tiffany** 2:2,7,9,10,22 84:21 102:11,15,20 103:1,4,23 104:4,7,13 105:2,6,13,19,20 106:9, 13 107:19 108:5
**Tiffany's** 105:3
**tight** 27:9
**tighten** 38:2,9
**Timberlake** 63:2
**time** 3:20 4:2 5:13,24 13:5 14:13 27:23 29:2, 22 30:20 37:18 39:25 40:4 42:2 45:15 46:24 47:21,22 51:6 54:2 67:14 73:19 82:21 83:11 84:2 89:2 92:20 99:4 101:5,9,24 102:15 103:10 109:16 110:24 111:19 118:6 120:12 121:21 129:21 131:12 132:14 137:17 141:22 142:13 143:11
**times** 23:10 106:5 119:22 131:9 137:16
**tiny** 96:4
**tired** 112:18
**Tivo** 36:16,17,19
**Toccara** 94:25 95:4
**today** 19:10 22:21,25 25:7 27:23 28:5 68:5,20 70:7 72:23 74:12,13 92:17 101:1 108:22 120:12 124:12 142:23
**today's** 22:18 50:25 96:24 113:21
**toilet** 24:13 69:1
**toilets** 32:21
**told** 3:25 7:23 17:15 51:18 58:11 71:24 79:4, 12 122:21 123:7 124:16 125:6
**tomorrow** 29:10 81:5
**tone** 87:19
**tonight** 11:15 124:14
**tons** 120:8
**tool** 144:4
**toot** 136:15
**tooth** 74:3 78:25
**top** 3:3,19 4:18 6:4,12 11:2,22 15:16 16:5 21:17 22:16 23:8,13,14, 16,17,19,24 27:4 31:14 33:22 34:5,11,24 35:12 36:9 39:5 44:15 45:8, 20,22 53:18 56:16 58:10,23 59:7,12 63:7, 10,13,14,15,19 64:10 65:12,14,15,23 66:8,14 71:9,15 77:10 87:7 96:2 103:9 108:24 116:20, 22,24 119:3,13,16 120:4 121:9,17 122:11, 17 123:1,10 124:2,12 126:7,8,9,10 130:7,25 131:2,13 133:17 135:8 136:9,19,21 137:7,12 138:10 141:15 142:16, 20
**toppling** 31:18
**torpedo** 20:21
**torture** 113:7
**tortured** 109:23
**total** 134:22
**totally** 134:16,23
**Totes** 134:24
**touch** 78:13 98:1
**touched** 114:4
**touching** 97:24
**tough** 102:13 128:20 132:6,10
**toughest** 102:8,10
**tour** 138:10
**town** 16:13 21:14 56:6
**toyed** 77:25
**traditional** 109:18
**traditionally** 84:24
**train** 14:18
**trained** 69:1
**trainer** 27:5 31:23
**training** 46:25
**trans** 120:19
**Transfixed** 63:17
**transform** 84:4
**trap** 135:1
**trauma-informed** 144:19
**travel** 144:11
**traveling** 109:20
**treat** 72:25 122:16
**treated** 4:8 40:23 58:10
**tremendously** 46:18
**trending** 5:16
**Trink** 134:16,18,20
**TRIXIE** 4:10
**true** 3:4 16:9 43:4 83:25 132:22
**trust** 13:9 115:2 129:7
**truth** 119:4
**tub** 37:17 56:10,11 57:6,23
**Tuesday** 45:9
**tuft** 39:9
**tummy** 88:13
**turn** 11:19 58:9 69:12 89:19 111:3
**turned** 3:18 22:7 66:14 77:22 105:10 116:3 133:17 141:6
**turning** 14:3
**turns** 25:18
**TV** 4:25 6:1 11:6 15:23, 24 21:21 29:1,4 30:4 36:8 42:5 43:17 45:17 62:25 63:8 67:21 72:1 79:3,20,21 80:8 81:21 93:19 98:22 116:13 131:14 138:6
**twins** 27:20
**twist** 84:5 136:20
**Twitter** 135:9
**Ty** 134:18
**type** 42:20 83:1 91:7 92:8 133:4
**types** 9:14 52:2
**typical** 116:21 135:8
**Tyra** 2:2,9,11,17,24 3:9,10 5:1,8,11,15,17, 18,22,23 6:4,9,13,14,18 7:7,8 8:5,6,8,10,21,24

