UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRA BANKS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX WORLDWIDE ENTERTAINMENT, LLC, 89 BLOCKS HOLDINGS, LLC d/b/a EVERWONDER STUDIO, NETFLIX MUSIC, LLC, MOR LOUSHY, an individual, and DANIEL SIVAN, an individual,<br><br>Defendants. | CASE NO. 2:26-cv-06467-AB-DMK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS**<br><br>Date: October 30, 2026.<br>Time: 10:00 a.m.<br>Place: Courtroom 7B<br><br>Judge: Hon. André Birotte Jr.<br>Case Filed: June 13, 2026<br>Trial Date: Not Set |

# [PROPOSED] ORDER

Defendants Netflix Worldwide Entertainment, LLC, 89 Blocks Holdings, LLC d/b/a EverWonder Studio, Netflix Music, LLC, Mor Loushy, and Daniel Sivan ("Defendants") have filed a Special Motion to Strike and Motion to Dismiss Plaintiff Tyra Banks's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Having fully considered the papers, the arguments of counsel, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that Defendants' Special Motion to Strike and Motion to Dismiss is **GRANTED**. Plaintiff's First Claim for Relief, Second Claim for Relief, Third Claim for Relief, and Fourth Claim for Relief are struck pursuant to California Code of Civil Procedure section 425.16 and are dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6), in their entirety and without leave to amend. Defendants are entitled to recover their attorneys' fees and costs. Plaintiff's Fifth Claim for Relief is dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6), in its entirety and without leave to amend.

**IT IS SO ORDERED**

Date:

________________________________
Hon. André Birotte Jr.
UNITED STATES DISTRICT JUDGE