GIBSON, DUNN & CRUTCHER LLP
JAY P. SRINIVASAN, SBN 181471
jsrinivasan@gibsondunn.com
ILISSA SAMPLIN, SBN 314018
isamplin@gibsondunn.com
ZACHARY C. FREUND, SBN 344466
zfreund@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

CONNOR S. SULLIVAN (pro hac vice forthcoming)
cssullivan@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000

*Attorneys for Defendants NETFLIX WORLDWIDE ENTERTAINMENT, LLC, 89 BLOCKS HOLDINGS, LLC d/b/a EVERWONDER STUDIO, NETFLIX MUSIC, LLC, MOR LOUSHY, and DANIEL SIVAN*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TYRA BANKS, an individual,

Plaintiff,

v.

NETFLIX WORLDWIDE ENTERTAINMENT, LLC, 89 BLOCKS HOLDINGS, LLC d/b/a EVERWONDER STUDIO, NETFLIX MUSIC, LLC, MOR LOUSHY, an individual, and DANIEL SIVAN, an individual,

Defendants.

CASE NO. 2:26-cv-06467-AB-DMK

**DECLARATION OF ZACHARY C. FREUND IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION TO EXPEDITE HEARING AND SHORTEN BRIEFING SCHEDULE**

Date: October 2, 2026
Time: 10:00 a.m.
Place: Courtroom 7B

Judge: Hon. André Birotte Jr.
Case Filed: June 13, 2026
Trial Date: Not Set

# DECLARATION OF ZACHARY C. FREUND

I, Zachary C. Freund, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an associate attorney at Gibson, Dunn & Crutcher LLP, counsel of record for Defendants. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein. I submit this declaration in support of Defendants' Opposition to Plaintiff's *Ex Parte* Application to Expedite Hearing and Shorten Briefing Schedule on Plaintiff's Motion to Continue Hearing Date and Extend Briefing Schedule (Dkt. 33).

2. On July 1, 2026, the parties filed a joint stipulation setting a briefing schedule for Defendants' anticipated pleadings challenge. The parties agreed that Defendants' motion to dismiss and/or anti-SLAPP motion to strike would be due on August 14, 2026, that Plaintiff's opposition would be due on September 21, 2026, and that Defendants' reply would be due on October 12, 2026. *See* Dkt. 27 at 2.

3. On August 11, 2026, the parties met and conferred regarding Defendants' anticipated Special Motion to Strike and Motion to Dismiss. On that call, Defendants informed Plaintiff that they intended to file a single, combined motion to dismiss and special motion to strike challenging the legal sufficiency of Plaintiff's Complaint under the standard of Federal Rule of Civil Procedure 12(b)(6). Defendants described each of the arguments that they intended to make in their motion.

4. On August 14, 2026, before Defendants filed their Special Motion to Strike and Motion to Dismiss, Defendants solicited Plaintiff's input on a hearing date for that motion. Plaintiff indicated a preference for October 30, 2026. As a result, Defendants noticed their Special Motion to Strike and Motion to Dismiss for October 30, 2026.

5. During the parties' calls and email correspondence preceding Defendants' filing of the Special Motion to Strike and Motion to Dismiss, counsel for Plaintiff never

indicated to Defendants that Plaintiff planned to seek a continuance to take discovery before filing an opposition to Defendants' motion. Counsel for Plaintiff also never indicated during any of these discussions that they considered the September 21 opposition deadline or October 30 hearing date to be unworkable or potentially unworkable.

6. Defendants filed their Special Motion to Strike and Motion to Dismiss on August 14, 2026. The arguments in the motion were arguments that Defendants had identified on their prior meet-and-confer call with Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles, on this 9th day of September, 2026.

DATED: September 9, 2026 By: ______________________
Zachary C. Freund