Mitchell Langberg (CA Bar No. 171912)
mitch@clarelocke.com
Thomas A. Clare*
tom@clarelocke.com
Megan McGuiggan*
megan.mcguiggan@clarelocke.com
Carolyn M. Wesnousky*
carrie@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
(202) 628-7400
**pro hac vice forthcoming*
*Attorneys for Plaintiff Tyra Banks*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

TYRA BANKS, an individual,

Plaintiff,

v.

NETFLIX WORLDWIDE ENTERTAINMENT, LLC, 89 BLOCKS HOLDINGS, LLC d/b/a EVERWONDER STUDIO, NETFLIX MUSIC, LLC, MOR LOUSHY, an individual, and DANIEL SIVAN, an individual,

Defendants.

Case No. 2:26-CV-06467
Assigned to Hon. André Birotte Jr.

**DECLARATION OF CRAIG MAYO**

I, Craig Mayo, declare as follows:

1. I have personal knowledge of the matters set forth in this Declaration and could and would competently testify to them under oath if called as a witness.

2. I am a professional video editor and have been working in that field for approximately 26 years. I have worked on numerous projects during that time, primarily in television.

3. On September 14, 2026, attorney Mitchell Langberg gave me access to three video files that he told me were provided to him by counsel for the defendants in this case. They consisted of the three episodes of *Reality Check: Inside America's Net Top Model* (the "Docuseries").

4. Shortly thereafter, I also accessed Cycle 2, Episode 10, of *America's Next Top Model* on my Hulu Account ("ANTM Episode C-2, E-10").

5. Using the three Docuseries Episodes and the one ANTM episode, I created two sets of video clip comparisons using a program called Premiere.

6. Once completed, I provided them to Mr. Langberg.

7. I have reviewed the link: https://tbanks26-cv-06467.com/. That link consists of true and correct copies of the video clip comparisons that I provided to Mr. Langberg. They are labeled as Exhibit 1- Ep. 1 and Ep. 2 Side-By-Side and Exhibit 2 – Cafe Scene.

8. Exhibit 1 is a side-by-side comparison of two video clips—one from Episode 1 and one from Episode 2 of the Docuseries.

9. Exhibit 1 includes clips for each of those two episodes in both normal speed and slow motion. It also includes certain captioning that I added. And finally, it includes the same clips in full screen.

10. The clips I used from the Docuseries were true and accurate clips from the Docuseries. Other than as designated in Exhibit 1 for slow motion and for the

descriptive captions, the clips I used have not been rearranged, excerpted, or otherwise manipulated.

11. Exhibit 2 is a side-by-side comparison of two video clips—one from the second episode of the Docuseries and the other from ANTM Episode C2-E10.

12. The clip I used from the second episode of the Docuseries and ANTM Episode C2-E10 are true and accurate clips from those episodes. The clips I used have not been rearranged, excerpted or otherwise manipulated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 21st day of September, 2026, at Sherman Oaks, California.

Craig Mayo