Name & Address:
Mitchell Langberg (CA Bar No. 171912)
mitch@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Tyra Banks<br>PLAINTIFF(S)<br>v.<br>NETFLIX WORLDWIDE ENTERTAINMENT, LLC, et al.<br>DEFENDANT(S). | CASE NUMBER:<br>2:26-CV-06467<br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Exhibit 1: A media file containing a side-by-side comparison of two video clips from the the Netflix Series, Reality Check: Inside America's Next Top Model (one from Episode 1 and one from Episode 2).
Exhibit 2: A media file containing side-by-side comparison of two video clips. One clip is from Episode 2 of the Netflix Series, Reality Check: Inside America's Next Top Model. The other clip is from Episode 10 ("The Girl Who Cheated) of Cycle 2 of America's Next Top Model.

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ____________________
☐ Other:

September 21, 2026
Date

Mitchell Langberg
Attorney Name

Plaintiff Tyra Banks
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*