Mitchell Langberg (CA Bar No. 171912)
mitch@clarelocke.com
Thomas A. Clare*
tom@clarelocke.com
Megan McGuiggan*
megan.mcguiggan@clarelocke.com
Carolyn M. Wesnousky*
carrie@clarelocke.com
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
(202) 628-7400
**pro hac vice pending*
*Attorneys for Plaintiff Tyra Banks*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TYRA BANKS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NETFLIX WORLDWIDE ENTERTAINMENT, LLC, 89 BLOCKS HOLDINGS, LLC d/b/a EVERWONDER STUDIO, NETFLIX MUSIC, LLC, MOR LOUSHY, an individual, and DANIEL SIVAN, an individual,<br><br>Defendants. | Case No. 2:26-CV-06467<br>Assigned to Hon. André Birotte Jr.<br><br>**NOTICE OF ERRATA RE: PLAINTIFF'S OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE AND MOTION TO DISMISS, WEBSITE LINK**<br><br>Date: October 30, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 7B |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Tyra Banks submits the following Notice of Errata regarding Plaintiff's Opposition to Defendants' Special Motion to Strike and Motion to Dismiss. Dkt. 41. For the Court's convenience, Plaintiff's provided Exhibits 1 and 2, video demonstratives of Defendants' manipulation, were made available on the internet at https://tbanks26-cv-06467.com/. Dkt. 41, p. 8 fn 2. However, Plaintiff's counsel have learned that the web address may be treated as suspicious by some systems such that access would be blocked. To ensure the Court has ready access (in addition to the physical files that were submitted), Plaintiff is providing a new link that is more readily accessible tbanksvnetflixvideos.com.

Dated: September 25, 2026 By: CLARE LOCKE LLP

/s/ *Mitchell Langberg*
Mitchell Langberg
Thomas A. Clare*
Megan McGuiggan*
Carolyn M. Wesnousky*
**pro hac vice pending*

*Attorneys for Plaintiff Tyra Banks*