9:5,20 10:1,4,12,20 11:2,20,21,23,25 12:6, 11,15,21,24 13:9,10,17, 23 14:1,4,10,16,20,23 15:5,9,16 17:1,19,23 19:1,3,9,14 20:14,15, 17,20,23 21:3,18,24 22:5,9,13,15,20,25 23:5,12,22 24:15 25:5,7 27:4,24 28:9,11 29:8,17 32:15 33:3,6,21,24 35:3,9,11,14,16,17,19 36:14,16,20,23,24 37:1, 25 38:4,10,25 39:22 40:3,18 42:6,16 43:22 44:2,4,17,18,19,21,23, 24 45:5,20 46:14,23 47:5,10,13,17,20 48:2, 13 49:19 51:9,13 53:10, 14,23 55:2 56:21,24 58:5 59:6,22,23 60:1,12 62:22 63:11,21 64:1,14, 20 65:1,8,20,25 66:4 67:14 68:12,16,20 70:3 71:18 72:3,24 74:23 76:1,12,18,25 77:1,6,8 78:14,17,20 79:7 83:24 84:10 85:10,17 86:10, 13,17,22 87:1,8 88:21 89:15,20 91:3,6,9,15 92:10 93:8 95:19 96:2 98:2,3 99:2,4,9,12 100:12 101:15,22,24 102:6,10,12,20 103:7, 10 104:1,8,14,21,23,25 105:5,18,21 106:12,18, 24 107:6,10,11,12 108:24 109:7,16,18 110:4 111:6,14,18,22, 23 112:2,4,7,25 113:1, 11,14 114:3,14 115:24 117:2,11,18 118:10 120:14 121:6 123:7,13 124:11,12,21,25 125:3, 12,15,17,20 126:5 127:1,15,20,22,24 128:5,21 129:4,6,8,10, 13,23 130:2 131:14,23 132:5,10,17 133:18 134:5,16,19,21 135:3,7, 13,19 136:1,8,14,18 137:1,4,8 140:25 141:4, 5,11,24 142:9,22,24 144:13

**Tyra's** 8:14 19:25 64:24 69:18 78:18 133:3 141:25

## U

**ugh** 7:22 41:3

**ugly** 5:14 7:19 18:9 51:11 106:23

**Uh-oh** 29:8 112:11

**UK** 49:9

**ultimate** 135:9

**ultimately** 5:10 110:14

**unattainable** 71:7

**uncomfortable** 98:5 100:17

**underfed** 80:16

**understand** 6:23 18:20 20:17 40:7,15 60:15 86:20 101:1 145:10

**undo** 130:15

**undress** 50:8

**unfair** 90:1

**unhealthy** 92:23

**unhoused** 69:20

**unique** 18:5

**unison** 3:12,15

**universe** 18:19 137:23

**unlike** 15:7

**unsympathetic** 14:11

**upholding** 86:24

**UPN** 14:14,16,18,20 20:3 34:24 43:20,23 45:7,9 124:14

**upset** 101:8 109:23 130:22 139:10

**upsetting** 39:20 139:8

**upside** 100:14

**upstairs** 81:24

**urgent** 110:19

**USA** 137:23

**utter** 110:9

## V

**vacation** 110:18

**vain** 145:6

**validation** 52:3,4

**Valley** 48:11

**vanity** 9:23 14:21

**vapid** 14:12

**vast** 124:5

**vegan** 68:11

**verbalize** 80:1

**verbatim** 100:22

**verge** 66:24

**Verona** 54:9

**version** 108:21

**versions** 65:11

**Viacom** 20:2

**victim** 107:3

**victims** 82:1

**Victoria's** 7:5

**video** 2:16 16:20

**videos** 119:3

**viewed** 122:22 133:11

**viewer** 96:16

**viewers** 67:19

**viewing** 35:8

**villain** 30:4

**violence** 82:20 83:22

**violent** 144:18

**virgin** 17:13

**vision** 13:7 54:10

**visionary** 13:10

**visit** 59:7 139:4 140:25 141:2

**Vogue** 54:16

**voice** 13:2 77:13 136:2

**Voiceover** 2:17

**vomiting** 32:22

## W

**WAGNER** 86:12

**waist** 82:12 93:8,9

**wait** 40:22 58:22 99:16 114:9

**waiting** 50:8 72:5 132:18

**wake-up** 104:19

**Walgreens** 45:24 46:1,8 51:15 53:11,13 54:19,21 126:17

**walk** 4:5 11:14,20 21:18 25:10 27:8 33:5, 13,19 47:4,5,6,8 69:15 123:18,24 133:4 138:24 139:1 140:15,16,17

**walked** 9:22 25:10 120:15

**walking** 14:25 19:3 29:21 38:6 64:16 65:2 69:14 122:24 126:1 145:2

**wall** 13:5 135:25

**WALLACE** 16:9

**walls** 13:4

**WALTER** 82:11

**WALTERS** 3:22 4:23 81:23 82:25 117:4 118:5,13,20 119:21 141:16 143:19

**wanna** 10:2 43:11,12 112:12

**wanted** 9:8,9 15:21 16:14 19:1 20:11 28:3,

20 60:25 61:4,20 67:19 71:6,8 82:25 88:16 101:24 104:1,25 108:19 109:16 111:18 117:15 122:21 129:15 139:6
**wanting** 33:2
**war** 69:10
**wardrobe** 68:5 97:14
**warm** 82:23
**warning** 110:25
**wasting** 46:23
**watch** 3:14 6:19 31:5 44:9 63:15 64:3 75:9 91:1 96:1 109:11 124:18 125:1 142:17
**watched** 35:25 43:25
**watching** 12:9 35:5 45:17 59:19 68:8 90:10 96:17 101:8 109:1 124:25 132:17
**water** 44:7 69:15
**wax** 24:16,23,25
**waxed** 36:25
**ways** 129:23
**weak** 44:13 68:17
**weakness** 95:14
**wear** 19:5 62:15 68:9
**wearing** 12:4 48:16 68:7
**website** 129:13,14
**wedding's** 17:16
**week** 10:24 23:5 29:18 63:12,24 84:3 89:8,9 95:10 103:24 108:3 111:11 115:14 131:22
**weeks** 9:17 21:17 35:4 53:7 107:22 138:23
**weighed** 93:18
**weight** 3:1 31:24 88:3 90:4,5,18 91:3,7,24 92:11,16 145:12
**weights** 87:13
**weird** 21:6
**well-intentioned** 107:25
**whale** 96:9
**whatsoever** 47:4
**whined** 25:24
**white** 7:1,6 9:13 49:5 50:15,18
**Whitney** 3:8 4:4 7:2 68:6 82:6 92:22 93:5, 11,14,22,25 94:6,8,17 95:10 120:21,23 141:21 144:9,15
**who'd** 30:17
**who've** 131:6
**whoa** 33:14 73:8
**Whoever's** 23:7
**whore** 126:3
**Why'd** 61:22
**wicked** 32:10
**wide** 38:4,5,8,10,11,16 76:24 120:16
**widen** 78:19
**widened** 79:1
**Wig** 138:3
**wild** 82:4 99:21
**wiles** 100:13
**Wilhelmina** 23:25
**win** 24:6 29:7,15 55:8, 11 66:10 96:23 103:7 105:24 120:22 135:21
**wine** 56:2 57:8
**wing** 136:20
**winner** 23:22 65:12 119:12
**Winnie** 120:20
**winning** 73:13 120:24 121:12
**wipe** 140:24
**wishy-washy** 115:12
**woke** 57:14 138:22 142:6
**wolves** 121:18
**woman** 8:22 11:8 38:20 39:20 40:19 76:9 84:22,24 93:15,16 96:7 123:20
**woman's** 104:2
**women** 4:16 7:6 8:20 12:9 18:15 32:17,20 54:11 91:10,13 95:16 96:3,17 101:2
**won** 10:5 76:10 120:23 121:14
**wonderful** 56:6
**word** 40:16 58:21 103:19 120:22
**words** 40:15 65:22 104:5 110:14 111:2
**work** 9:24 10:11 15:15 26:21 31:3,17 39:2 42:22 43:2 44:8 45:24 46:1,8 55:1 67:22 70:7 71:1 76:11 79:10 88:11, 12,17 89:14,23 91:19 97:18 109:18,19 119:9, 23 129:16,25 132:7,10, 21 133:5 141:12 143:24 144:21
**worked** 13:11,12 71:23 106:3 132:5
**working** 20:8 35:23 100:9 126:17 137:23 144:18
**works** 52:20 95:9
**world** 6:1 9:16 10:8 24:5,10 28:14,15 35:5 42:15 46:13 47:23 66:4 67:15 72:14 79:16 85:13,18 88:3 91:5 93:9 94:1 100:1 101:11 108:18 118:17,18 120:2 127:10 138:6,13 142:3 144:11
**world's** 23:24 30:15 49:13
**worries** 114:11
**worry** 40:8 69:1
**worse** 124:7
**worst** 30:24 61:13 115:18,20
**worth** 77:18
**worthless** 37:21,23
**would've** 99:12
**would-be** 66:13
**wow** 15:22 21:5 26:10 32:6 53:23 55:8 70:6 83:8 84:8 113:4
**wrap** 84:24 85:24
**write** 16:10 27:24 39:12
**writing** 135:24
**wrong** 2:11 5:10 6:22 9:7 39:10 59:18 69:25 109:22 117:9
**wrote** 110:14 138:1

**Y**

**y'all** 53:19
**Yank** 135:21
**year** 55:5 64:6 102:21 138:20
**years** 6:15 17:8 27:6 32:18 38:7 42:9,12 53:8 82:13 92:7 123:2,7,16 138:15 144:6
**yelled** 2:12,18 45:25 101:16 106:14 108:7
**yells** 2:13 106:15
**yesterday** 8:6 142:6
**YOANNA** 92:24 93:3
**York** 19:12,15,16 21:15 34:1 65:3 66:11, 17 67:1 71:8,14 118:23 119:21 121:15,19 125:24 144:8
**young** 21:8,25 43:5 74:14 79:25 96:17

126:6 142:2,5
**younger** 96:13

**Z**

**ZAKIYA** 59:10,20,23 60:6 69:6,11 73:17 78:15,18 80:2,6,12,16 82:4,8 85:4,8 86:1,22 91:6,12 103:12,16,21 104:20,24 116:12 124:5 134:25 135:6,11,17,23 136:12,23 137:10 142:19
**ZALEWSKI** 82:6
**Zip** 30:12
**zooming** 90:24